IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

**PRO SE PRISONER CIVIL RIGHTS COMPLAINT**

FILED
APR 30 2020
PATRICK KEANEY
Clerk, U.S. District Court
Deputy Clerk

BRANDON LEE BROWN #592090
Plaintiff's full name (Please print)

v.

Case No. CIV 20-124-RAW
(To be filled out by Clerk's Office only)

JAMES YATES, KEVIN BROWN, TERRY UNDERWOOD, ANTWONE BERRY, MRS.
Defendant(s)' full name (Please print)
BAILEY, MR. KEYES, MARK MOWERS, MARK GENTRY, MR. PEREZ, MS.
PATTERSON, MR. LYONGER, MR. GLORIA, MR. JC COLBERT,
MARK KNUTSON, JOE ALLBAUGH, GLORIA GOODWIN, MS. VANCE, MR. RIDDLE
RHONDA SHIVLEY, MS. DOORMAN, KEVIN DAVIS, MICHAEL DUPRIS, ANDREW

For additional names please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. **The names listed in the above caption must be identical to those contained in Section IV, pursuant to Fed. R. Civ. P. 10(a).**

### NOTICE

Federal Rule of Civil Procedure 5.2 and Local Civil Rule 5.3 address the privacy and security concerns resulting from public access to electronic court files. Under these rules, papers filed with the court should not contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include only: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

*Each claim you raise must be properly exhausted.* If the evidence shows that you did not fully comply with an available prison grievance process prior to filing this lawsuit, the court may dismiss the unexhausted claim(s) or grant judgment against you. See 42 U.S.C. 1997e(a).

*Plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.*

## I. JURISDICTION

*Indicate below the federal legal basis for your claim, if known.*

    ☑  42 U.S.C. § 1983 (state, county, or municipal defendants)

    ☑  Action under *Bivens v. Six Unknown Federal Narcotics Agents*, 403 U.S. 388 (1971) (federal defendants)

## II. PLAINTIFF INFORMATION

BRANDON LEE BROWN
_____
Full name                                                                                                   Aliases

692090
_____
Prisoner ID #

DAVIS CORRECTIONAL FACILITY
_____
Place of Detention/Incarnation

6888 EAST 133RD ROAD
_____
Institutional Address

HOLDENVILLE, OKLAHOMA  74848
_____
City                                                              State                             Zip Code

## III. PRISONER STATUS

*Indicate whether you are a prisoner or other confined person as follows:*

    ☐  Pretrial detainee
    ☐  Civilly committed detainee
    ☐  Immigration detainee
    ☑  Convicted and sentenced state prisoner
    ☐  Convicted and sentenced federal prisoner

## IV. DEFENDANT(S)' INFORMATION

*List the following information for each defendant. If the correct information is not provided, it could result in the delay or prevention of service. Make sure that the defendant(s) listed below are identical to those contained on the first pate. Attach additional sheets of paper as necessary. Do not write on the backs of any additional sheets. See Local Civil Rule 5.2(a).*

Defendant 1: JAMES YATES
Full Name

WARDEN
Current Job Title

6888 EAST 133RD ROAD
Current Work Address

HOLDENVILLE, OKLAHOMA   74848
City            State           Zip Code


Defendant 2: TERRY UNDERWOOD
Full Name

REVIEW AUTHORITY
Current Job Title

6888 EAST 133RD ROAD
Current Work Address

HOLDENVILLE, OKLAHOMA   74848
City            State           Zip Code

Rev. 07/2019                                            3

Defendant 3: ANTWONE BERRY
*Full Name*

CAPTAIN
*Current Job Title*

6888 EAST 133RD ROAD
*Current Work Address*

HOLDENVILLE, OKLAHOMA         74848
*City*                *State*           *Zip Code*


Defendant 4: MARK MOWERS
*Full Name*

ASSISTANT SHIFT SUPERVISOR
*Current Job Title*

6888 EAST 133RD ROAD
*Current Work Address*

HOLDENVILLE, OKLAHOMA         74848
*City*                *State*           *Zip Code*


Defendant 5: MARK KNUTSON
*Full Name*

DIRECTOR DESIGNEE
*Current Job Title*

P.O. BOX # 11400
*Current Work Address*

OKLAHOMA CITY, OKLAHOMA         74848
*City*                *State*           *Zip Code*

