TO: COURT CLERK
FROM: BRANDON LEE BROWN   #CIV20-124 RAW-SPS

**FILED**
DEC 28 2020
PATRICK KEANEY
Clerk, U.S. District Court
By_____ Deputy Clerk

I ASK THAT THIS DOCUMENT BE ENTERED AS EVIDENCE PERTAINING TO THE CASE # STATED ABOVE TITLED EXHIBIT "A!" NOTIFICATION OF PLAINTIFF TRYING IN GOOD FAITH TO REACH A SOLUTION IN ORDER NOT TO ~~CONVENUE~~ CONVENE THE COURTS IN THE MATTERS. UNFORTUNATELY, I'VE BEEN PUT ASIDE OR NOT TAKEN SERIOUS (ALLEGEDLY). I ASK IF NECESSARY THAT THIS "MOTION TO COMPEL DISCOVERY" BE ENTERED. AND "MOTION FOR APPOINTMENT OF COUNSEL" BE CONSIDERED.

ENCLOSE:

1) EXHIBIT "A" LETTER TO ATTORNEY ~~CLERK~~ GENERAL'S OFFICE
2) "MOTION FOR APPOINTMENT OF COUNSEL"
3) "MOTION FOR AN ORDER COMPELLING DISCOVERY"

DECEMBER 21, 2020

*Brandon Lee Brown*
BRANDON LEE BROWN


EXHIBIT "A"

TO: DESIREE D. SINGER, OBA #33053          12-8-20
FROM: BRANDON LEE BROWN #592090

(2)

I AM ATTEMPTING IN GOOD FAITH TO RECIEVE DISCLOSURES OR DISCOVERY AS REQUEST FROM THE COURTS "SPECIAL REPORT" ORDER. IT HAS BEEN MORE THAN SIXTY (60) DAYS AS GRANTED FROM THE JUDGE. I WOULD LIKE THE PHOTOS OF MY INJURIES FROM FEBUARY 13, 2020,(1) VIDEO CAMERA FOOTAGE OF ALL THE INCIDENTS IN COMPLAINT FROM JULY 25, 2019 — 8-1-19, NOVEMBER 22, 2019, AND THE DATE ABOVE. (2) THE COMPLETE PRISON RECORDS OF BRANDON LEE BROWN #592090.(3) ALL STATEMENTS, ORIGINAL OR COPIES, IDENTIFIABLE AS REPORTS ABOUT THE INCIDENTS STATED AT THE DATES ABOVE, MADE BY ODOCS EMPLOYEE, AND/OR WITNESS.(4) ANY MEDICAL RECORDS OF NOVEMBER 22, 2019, JULY 25 — 8-1-19 AND FEBUARY 13, 2020 ALL FROM THE TIME OF INCARCERATION IN DAVIS CORRECTIONAL FACILITY THROUGH AND INCLUDING THE DATE OF YOUR RESPONSE TO REQUEST.(5) ANY AND ALL RULES, REGULATIONS, AND POLICIES OF THE OKLAHOMA DEPARTMENT OF CORRECTIONS ABOUT TREATMENT OF PRISONERS IN SIMULAR CIRCUMSTANCES AS MINE.

I DO WISH TO SETTLE AN AGREEMENT WITH JOE ALLBAUGH AND MARK KNUTSON. I WISH TO ASK THAT THE "GRIEVANCE RESTRICTION" PROCEDURE AND THE (1) GRIEVANCE FORM "MAILBOX" PROCEDURE BE REVISITED AND AMENDED FOR THE REASON OF BEING "WEAPONIZED." DEFENDANT, SC COLBERT, I BELIEVE WAS IRRESPONSIBLE, NEGLENT, AND COMPLICIT IN THE ACTS THAT OCCURED AT THE FACILITY. JAMES YATES AND ALL OTHER DEFENDANTS I DO WISH TO PURSUE LITIGATION OR COME TO A AGREEMENT FINANCIALLY WITH

SOME FORM OF CHANGES TO PROTECT FROM FURTHER ABUSE AT THE FACILITY. ~~OR~~ OR SIMPLY GO TO TRIAL. IF, THE JUDGE DOESN'T DECIDE THE CASE ON ~~HIS,~~ ON.

THE THINGS THEY DID TO ME LEFT ME SCARRED AND UN-TRUSTING OF A ALREADY IFIE RELATIONSHIP. UNLESS A CONSENT DECREE IS CONSIDERED, I DO SEEK TO BE FINANCIALLY COMPENSATED FOR DISCIPLINE AND DISCOURAGEMENT OF THE SUM NOTED IN COMPLAINT TOTALING 2.4 MILLION DOLLARS WHICH IS IN MY OPINION NOT ENOUGH TO CURE THE INJURIES, PHYSICALLY AND MENTALLY RECIEVED. I HAVE HEADACHES, MY FACE SPASMS, I'M TAKING ~~~~ PSYCHOTROPICS FOR DEPRESSION. I CAN NEVER FORGET THE FACT I WAS KNOCKED UNCONCIOUS IN MY OPINION DAMN NEAR BEING KILLED. I FEEL LIKE MY LIFE IS PRICELESS BUT AN ATTEMPT IN THE RIGHT DIRECTION OF ADMISSION OF FAULT COMPENSATION IS ALL THAT THE JUSTICE OF THE UNITED STATES OF AMERICA PROVIDE. I'LL CLOSE WITH THAT TO BEING SAID TO WHOMEVER IT MAY CONCERNS. MY EVERY WAKING DAY I AM THANKFUL FOR AND REMINDED OF THE TRAUMA THEY INJECTED IN MY LIFE. AS IF, BEING INCARCERATED AND AWAY FROM MY FAMILY UNABLE TO PROTECT MY CHILDREN AREN'T ENOUGH TO DEAL WITH DAY-TO-DAY AS TIME GOES WITHOUT PAUSE OR APOLOGY. STAY SAFE IN THE COVID-19 INFECTED LIFE WE ALL MOST LIKELY WILL HAVE TO DEAL WITH.

RESPECTFULLY SUBMITTED,

December 8, 2020

Brandon Lee Brown