# Special Report

# Exhibit 1:

# Incident report for 7/25/2019

# Comprehensive Report

| If ordered, the Comprehensive Report shall be submitted within five working days of the incident to the appropriate regional director or designee. | | | |
|---|---|---|---|
| Facility: | Davis Correctional | Reported by: | Kevin Brown |

| Type of Incident: | Use of Force |
|---|---|
| Date/Time Incident Occurred: | 07/25/2019 16:46 |
| Location of Incident (Unit, Quad, Cell, dining hall, etc.) | Facility Property \ Main Building \ Intake |

A. Full description of incident (who, what, where, when, why and how. Include all inmate and staff actions during the incident):

On Thursday, July 25, 2019, at approximately 1646 hours, Senior Correctional Officer Bryan Yandell and Correctional Officer Bradley Carlton were escorting inmate Brown, Brandon #592090 (Date of Birth: ███ Race: Black, Affiliation: Gangster Disciples) from Intake to Main Medical for a medical evaluation after returning from Holdenville General Hospital due to suspicion of drug use.

Inmate Brown became verbally aggressive, refusing to go to Medical, and demanding to be taken to Segregation. Escorting staff explained to inmate Brown that the doctor had ordered him to be taken to Main Medical for an evaluation upon returning from the hospital. At that point inmate Brown pulled away from Correctional Officer Carlton and began to swing his elbows in an aggressive manner. Senior Correctional Officer Yandell and Correctional Officer Carlton used their physical strength and body weight to place inmate Brown on the ground in a prone position in order to gain compliance. Senior Correctional Officer Austin Peltier and Correctional Officer Seth Scribner who were present in Intake observed the incident and assisted in controlling inmate Brown.

Once inmate Brown was on the ground, Correctional Officer Scribner began operating camera #C244 and radioed for a Response Team and for the escort gurney to be brought to Intake.

Correctional Officer Thomas Giles, Correctional Officer Patrick Roberts, Correctional Officer Sara Vance, and Correctional Officer Robert Choate responded in less than two (2) minutes. Upon arrival, Correctional Officer Giles relieved Correctional Officer Carlton, who went to Main Medical to retrieve a spit mask. Correctional Officer Carlton returned with the spit mask and placed it over inmate Brown's head. Correctional Officer Roberts relieved Senior Correctional Officer Yandell and Correctional Officer Vance relieved Senior Correctional Officer Peltier in assisting to maintain compliance of inmate Brown.

Senior Correctional Officer Peltier relieved Correctional Officer Scribner as camera operator and Correctional Officer Choate relieved Correctional Officer Vance in assisting to maintain compliance of inmate Brown.

When the escort gurney arrived in Intake, Correctional Officer Choate, Correctional Officer Roberts, and Correctional Officer Giles assisted inmate Brown to his feet and secured him on the gurney. Correctional Officers Choate, Correctional Officer Roberts, and Correctional Officer Giles then escorted inmate Brown to Main Medical for a post use of force evaluation which he refused.

Correctional Officer Choate, Correctional Officer Roberts, and Correctional Officer Giles then escorted inmate Brown to Intake Cell #02 where he was unclothed, given a safety smock, and placed on constant observation due to suspicion of illicit drug use.

SUSPECTS:
Inmate Brown, Brandon #592090 (Date of Birth: ███ Race: Black, Affiliation: Gangster Disciples)

ESCORTS:
Correctional Officer Choate, Correctional Officer Roberts, and Correctional Officer Giles assisted inmate Brown to his feet and secured him on the gurney. Correctional Officer Choate, Correctional Officer Roberts, and Correctional Officer Giles then escorted inmate Brown to Medical for an evaluation where he refused the evaluation. Correctional Officer Choate, Correctional Officer Roberts, and Correctional Officer Giles then escorted inmate Brown to Intake Cell #2 where he was stripped of all clothing, given a safety smock, and placed on one on one constant watch due to suspicion of drug use.

MEDICAL REPORTS/INJURIES TO STAFF:
All staff received an evaluation conducted by Licensed Practical Nurse Teri Moser with no injuries noted.

MEDICAL REPORTS/INJURIES TO INMATES:
Inmate Brown received a visual evaluation conducted by Licensed Practical Nurse Teri Moser with no injuries noted.

CRIME SCENE/EVIDENCE:
All incident reports, photos, and video submitted with this packet.

USE OF FORCE:
Senior Correctional Officer Yandell and Correctional Officer Carlton used their physical strength and body weight to place inmate Brown on the ground in a prone position in order to gain compliance. Senior Correctional Officer Austin Peltier and Correctional Officer Seth Scribner who were present in Intake observed the incident and assisted in controlling inmate Brown.

CONCLUSION:
Inmate Brown received an offense report, (X-23) Resisting Apprehension.