Defendant 3: _MR. REEVES_
**Full Name**

_DETENTION HEARING OFFICER_
**Current Job Title**

_6888 E 133RD ROAD_
**Current Work Address**

_HOLDENVILLE,   OKLAHOMA   74848_
City / State / Zip Code

Defendant 4: _MS. VANCE_
**Full Name**

_CORRECTIONAL OFF / LAW LIBRARY ASSISTANT_
**Current Job Title**

_6888 E 133RD ROAD_
**Current Work Address**

_HOLDENVILLE, OKLAHOMA   74848_
City / State / Zip Code

Defendant 5: _CAPT. LYSINGER_
**Full Name**

_CAPTAIN_
**Current Job Title**

_6888 E 133RD ROAD_
**Current Work Address**

_HOLDENVILLE, OKLAHOMA   74848_
City / State / Zip Code

Rev. 07/2019

4

## ADDITIONAL DEFENDANTS

Defendant **KEVIN BROWN** is a citizen of **HOLDENVILLE, OKLAHOMA** and is employed
(City, State)

as **CHIEF OF SECURITY**
(Position and title, if any)

At the time the claim(s) alleged in this complaint arose, was this defendant acting under the color of state law? ✓ yes ___ no. If your answer is "YES", briefly explain:

HE WAS IN POSITION TO STOP STAFF FROM STRIPPING ME NAKED WITHOUT ME KNOW-
ING ANYONE'S "SEXUAL PREFERENCE" AND IN HUMANE CONDITIONS, EXTORTION 7-25-19

Defendant **MARK GENTRY** is a citizen of **HOLDENVILLE, OKLAHOMA** and is employed
(City, State)

as **ASSISTANT WARDEN**
(Position and title, if any)

At the time the claim(s) alleged in this complaint arose, was this defendant acting under the color of state law? ___ yes ___ no. If your answer is "YES", briefly explain:

HE WAS THE ONE WHO ORDERED A FALSE ARREST ON 2-13-20 FAILED TO STOP UNEC-
SSARYFORCE ON 11-22-19 AND RETALIATED FOR ME FILING GRIEVANCES ON 7-25-19

Defendant **ANASTACIO PEREZ** is a citizen of **HOLDENVILLE, OKLAHOMA** and is employed
(City, State)

as **DEPUTY WARDEN**
(Position and title, if any)

At the time the claim(s) alleged in this complaint arose, was this defendant acting under the color of state law? ___ yes ___ no. If your answer is "YES", briefly explain:

HE WAS THE ONE WHO NEVER STOOD UP MAKING HIM "NEGLIGENT" AND "COMPLICITE"
IN ACTS THAT OCCURED 7-25-19, 2-13-20, 11-22-19 "RETALIATION"

## ADDITIONAL DEFENDANTS

Defendant __JOE ALLBAUGH__ is a citizen of __OKLAHOMA CITY, OKLAHOMA__ and is employed
(City, State)

as __DIRECTOR COMMISIONER__
(Position and title, if any)

At the time the claim(s) alleged in this complaint arose, was this defendant acting under the color of state law?  ✓ yes ___ no. If your answer is "YES", briefly explain:

__HE HELP PUT IN PLACE POLICY THAT DENIES A INDIGENT INMATES DUE PROCESS. INMATE "GRIEVANCE RESTRICTION" AND "MAIL BOX RULE OF APPEAL (1 FORM AT A TIME"__

Defendant __GLORIA GOODWIN__ is a citizen of __HOLDENVILLE, OKLAHOMA__ and is employed
(City, State)

as __REGISTERED NURSE__
(Position and title, if any)

At the time the claim(s) alleged in this complaint arose, was this defendant acting under the color of state law?  ✓ yes ___ no. If your answer is "YES", briefly explain:

__SHE SWORE UPON OATH TO HELP THE SICK, INJURED AND DYING. SHE DID NOT UPHOLD THAT OATH AND AS A RESULT MY "MEDICAL CONDITION" BECAME WORSER 8-16-19__

Defendant __KEVIN DAVIS__ is a citizen of __HOLDENVILLE, OKLAHOMA__ and is employed
(City, State)

as __CASE COUNSELOR__
(Position and title, if any)

At the time the claim(s) alleged in this complaint arose, was this defendant acting under the color of state law?  ✓ yes ___ no. If your answer is "YES", briefly explain:

__HE SUITED UP IN TACTICAL GEAR AND EITHER PARTICIPATED IN BRUTALLY BEATEN ME TO I WAS UNCONCIOUS OR WAS "NEGLIGENT" TO STOP "RETALIATION"__