NOTIFICATIONS:
Chief of Security Kevin Brown was notified at approximately 1646 hours by Shift Supervisor James Riddle.
Chief of Security Kevin Brown notified OKDOC Contract Monitor Kerry Minyard at 1648 hours.

| B. | Staff involved and role they played during/after the incident: |
|---|---|

Bryan Yandell (932764) SR CORRECTIONAL OFFICER Participant – Use of Force Physical
Bradley Carlton (39272484) CORRECTIONAL OFFICER Participant – Use of Force Physical
Austin Peltier (38834043) SR CORRECTIONAL OFFICER Participant – Responder/Camera Operator
Seth Scribner (37164231) CORRECTIONAL OFFICER Participant – Responder/ Camera Operator
Sara Vance (39895235) CORRECTIONAL OFFICER Participant – Responder
Thomas Giles Jr (39891656) CORRECTIONAL OFFICER Participant – Responder/Escorting Officer
Patrick Roberts (37298859) CORRECTIONAL OFFICER Participant – Responder/Escorting Officer
Robert Choate (1717417) CORRECTIONAL OFFICER Participant – Responder

| C. Inmates involved: | | | | | | | |
|---|---|---|---|---|---|---|---|
| Full Name | DOC # | Race | Age | Sentence Length/Days Remaining/Crime/STG Affiliation | Updated offender profile screening form attached (Y or N) | Mental Health Level/Medication Compliance (past 90 days) (Y or N) | Updated Mental Health Assessment Attached (Y or N) |
| BROWN, BRANDON LEE | 592090 | B | 34 | OK 21-801.T - Robbery Or Att. W/Dang Weapon (85 Pct) | Y | ■ N/A | Y |

| D. Injuries sustained (Protected health Information): | | | | | | |
|---|---|---|---|---|---|---|
| Staff or Inmate (S or I) | Full Name | Type of Injury | Cause of Injury | Treatment Received-Inmate (provide update on current condition, treatment and location) | Treatment Received-Staff (was treatment provided outside of the facility) |
| N/A | | | | | | |

| E.  What future impacts will/could this incident have on staff and/or inmates and other facilities? |
|---|
| None |
| F.  What corrective measures were implemented and what follow-up action should be addressed to resolve and/or prevent future incidents? |
| None |
| G.  What disciplinary actions/commendations for staff were recommended? |
| None |
| H.  If there is no video related to this incident, explain why: |
| N/A |
| I.  If there is video of this incident, how many discs are included or uploaded with this report? |
| 2 |
| Will transfers or Separatees be recommended for any of the inmates involved? |
| No transfer will be recommended at this time. |
| What events precipitated this event: |
| Inmate Brown became verbally aggressive, refusing to go to Medical, and demanding to be taken to Segregation. Escorting staff explained to inmate Brown that the doctor had ordered him to be taken to Main Medical for an evaluation upon returning from the hospital. At that point inmate Brown pulled away from Correctional Officer Carlton and began to swing his elbows in an aggressive manner. Senior Correctional Officer Yandell and Correctional Officer Carlton used their physical strength and body weight to place inmate Brown on the ground in a prone position in order to gain compliance. Senior Correctional Officer Austin Peltier and Correctional Officer Seth Scribner who were present in Intake observed the incident and assisted in controlling Inmate Brown. |
| Were any weapons or contraband recovered during this incident? |
| None |

13-34A2

# Facility Emergency Anatomical Form



Ø Visible injuries noted

Refusee assessment &

☑ Inmate/Resident   ☐ Employee
Facility Name: _DCF_   Date: _7-25-19_   Time: _19:08_

Name: (Last, First) _Brown, Brandon_   Agency # / Employee#: _592090_

Age: _34_   Race: _B_   Sex: ☑ male ☐ female   Time Notified: _1900_   Time Seen: _1908_

Place of Occurrence: _____   Date/Time of Occurrence: _7-25-19 @ 1908_

Reason for Report: ☐ injury ☐ on the job injury ☑ use of force ☐ pre-seg admission ☐ other: _____

Mode of Arrival: ☑ stretcher ☐ wheelchair ☐ ambulatory ☐ on-site ☑ escorted by _Security x10_

Injuries Found? ☐ Yes ☑ No - If yes, use the appropriate code number on the figures above

| Injury | Code | Injury | Code | Injury | Code | Other, list below | Code |
|---|---|---|---|---|---|---|---|
| Abrasions/Scratch | 1 | Fresh Tattoo | 7 | Reddened Area | 13 | | |
| Active Bleeding | 2 | Cut/Laceration/Slash | 8 | Skin Flap | 14 | | 17 |
| Bruise/Discoloration | 3 | Chemical Spray Area | 9 | Swollen Area | 15 | | 18 |
| Burn | 4 | Pain | 10 | Open Fracture | 16 | | 19 |
| Deformity | 5 | Protrusion | 11 | | | | |
| Dried Blood | 6 | Puncture | 12 | | | | |

RN Notified: _____
Time: _____
LIP Notified: _____
Time: _____
Form Completed By/Title: _____
Print/Sign _Im____ika_

Chemical Spray Exposure? ☐ Yes ☑ No   Decontaminated? ☐ Yes ☑ No   Self-decontamination instructions given? ☐ Yes ☑ No
Refused Decontamination? ☐ Yes ☐ No   Placed on every 15 minute respiratory checks? ☐ Yes ☑ No
Brief Statement in subject's words of the circumstances of the occurrence: _Physical take down_
_reported per Security_

Comments: _MH Notified._

Disposition: _Security_   Time: _1911_

Proprietary Information – Not For Distribution – Copyrighted - Property of CCA

10/10/12

2019.1001.234.11



Brown



Brown