## ADDITIONAL DEFENDANTS

Defendant **MICHAEL DUPRIS** is a citizen of **HOLDENVILLE, OKLAHOMA** and is employed
(City, State)

as **CORRECTIONAL OFFICER**
(Position and title, if any)

At the time the claim(s) alleged in this complaint arose, was this defendant acting under the color of state law? ___yes ___no. If your answer is "YES", briefly explain:

HE SUITED UP IN TACTICAL GEAR AND EITHER PARTICIPATED IN BRUTALLY BEATEN ME TO I WAS UNCONCIOUS OR WAS "NEGLIGENT" TO STOP "RETALIATION". 2-13-20

Defendant **ANDREW SMITH** is a citizen of **HOLDENVILLE, OKLAHOMA** and is employed
(City, State)

as **CORRECTIONAL OFFICER**
(Position and title, if any)

At the time the claim(s) alleged in this complaint arose, was this defendant acting under the color of state law? ✓yes ___no. If your answer is "YES", briefly explain:

HE SUITED UP IN TACTICAL GEAR AND EITHER PARTICIPATED IN BRUTALLY BEATEN ME TO I WAS UNCONCIOUS OR WAS "NEGLIGENT" TO STOP "RETALIATION"

Defendant **RHONDA SHIVLEY** is a citizen of **HOLDENVILLE, OKLAHOMA** and is employed
(City, State)

as **REGISTERED NURSE**
(Position and title, if any)

At the time the claim(s) alleged in this complaint arose, was this defendant acting under the color of state law? ✓yes ___no. If your answer is "YES", briefly explain:

SHE SWORE UPON OATH TO HELP THE SICK, INJURED AND SUFFERING DYING. 2-13-20 SHE DID NOT UPHOLD THAT OATH AS A RESULT MY MEDICAL CONDITION BECAME WORSE.

## ADDITIONAL DEFENDANTS

Defendant __MR. LOUTHAN__ is a citizen of __HOLDENVILLE, OKLAHOMA__ and is employed
(City, State)

as __SHIFT SUPERVISOR__
(Position and title, if any)

At the time the claim(s) alleged in this complaint arose, was this defendant acting under the color of state law? ✓ yes ___ no. If your answer is "YES", briefly explain:

__SUITED UP IN TACTICAL GEAR AND WAS COMPLICITE IN A BRUTAL EXCESSIVE FORCE 2-13-20 OR NEGLIGENT TO REPORT OR STOP UNNECESSARY FORCE, RACIAL BIAS__

Defendant __ANDREW SMITH__ is a citizen of __HOLDENVILLE, OKLAHOMA__ and is employed
(City, State)

as __CORRECTIONAL OFFICER__
(Position and title, if any)

At the time the claim(s) alleged in this complaint arose, was this defendant acting under the color of state law? ✓ yes ___ no. If your answer is "YES", briefly explain:

__SUITED UP IN TACTICAL GEAR AND WAS COMPLICITE IN BRUTAL EXCESSIVE FORCE 2-13-20 OR NEGLIGENT TO REPORT OR STOP UNNECESSARY FORCE, RETALIATION__

Defendant __MS. BAILEY__ is a citizen of __HOLDENVILLE, OKLAHOMA__ and is employed
(City, State)

as __TRUST FUND OFFICER__
(Position and title, if any)

At the time the claim(s) alleged in this complaint arose, was this defendant acting under the color of state law? ✓ yes ___ no. If your answer is "YES", briefly explain:

__OVERDRAFT MY ACCOUNT ON A FEW OCCASIONS/RATION AND MADE MISS DEADLINES AFTER RECIEVING APPEAL FORM FROM ADMINISTRATION NO COMPLAINT "CAMPAIGN OF HARASSMENT"__

ADDITIONAL DEFENDANTS

Defendant __MS. BOREMAN__ is a citizen of
__HOLDENVILLE, OKLAHOMA__ and is employed
(City, State)

as __UNIT MANAGER CHIEF__
(Position and title, if any)

At the time the claim(s) alleged in this complaint arose, was this defendant acting under the color of state law? ✓ yes ___ no. If your answer is "YES", briefly explain:

__NEGLIGENT IN REPORTING INSUBORDINATION ON JOB AND REASONABLE LACK OF ISSUES COMPLICITE IN ILLEGAL ACTS OF "ABUSE OF PROCEDURE".__

Defendant __JC. COLBERT__ is a citizen of
__HOLDENVILLE, OKLAHOMA__ and is employed
(City, State)

as __CONTRACT MONITOR__
(Position and title, if any)

At the time the claim(s) alleged in this complaint arose, was this defendant acting under the color of state law? ✓ yes ___ no. If your answer is "YES", briefly explain:

__NEGLIGENT, IN REPORTING INSUBORDINATION AND HELP IN JOB POSITION TO SEEK ANY COMMON GROUND BEFORE ESCALATION. COMPLICITE IN ILLEGAL ACTS OF "ABUSE OF PROCEDURE".__

Defendant __MARK MUMFRS__ is a citizen of
__HOLDENVILLE, OKLAHOMA__ and is employed
(City, State)

as __ASSISTANT SHIFT SUPERVISOR__
(Position and title, if any)

At the time the claim(s) alleged in this complaint arose, was this defendant acting under the color of state law? ✓ yes ___ no. If your answer is "YES", briefly explain:

__"NEGLIGENT", "INSUBORDINATE" FALSIFIED WRITE-UP FIRST ALLEGING POSSESSION OF ILLEGAL DRUGS THE TENTH TO SCRATCH OUT "ALLEGING" RESISTING APPREHENSION, AFTER I WAS CUFFED?__

## V. STATEMENT OF CLAIMS

### A. Claim 1

Date(s) of occurrence: 7-25-19 — 7-30-19

Place(s) of occurrence: DAVIS CORRECTIONAL FACILITY (INTAKE) MEDICAL

State which of your federal constitutional or federal statutory rights have been violated:

4TH AMENDMENT 6TH, 8TH, AND 14TH AMENDMENT ARTICLES "INSUBORDINATION"

Briefly state the FACTS that support your case. Provide *a short and plain statement* of how each named defendant was personally involved in the violation of your constitutional rights and why you are entitled to relief from each named defendant. See Fed. R. Civ. P. 8(a). Do not cite case law.

FACTS: I WAS STRIPPED NAKED IN FRONT OF MEN IN A HUMILIATING MANNER AFTER I SAID NO TO "UNDRESSING". I DO NOT KNOW ANYONE'S (SEXUAL PREFERANCE) AND BELIEVE A FEMALE WAS THERE. ALL OF TODAY TECHNOLOGY X-RAYS, METAL DETECTORS, POLES, CHAIRS, DOGS AT THE DISPOSAL OF THE FACILITY NEVER USED. FORCED TO GIVE MY BLOOD, LIVE DNA GROUND WITH NO BEDDING, SOAP, TOILET PAPER, SHOWER SHOES, AND FORCED TO EAT WITH UNCLEAN HANDS.

### B. Claim 2

Date(s) of occurrence: 8-16-19    2-13-20

Place(s) of occurrence: DAVIS CORRECTIONAL FACILITY "FOX-CHARLIE #21" INTAKE "MEDICAL" "FOX-CHARLIE #10"

State which of your federal constitutional or federal statutory rights have been violated:

6TH, 7TH, 8TH AND 14TH AMENDMENT ARTICLES "INSUBORDINATION" RETALIATION

FACTS: I WAS DENIED MEDICAL TREATMENT AND MADE MY CONDITION BECOME WORSER RECENTLY BEING TOLD I HAVE A JOCK-ITCH AFTER BEING DIAGNOSED WITH A FUNGUS; NURSE COODWIN / ON 2-13-20 I WAS BLEED FROM A INCISION ABOVE MY LEFT EYE AND INSIDE OF MY MOUTH AND OUTSIDE SCARS STILL VISIBLE. THE NURSE CHECKED MY BLOOD PRESSURE ADMINISTERED NO AID AND DAYS LATER PUSS AND BLOOD CLOTS WHERE IN MY EYE (MS SHIRLEY)

### C. Claim 3

Date(s) of occurrence: 10-2-19 / 11-22-19 / 2-25-19

Place(s) of occurrence: DAVIS CORRECTIONAL FACILITY FOX-DELTA #105  FOX-CHARLIE #110

State which of your federal constitutional or federal statutory rights have been violated:

4TH, 1ST, 5TH, 6TH, 8TH, AND 14TH AMENDMENT (ARTICLES "HUMAN RIGHTS") "RETALIATION"

FACTS: ON 11-22-19 I WAS DENIED DUE PROCESS, SPRAYED W/CHOC FOR 2 WITHOUT CAMERA, MEDICAL, REASON. I ALLEGE RETALIATION; I WAS PLACED ON "CELL RESTRICTION" DURING MAIL PASS WAS DENIED MAIL. TOLD THEY DID NOT EXIST. FILED GRIEVANCE AND THE WARDEN GENTRY SAID "NO EXPLAINATION WARRENTED" OR USE OF FORCE I WROTE LAW LIBRARY TO REQUEST OPS; I WAS TRYING TO FIGHT WRITE-UP AND RESOLVE ISSUES CAUSE ME TO MISS DEADLINES. I REMOVED FROM ACCOUNT EXCESSIVELY TO BE PUT BACK BECAUSE OF GRIEVE.

### D. Claim 4

Date(s) of occurrence: 2-13-19     7-30-19

Place(s) of occurrence: DAVIS CORRECTIONAL FACILITY "INTAKE" FOX-CHARLIE #110 "MEDICAL"

State which of your federal constitutional or federal statutory rights have been violated:

(7-28-19 — 7-30-19)  (7-28-19 — 4-6-20) 4TH, 5TH, 8TH, "EXCESSIVE FORCE" 14TH AMEND...

FACTS: ON 2-13-19 I WAS BRUTALLY BEATEN UNTIL I WAS UNCONCIOUS AND UNRECOGNIZABLE. I HAVE BEEN DENIED ACCESS TO WRITING MATERIAL; DENYING ME ALLOWABLES FOR (8)MONTHS CANTEEN RESTRICTION PER OPS HYGIENE AND WRITING MATERIAL; FORCED TO GIVE MY BLOOD?; FORGED DOCUMENTS DENY-ME MY DUE PROCESS RIGHT. WHO, WHAT, WHEN, WHERE, AND HOW. I BELIEVE THAT ALL FACTS OR "CAMPAIGN OF HARASSMENT" (ALLEGE) ALL DEFENDANTS ARE COMPLICITE IN CONSPIRING TO

ME TO HARASS, ASSAULT & BATTERY, RETALIATE, SEXUAL EXPLOIT, FALSE ARREST, INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS. RACIAL BIAS DURING "BLACK HISTORY MONTH!"

## VI. RELIEF REQUESTED

*Briefly state what you want the Court to do for you. Do not make legal arguments or cite cases or statutes.*

"COMPENSATORY DAMAGES" GRANT ME $400,000 FOR PAIN AND SUFFERING; $200,000 FOR MEDICAL SERVICES PROVIDED; $20,000 FOR NOT ALLOWING ME TO PURSUE MY EDUCATION CONTINUOUSLY. "PUNITIVE DAMAGES" GRANT ME 240,000 FOR EVIL MOTIVES AND INTENT; $220,000 FOR DISCOURAGEMENT OF ILLEGAL ACTS IN THE FUTURE; $100,000 FOR "RETALIATION"; $100,000 FOR "CAMPAIGN OF HARASSMENT". COURT COSTS, FINES AND FEES $, ANY LEGAL AID $, PENAL FEES $ AND WHATEVER CONVENIENT FOR THE COURT. NO LESS THAN $500,000

## VII. PRISONER'S LITIGATION HISTORY

*The "Three Strikes Rule" bars a prisoner from bringing a civil action or an appeal in forma pauperis in federal court if the prisoner has "on three or more occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).*

Have you brought any other lawsuits in federal court while a prisoner?   ☐ Yes   ☑ No

If yes, how many?   N/A

Number each different lawsuit below and include the following:

- Name of case (including defendants' names), court, and docket number
- Nature of claim made
- How did it end? (For example, if it was dismissed, appealed, or is still pending, explain below.)
- Did the court assess a "Strike" or find the dismissal a "Prior Occasion" pursuant to 28 U.S.C.1915 (g).

N/A

_____
_____
_____
_____
_____
_____

## VIII. PLAINTIFF'S DECLARATIONS:

I declare under penalty of perjury that the foregoing is true and correct. To the best of my knowledge, information, and belief, this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending or modifying existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11 of the Federal Rules of Civil Procedure.

I agree to provide the Court Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Court Clerk's Office may result in the dismissal of my case.

_Brandon Lee Brown_        _April 9, 2020_
Plaintiff's Signature        Date

I further declare under penalty of perjury that I placed this complaint in the prison's legal mail system, with the correct postage attached, on the __6TH__ day of __APRIL__, 20__20__.

_Brandon Lee Brown_        _April 9, 2020_
Plaintiff's Signature        Date

Rev. 07/2019        8