Special Report

Exhibit 4:

Medical records for

Brandon Lee Brown, OK DOC #592020

## Oklahoma Department of Corrections

Oklahoma Department of Corrections Private and DOC: ODOC Formulary Group Number:

**BROWN, BRANDON**

OK DoC Offender ID **592090**
(35) M African
American
Oklahoma State Penitentiary

### 3-11 shift note - 07/30/19 08:20 PM
### PROGRESS NOTE:

*Progress Note:*
DC'D from medical awaiting housing placement. Up amb ad lib in cell, A,A,Ox4, Resp E/U, denies c/o. No acute distress noted.

### CO-PAYMENT ASSIGNMENT ONLY (Select procedure 99211-office visit and/or medication(s) for co-payment)

| | |
|---|---|
| *Encounter:* | SIMPLE NARRATIVE NOTE |
| *Date/Time of Service:* | 07/30/19 08:20 PM |
| *Location of Service:* | Davis Correctional Facility |
| *Provider:* | Terri Moser, RN Authorizing Provider:Terri Moser, RN |

Signed Electronically by Terri Moser, RN on 07/30/19 10:15 PM

*The contents of this document are confidential and restricted to authorized personnel of the Oklahoma Department of Corrections.*

Medunison

# Oklahoma Department of Corrections

Oklahoma Department of Corrections Private and DOC: ODOC Formulary Group Number:

**BROWN, BRANDON**

OK DoC Offender ID **592090**
████ (35) M African American
Oklahoma State Penitentiary

**11-7 Shift Note - 07/31/19 12:52 AM**
**PROGRESS NOTE:**

*Note:*
Inmate remains on Sheltered Housing pending appropriate placement by security. Reading a book, laying on his bunk. No sign of distress, no complaint voiced.

**CO-PAYMENT ASSIGNMENT ONLY (Select procedure 99211-office visit and/or medication(s) for co-payment)**

| | |
|---|---|
| *Encounter:* | MEDICAL PROGRESS NOTE - NARRATIVE |
| *Date/Time of Service:* | 07/31/19 12:52 AM |
| *Location of Service:* | Davis Correctional Facility |
| *Provider:* | Roberta Clemans, RN Authorizing Provider:Roberta Clemans, RN |

Signed Electronically by Roberta Clemans, RN, RN on 07/31/19 01:00 AM
*The contents of this document are confidential and restricted to authorized personnel of the Oklahoma Department of Corrections.*

Medunison

## Oklahoma Department of Corrections

Oklahoma Department of Corrections Private and DOC: ODOC Formulary Group Number:

**BROWN, BRANDON**

OK DoC Offender ID **592090**
(35) M African
American
Oklahoma State Penitentiary

**Return to housing - 07/31/19 03:30 PM**
**PROGRESS NOTE:**

*Progress Note:*
DC'D from medical housing per orders. Return to housing FC pod, amb ad lib escorted per security. No distress noted.

**CO-PAYMENT ASSIGNMENT ONLY (Select procedure 99211-office visit and/or medication(s) for co-payment)**

| | |
|---|---|
| *Encounter:* | SIMPLE NARRATIVE NOTE |
| *Date/Time of Service:* | 07/31/19 03:30 PM |
| *Location of Service:* | Davis Correctional Facility |
| *Provider:* | Terri Moser, RN Authorizing Provider:Terri Moser, RN |

Signed Electronically by Terri Moser, RN on 07/31/19 03:57 PM
*The contents of this document are confidential and restricted to authorized personnel of the Oklahoma Department of Corrections.*

OKLAHOMA DEPARTMENT OF CORRECTIONS
REQUEST FOR HEALTH SERVICES

TO BE COMPLETED BY INMATE   •   Facility: _DCF_   Date: _8 | 0 | 9_

Inmate Name _BRANDON BROWN_   DOC # _597090_ Unit _FC 2 11_

I request the following service(s): (Check appropriate box(s))

☐ Medical   ☐ Mental Health   ☐ Dental   ☐ Optometry (eye)   ☐ Medication Renewal
(expired medications only)

Reason for service: _My left foot has some type of germ are wart on it my foot slipped out of shower shoe in medical it creaking and itch_

I understand that in accordance with operations memorandum OP-140117 entitled, "Access to Health Care", I will be charged $ 4 for each medical service I request and a charge of $ 4 for each medication(s) dispensed to me, with the exceptions noted in the above-reference operations memorandum. There is no charge to the offender for mental health services and/or mental health medications.

Inmate Signature _Brandon Brown_   Date: _8.10.19_

TO BE COMPLETED BY HEALTH SERVICES

| Date Received | Initials |
|---|---|
| 8-16-19 | C |

Comment: _Seen in Medical_

RN/LPN/Health Care Provider Signature   Date _8-16-19_

Return the "Request for Health Services" with the disposition of the inmate's request in the comment section to the inmate after scanning into the inmate's EHR.

NOTE: All "Keep on Person" (KOP's) medication refill requests must be submitted to the facility's health services unit or to the medical host facility, using the "Medication Refill Slip" (DOC 140130M). "Medication Refill Slips" must be submitted within ten days of the date the medication expires or runs out. "Medication Refill Slips" are readily available and accessible at designated locations within the facility.

DOC 140117A
(R 5/17)

## Oklahoma Department of Corrections

Oklahoma Department of Corrections Private and DOC: ODOC Formulary Group
Number:

**BROWN, BRANDON**

OK DoC Offender ID **592090**
C▮▮▮▮▮ (35) M African
American
Oklahoma State Penitentiary

**payment)**

| | |
|---|---|
| *Encounter:* | PRURITIC LESIONS/SCALING (Athlete's Foot (Tinea Pedis) |
| *Date/Time of Service:* | 08/16/19 12:03 PM |
| *Location of Service:* | Davis Correctional Facility |
| *Provider:* | Gloriana Goodwin, LPN Authorizing Provider:Gloriana Goodwin, LPN |
| *Procedures:* | Office or other outpatient visit for the evaluation and management of an established patient, that may not require the presence of a physician. Usually, the presenting problem(s) are minimal. Typically, 5 minutes are spent performing or supervising these services. (99211) |

Signed Electronically by Gloriana Goodwin, LPN on 08/16/19 12:22 PM

*The contents of this document are confidential and restricted to authorized personnel of the Oklahoma Department of Corrections.*

OKLAHOMA DEPARTMENT OF CORRECTIONS
REQUEST FOR HEALTH SERVICES

TO BE COMPLETED BY INMATE   Facility: _DCF_   Date: _8·20·19_

Inmate Name _BRANDON BROWN_   DOC # _552094_ Unit _FC2A_

I request the following service(s): (Check appropriate box(s))

☐ Medical   ☐ Mental Health   ☑ Dental   ☐ Optometry (eye)   ☑ Medication Renewal
(expired medications only)

Reason for service: _I need aid & assistance on my feet please_
_I recently looked closer at it and you can see_
_little bumps under the skin_

I understand that in accordance with operations memorandum OP-140117 entitled, "Access to Health Care", I will be charged $ 4 for each medical service I request and a charge of $ 4 for each medication(s) dispensed to me, with the exceptions noted in the above-reference operations memorandum. There is no charge to the offender for mental health services and/or mental health medications.

Inmate Signature _B Brown_   Date: _8 20 19_

TO BE COMPLETED BY HEALTH SERVICES

Comment: _Examined. Med 41_

| Date Received | Initials |
|---|---|
| 8/28/19 | RS |

_Shirley RN_
RN/LPN/Health Care Provider Signature

_8/28/19_
Date

"Return the "Request for Health Services" with the disposition of the inmate's request in the comment section to the inmate after scanning into the inmate's EHR.

**NOTE:** All "Keep on Person" (KOP's) medication refill requests must be submitted to the facility's health services unit or to the medical host facility, using the "Medication Refill Slip" (DOC 140130M). "Medication Refill Slips" must be submitted within ten days of the date the medication expires or runs out. "Medication Refill Slips" are readily available and accessible at designated locations within the facility.

DOC 140117A
(R 5/17)

## Oklahoma Department of Corrections

Oklahoma Department of Corrections Private and DOC: ODOC Formulary Group
Number:

**BROWN, BRANDON**

OK DoC Offender ID **592090**
(35) M African
American
Oklahoma State Penitentiary

### SKIN IRRITATION (example - Dermatitis, Rash, Poison Ivy, Dry Skin) - 08/28/19 12:10 PM
### SUBJECTIVE DATA:

**Allergies:**

| Allergen | Severity | Reactions | First Incidence | Certainty | Documented |
|---|---|---|---|---|---|
| No Known Drug Allergies | | | | | 02/04/2010 |
| No Known Environmental Allergies | | | | | 02/04/2010 |
| No Known Food Allergies | | | | | 02/04/2010 |

*Chief Complaint:* rash

*Onset:* Recurrence;

*Where did it start?* 2 spots of "circle rash" 1 to each upper thigh
Small pin point white bumps under skin to inside left foot

*Did it spread?* No;

*Exposure to Allergens:* Unknown;

*Associated Symptoms:* Itching;

### OBJECTIVE DATA:

**Vitals:**

| Measurement | 08/28/19 12:08 PM |
|---|---|
| Weight (lbs) | 167.0 |
| Pulse Sitting (BPM) | 82 |
| Respirations (BPM) | 16 |
| SBP (sitting) | 120 |
| DBP (sitting) | 88 |

*Appearance of Lesions:* Dry; White/patchy;

*Drainage:* No;

*Appearance:* No distress;

### HEALTH CARE PROVIDER NOTIFICATION:

*Name of Health Care Provider Notified:* Brewer

*Time of notification:* 1200

*Verbal Orders Received/Documented/Assigned to Health Care Provider:* Yes;

### PLAN:

*Interventions:* Education/Intervention: Instruct to wash well with soap and water, apply cool moist compresses to affected area 3 - 4 times a day for 20 minutes, do not share linens, avoid scratching/touching affected area, medication use, avoid contact of lotion/ointment around eyes, follow-up sick call if no improvement. Inmate verbalizes understanding.;

### PROGRESS NOTE:

*Progress Note:* small approx. 3x 5 cm circular rash- one circle to each thigh, white , patchy looking.

pinpoint small areas to inner aspect of left foot towards heel. Stated they "itched"

Plan: fungal ring for circular rash. Hydrocortisone for inner aspect of foot.

### CO-PAYMENT ASSIGNMENT ONLY (Select procedure 99211-office visit and/or medication(s) for co-payment)

*The contents of this document are confidential and restricted to authorized personnel of the Oklahoma Department of Corrections.*

## Oklahoma Department of Corrections

Oklahoma Department of Corrections Private and DOC: ODOC Formulary Group Number:

**BROWN, BRANDON**

OK DoC Offender ID **592090**
████████ (35) M African
American
Oklahoma State Penitentiary

| | |
|---|---|
| *Encounter:* | SKIN IRRITATION (example - Dermatitis, Rash, Poison Ivy, Dry Skin) |
| *Date/Time of Service:* | 08/28/19 12:10 PM |
| *Location of Service:* | Davis Correctional Facility |
| *Provider:* | Rhonda Shivley, RN Authorizing Provider:Rhonda Shivley, RN |
| *Procedures:* | Office or other outpatient visit for the evaluation and management of an established patient, that may not require the presence of a physician. Usually, the presenting problem(s) are minimal. Typically, 5 minutes are spent performing or supervising these services. (99211) |
| *Medications:* | Hydrocortisone, Topical [hydrocortisone topical] 1% cream topical<br>Clotrimazole [clotrimazole topical] 1% cream topical |

Signed Electronically by Rhonda Shivley, RN on 08/28/19 12:19 PM

*The contents of this document are confidential and restricted to authorized personnel of the Oklahoma Department of Corrections.*

OKLAHOMA DEPARTMENT OF CORRECTIONS
REQUEST FOR HEALTH SERVICES

**TO BE COMPLETED BY INMATE**   Facility: _DCF_   Date: _8·27·19_

Inmate Name _BRANDON L BROWN_   DOC# _592090_ Unit _EL·211_

I request the following service(s): (Check appropriate box(s))

☑ Medical   ☐ Mental Health   ☐ Dental   ☐ Optometry (eye)   ☐ Medication Renewal
(expired medications only)

Reason for service: _I GOT RINGWORMS._

_THIS IS THIRD FORM I FILLED OUT MORE EVIDENCE OF_

_ME BEING DENIED MEDICAL SERVICE._

I understand that in accordance with operations memorandum OP-140117 entitled, "Access to Health Care", I will be charged $ 4 for <u>each</u> medical service I request and a charge of $ 4 for <u>each</u> medication(s) dispensed to me, with the exceptions noted in the above-reference operations memorandum. There is <u>no charge</u> to the offender for mental health services and/or mental health medications.

Inmate Signature _____   Date: _____

**TO BE COMPLETED BY HEALTH SERVICES**

| Date Received | Initials |
|---|---|
| 8/29/19 | RS |

Comment: _Examined. Med U._

_Shirley Rn_
RN/LPN/Health Care Provider Signature

_8/29/19_
Date

"Return the "Request for Health Services" with the disposition of the inmate's request in the comment section to the inmate after scanning into the inmate's EHR.

**NOTE:** All "Keep on Person" (KOP's) medication refill requests must be submitted to the facility's health services unit or to the medical host facility, using the "Medication Refill Slip" (DOC 140130M). "Medication Refill Slips" must be submitted within ten days of the date the medication expires or runs out. "Medication Refill Slips" are readily available and accessible at designated locations within the facility.

DOC 140117A
(R 5/17)

Medunison

## Oklahoma Department of Corrections

Oklahoma Department of Corrections Private and DOC: ODOC Formulary Group
Number:

**BROWN, BRANDON**

OK DoC Offender ID **592090**
(35) M African
American
Oklahoma State Penitentiary

### Medication Charges - 08/29/19 07:28 AM
### PROGRESS NOTE:

**Medications:**

| Medication | Start Date | End Date |
|---|---|---|
| Clotrimazole1% cream topical<br>1 QS Twice daily for 90 Days<br>Notes: for circular rash on upper thighs | 08/28/2019 | 11/25/2019 |
| Hydrocortisone, Topical1% cream topical<br>1 QS Twice daily for 90 Days | 08/28/2019 | 11/25/2019 |

*Note:*

Charges for Clotrimazole and Hydrocortisone ordered 08/28/19

### CO-PAYMENT ASSIGNMENT ONLY (Select procedure 99211-office visit and/or medication(s) for co-payment)

| | |
|---|---|
| *Encounter:* | MEDICAL PROGRESS NOTE - NARRATIVE |
| *Date/Time of Service:* | 08/29/19 07:28 AM |
| *Location of Service:* | Davis Correctional Facility |
| *Provider:* | Tonya McMinn, Medical Record Clerk Authorizing Provider:Tonya McMinn, Medical Record Clerk |
| *Medications:* | Hydrocortisone, Topical [hydrocortisone topical] 1% cream topical<br>Clotrimazole [clotrimazole topical] 1% cream topical |

Signed Electronically by Tonya McMinn, Medical Record Clerk on 08/29/19 07:28 AM
*The contents of this document are confidential and restricted to authorized personnel of the Oklahoma Department of Corrections.*

OKLAHOMA DEPARTMENT OF CORRECTIONS
REQUEST FOR HEALTH SERVICES

**BE COMPLETED BY INMATE**   Facility: _DCF_   Date: _10|22|19_

nate Name _Brown, Brandon_   DOC # _592090_   Unit _FD 209_

equest the following service(s): (Check appropriate box(s))

☒ Medical   ☐ Mental Health   ☐ Dental   ☐ Optometry (eye)   ☐ Medication Renewal
(expired medications only)

ason for service: _Nose bleeding_

nderstand that in accordance with operations memorandum OP-140117 entitled "Access to
alth Care", I will be charged $4 for each medical service I request and a charge of $4 for each
dication(s) dispensed to me, with the exceptions noted in the above-reference operations
morandum. There is no charge to the inmate for mental health services and/or mental health
dications.

nate Signature _____   Date: _10/22/19_

**BE COMPLETED BY HEALTH SERVICES**   III

| Date Received | Initials |
| 10-22-19 | DT |

nment: _Exam_

_OTurner, LPN_
RN/LPN/Health Care Provider Signature         _10/22/19_
                                               Date

urn the "Request for Health Services" with the disposition of the inmate's request in the comment section to
nmate after scanning into the inmate's EHR.

E:   All "Keep on Person" (KOP's) medication refill requests must be submitted to the facility's
lth services unit or to the medical host facility, using the "Medication Refill Slip" (DOC 140130M).
dication Refill Slips" must be submitted within ten days of the date the medication expires or runs
"Medication Refill Slips" are readily available and accessible at designated locations within the
ity.

DOC 140117A
(R 5/17)

## Oklahoma Department of Corrections

Oklahoma Department of Corrections Private and DOC: ODOC Formulary Group
Number:

**BROWN, BRANDON**

OK DoC Offender ID **592090**
(35) M African
American
Oklahoma State Penitentiary

**NOSEBLEED (epistaxis) - 10/22/19 12:58 PM**
**SUBJECTIVE DATA:**

Allergies:

| Allergen | Severity | Reactions | First Incidence | Certainty | Documented |
|---|---|---|---|---|---|
| No Known Drug Allergies | | | | | 02/04/2010 |
| No Known Environmental Allergies | | | | | 02/04/2010 |
| No Known Food Allergies | | | | | 02/04/2010 |

*Chief Complaint:* nose bleed since last night
*Onset:* New;
*When:* started last night
*History of upper respiratory infection:* No;
*History of high blood pressure:* No;
*History of Trauma / foreign object:* No;
*History of hemophilia:* No;
*History of aspirin use:* No;
*History of bleeding disorder:* No;
*History of bleeding disorder:* No;
*Are you still on blood thinners?* No;

**OBJECTIVE DATA:**

Vitals:

| Measurement | 10/22/19 01:01 PM |
|---|---|
| Temperature (F) | 97.7 |
| Pulse Sitting (BPM) | 74 |
| Respirations (BPM) | 18 |
| PulseOx - Room Air (%) | 100.0 H |
| SBP (sitting) | 120 |
| DBP (sitting) | 78 |

*Right nare:* Normal;
*Left nare:* Normal;
*Amount of bleeding:* Other:; I/M verbalizes that he blew his nose last night and his nose started to bleed and then it seemed to stop but started bleeding again.

**HEALTH CARE PROVIDER NOTIFICATION:**

**PLAN:**

*Interventions:* Education/Intervention: Instructed to not insert Q-tip or other object into nose, do not pick or blow nose, follow-up sick call if no improvement. Inmate verbalizes understanding.;

**PROGRESS NOTE:**

*Progress Note:* I/M presents to medical ambulatory without assistance. Steady gait noted. Noted I/M currently has tissue in LT nare. I/M verbalizes that he blew his nose last night and it started to bleed, it then stopped but then he felt it dripping again. Noted very small amount of red color on tissue, when LT nare examined no abnormalities noted. During visit I/M did not have any active bleeding. No distress noted at this time. Will RTC if bleeding continues.

**CO-PAYMENT ASSIGNMENT ONLY (Select procedure 99211-office visit and/or medication(s) for co-**

*The contents of this document are confidential and restricted to authorized personnel of the Oklahoma Department of Corrections.*

Medunison

# Oklahoma Department of Corrections

Oklahoma Department of Corrections Private and DOC: ODOC Formulary Group Number:

**BROWN, BRANDON**

OK DoC Offender ID **592090**
█████████(35) M African
American
Oklahoma State Penitentiary

**payment)**

| | |
|---|---|
| *Encounter:* | NOSEBLEED (epistaxis) |
| *Date/Time of Service:* | 10/22/19 12:58 PM |
| *Location of Service:* | Davis Correctional Facility |
| *Provider:* | Danay Turner, LPN Authorizing Provider:Danay Turner, LPN |
| *Procedures:* | Office or other outpatient visit for the evaluation and management of an established patient, that may not require the presence of a physician. Usually, the presenting problem(s) are minimal. Typically, 5 minutes are spent performing or supervising these services. (99211) |

Signed Electronically by Danay Turner, LPN on 10/22/19 01:14 PM

*The contents of this document are confidential and restricted to authorized personnel of the Oklahoma Department of Corrections.*

## Oklahoma Department of Corrections

Oklahoma Department of Corrections Private and DOC: ODOC Formulary Group
Number:

**BROWN, BRANDON**

OK DoC Offender ID **592090**
0⬛⬛⬛5 (35) M African
American
Oklahoma State Penitentiary

### PEPPER SPRAY (OC) / TEAR GAS (CN) - 11/22/19 08:41 AM
### SUBJECTIVE DATA:

Allergies:

| Allergen | Severity | Reactions | First Incidence | Certainty | Documented |
|---|---|---|---|---|---|
| No Known Drug Allergies | | | | | 02/04/2010 |
| No Known Environmental Allergies | | | | | 02/04/2010 |
| No Known Food Allergies | | | | | 02/04/2010 |

*Chief Complaint:* Sprayed with OC
*Type of exposure:* OC spray
*Time of exposure:* 0800
*Area exposed:* all over
*History of COPD:* No;
*History of Asthma:* No;
*Associated Symptoms:* Burning; Pain Scale; 0;

### OBJECTIVE DATA:

Vitals:

| Measurement | 11/22/19 08:41 AM |
|---|---|
| Temperature (F) | 98.5 |
| Pulse Sitting (BPM) | 97 |
| Respirations (BPM) | 19 |
| PulseOx - Room Air (%) | 100.0 H |
| SBP (sitting) | 149 |
| DBP (sitting) | 111 |
| Pain Scale (0-10) | 0 |

*Respirations:* Even;
*Lungs sounds:* Clear;
*Skin:* Warm;
*Neurological:* Awake; Alert; Oriented to; person; place; time; situation;
*Eyes:* Redness;
*Appearance:* No distress;

### HEALTH CARE PROVIDER NOTIFICATION:

### EMERGENCY NOTIFICATION:

### PLAN:

*Interventions:*
Inmate calmed and moved to area for adequate air/ventilation.; Education/Intervention: Instructed to not rub face as this will aggravate the pain, put on clean cloths, proper hygiene, procedure(s) and care provided, follow-up sick call if no improvement. Inmate verbalizes understanding.;

### PROGRESS NOTE:

*Progress Note:* Inmate sprayed during use of force, no noted s/s of distress, or discomfort, no tearing, nasal drainage. inmate refused to respond to nurse as to what caused use of force.

**CO-PAYMENT ASSIGNMENT ONLY (Select procedure 99211-office visit and/or medication(s) for co-**

*The contents of this document are confidential and restricted to authorized personnel of the Oklahoma Department of Corrections.*

## Oklahoma Department of Corrections

Oklahoma Department of Corrections Private and DOC: ODOC Formulary Group Number:

**BROWN, BRANDON**

OK DoC Offender ID **592090**
█████████(35) M African
American
Oklahoma State Penitentiary

**payment)**

| | |
|---|---|
| *Encounter:* | PEPPER SPRAY (OC) / TEAR GAS (CN) |
| *Date/Time of Service:* | 11/22/19 08:41 AM |
| *Location of Service:* | Davis Correctional Facility |
| *Provider:* | Gloriana Goodwin, LPN Authorizing Provider:Gloriana Goodwin, LPN |
| *Procedures:* | Office or other outpatient visit for the evaluation and management of an established patient, that may not require the presence of a physician. Usually, the presenting problem(s) are minimal. Typically, 5 minutes are spent performing or supervising these services. (99211) |

Signed Electronically by Gloriana Goodwin, LPN on 11/22/19 09:56 AM

*The contents of this document are confidential and restricted to authorized personnel of the Oklahoma Department of Corrections.*

# Oklahoma Department of Corrections

Oklahoma Department of Corrections Private and DOC: ODOC Formulary Group
Number:

**BROWN, BRANDON**

OK DoC Offender ID **592090**
█████████(35) M African
American
Oklahoma State Penitentiary

**USE OF FORCE - 02/13/20 11:06 AM**
## SUBJECTIVE DATA:

Allergies:

| Allergen | Severity | Reactions | First Incidence | Certainty | Documented |
|---|---|---|---|---|---|
| No Known Drug Allergies | | | | | 02/04/2010 |
| No Known Environmental Allergies | | | | | 02/04/2010 |
| No Known Food Allergies | | | | | 02/04/2010 |

*Injury Sustained:* Contusion(s):; left cheek Abrasion:; to right side face, right bottom lip
*Medical History:* None;
## OBJECTIVE DATA:

Vitals:

| Measurement | 02/13/20 11:08 AM |
|---|---|
| Pulse Sitting (BPM) | 88 |
| Respirations (BPM) | 18 |
| PulseOx - Room Air (%) | 98.0 |
| SBP (sitting) | 128 |
| DBP (sitting) | 72 |

*Respirations:* Even; Unlabored;
*Lungs sounds:* Clear;
*Skin:* Warm; Pink;
*LOC:* Awake; Alert; Oriented to person; Oriented place;
*Neurological:* Gait steady;
*Appearance:* No distress;
## HEALTH CARE PROVIDER NOTIFICATION:

## EMERGENCY NOTIFICATION:

## PLAN:

*Interventions:*
**Laceration(s)/Abrasion(s):**

**Contusion(s):**

**Education/Intervention:** Instructed to not rub face as this will aggravate the pain, put on clean cloths, proper hygiene, procedure(s) and care provided, follow-up sick call if no improvement. Inmate verbalizes understanding.

## PROGRESS NOTE:

## CO-PAYMENT ASSIGNMENT ONLY (Select procedure 99211-office visit and/or medication(s) for co-payment)

| | |
|---|---|
| *Encounter:* | USE OF FORCE |
| *Date/Time of Service:* | 02/13/20 11:06 AM |
| *Location of Service:* | Davis Correctional Facility |
| *Provider:* | Rhonda Shivley, RN Authorizing Provider:Rhonda Shivley, RN |
| *Procedures:* | Office or other outpatient visit for the evaluation and management of an established patient, that |

*The contents of this document are confidential and restricted to authorized personnel of the Oklahoma Department of Corrections.*

## Oklahoma Department of Corrections

Oklahoma Department of Corrections Private and DOC: ODOC Formulary Group
Number:

**BROWN, BRANDON**

OK DoC Offender ID **592090**
(35) M African
American
Oklahoma State Penitentiary

may not require the presence of a physician. Usually, the presenting problem(s) are minimal.
Typically, 5 minutes are spent performing or supervising these services. (99211)

Signed Electronically by Rhonda Shivley, RN on 02/13/20 11:10 AM

*The contents of this document are confidential and restricted to authorized personnel of the Oklahoma Department of*
*Corrections.*

Medunison

# Oklahoma Department of Corrections

Oklahoma Department of Corrections Private and DOC: ODOC Formulary Group
Number:

**BROWN, BRANDON**

OK DoC Offender ID **592090**
███████ (35) M African
American
Oklahoma State Penitentiary

## HEADACHE - 02/18/20 10:25 AM
### SUBJECTIVE DATA:

**Allergies:**

| Allergen | Severity | Reactions | First Incidence | Certainty | Documented |
|---|---|---|---|---|---|
| No Known Drug Allergies | | | | | 02/04/2010 |
| No Known Environmental Allergies | | | | | 02/04/2010 |
| No Known Food Allergies | | | | | 02/04/2010 |

*Chief Complaint:* headaches
*Onset:* New;
  *When:* 5 days
*Location of pain:* Frontal;
*Type of Pain:* Throbbing; Pain Scale; 5;
*Previously treated by medical provider for headaches:* No;
*Previously been prescribed medications by medical provider for headaches:* No;
*Previous over the counter medications for headaches:* No;

### OBJECTIVE DATA:

**Vitals:**

| Measurement | 02/18/20 10:26 AM |
|---|---|
| Weight (lbs) | 163.0 |
| Pulse Sitting (BPM) | 82 |
| Respirations (BPM) | 16 |
| PulseOx - Room Air (%) | **100.0 H** |
| SBP (sitting) | 126 |
| DBP (sitting) | 93 |

*Symptoms:* AAO X 3; Normal gait; Facial symmetry; PERRLA; Moves all extremities;

### HEALTH CARE PROVIDER NOTIFICATION:

*Name of Health Care Provider Notified:* brewer
*Time of notification:* 1020
*Verbal Orders Received/Documented/Assigned to Health Care Provider:* Yes;

### EMERGENCY NOTIFICATION:

### PLAN:

*Interventions:* Education/Intervention: Instructed to apply cool compresses to head and neck, take warm shower with water focused on head and neck, on factors that trigger headaches, stress reduction techniques, follow-up sick call if no improvement. Inmate verbalizes understanding.;

### PROGRESS NOTE:

*Progress Note:* stated his headaches began after use of force 5 days ago. Small raised knot to upper left forehead. no open area, bruising or redness,

### CO-PAYMENT ASSIGNMENT ONLY (Select procedure 99211-office visit and/or medication(s) for co-payment)

*Encounter:* HEADACHE
*Date/Time of Service:* 02/18/20 10:25 AM

*The contents of this document are confidential and restricted to authorized personnel of the Oklahoma Department of Corrections.*

# Oklahoma Department of Corrections

Oklahoma Department of Corrections Private and DOC: ODOC Formulary Group
Number:

**BROWN, BRANDON**

OK DoC Offender ID **592090**
████████ (35) M African
American
Oklahoma State Penitentiary

*Location of Service:* Davis Correctional Facility

*Provider:* Rhonda Shivley, RN Authorizing Provider:Rhonda Shivley, RN

*Procedures:* Office or other outpatient visit for the evaluation and management of an established patient, that may not require the presence of a physician. Usually, the presenting problem(s) are minimal. Typically, 5 minutes are spent performing or supervising these services. (99211)

*Medications:* Ibuprofen [ibuprofen] 200 mg tablet oral (PRN: )

Signed Electronically by Rhonda Shivley, RN on 02/18/20 10:30 AM

*The contents of this document are confidential and restricted to authorized personnel of the Oklahoma Department of Corrections.*

OKLAHOMA DEPARTMENT OF CORRECTIONS
REQUEST FOR HEALTH SERVICES

**TO BE COMPLETED BY INMATE**   Facility: _DCF_   Date: _2-13 20_

Inmate Name _BRANDON LEE BROWN_   DOC # _572090_ Unit _FC110_

I request the following service(s): (Check appropriate box(s))

☑ Medical  ☐ Mental Health  ☐ Dental  ☐ Optometry (eye)  ☐ **Medication Renewal**
(expired medications only)

Reason for service: _I need naspirin and something for headaches please_

I understand that in accordance with operations memorandum OP-140117 entitled, "Access to Health Care", I will be charged $ 4 for each medical service I request and a charge of $ 4 for each medication(s) dispensed to me, with the exceptions noted in the above-reference operations memorandum. There is no charge to the offender for mental health services and/or mental health medications.

Inmate Signature _Brandon Lee Brown_   Date: _2-13.20_

**TO BE COMPLETED BY HEALTH SERVICES**

Date Received _2/18/20_   Initials _BS_

Comment: _Seen in Clinic_

_A Shinley, RN_   _2/18/20_
RN/LPN/Health Care Provider Signature   Date

"Return the "Request for Health Services" with the disposition of the inmate's request in the comment section to the inmate after scanning into the inmate's EHR.

**NOTE:** All "Keep on Person" (KOP's) medication refill requests must be submitted to the facility's health services unit or to the medical host facility, using the "Medication Refill Slip" (DOC 140130M). "Medication Refill Slips" must be submitted within ten days of the date the medication expires or runs out. "Medication Refill Slips" are readily available and accessible at designated locations within the facility.

DOC 140117A
(R 5/17)

## Oklahoma Department of Corrections

Oklahoma Department of Corrections Private and DOC: ODOC Formulary Group Number:

**BROWN, BRANDON**

OK DoC Offender ID **592090**
■■■■■35) M African American
Oklahoma State Penitentiary

**ABRASION/LACERATION/PUNCTURE - 02/18/20 10:30 AM**
**SUBJECTIVE DATA:**

**Allergies:**

| Allergen | Severity | Reactions | First Incidence | Certainty | Documented |
|---|---|---|---|---|---|
| No Known Drug Allergies | | | | | 02/04/2010 |
| No Known Environmental Allergies | | | | | 02/04/2010 |
| No Known Food Allergies | | | | | 02/04/2010 |

*Was the inmate engaging in self harm or if the inmate is suspected of self-harm: STOP - Refer to Self-Harm/Self-Injury/Self-Mutilation MSRM 140117.01.14.11* No;

*Chief Complaint:* abrasion to right bottom lip and over left eye. very minuscule and healing w/o redness or edema
*Associated Symptoms:* Pain;
   *Pain Scale:* 5;

**OBJECTIVE DATA:**

**Vitals:**

| Measurement | 02/18/20 10:26 AM |
|---|---|
| Weight (lbs) | 163.0 |
| Pulse Sitting (BPM) | 82 |
| Respirations (BPM) | 16 |
| PulseOx - Room Air (%) | **100.0 H** |
| SBP (sitting) | 126 |
| DBP (sitting) | 93 |

*Location of injury:* right lower lip and above left eye
*Size of injury:* minuscule
*Character of wound:* Clean; Other:; healing
*Drainage:* No;

**HEALTH CARE PROVIDER NOTIFICATION:**

*Name of Health Care Provider Notified:* Brewer
*Time of notification:* 1030
*Verbal Orders Received/Documented/Assigned to Health Care Provider:* Yes;

**EMERGENCY NOTIFICATION:**

**PLAN:**

*Interventions:*
Education/Intervention: Instructed to keep wound clean and dry, signs and symptoms of infection, condition worsens or fever, follow-up sick call if no improvement. Inmate verbalizes understanding.;

**PROGRESS NOTE:**

*Progress Note:* abrasions happened in use of force 5 dasy ago. healing w/o s/s infection

**CO-PAYMENT ASSIGNMENT ONLY (Select procedure 99211-office visit and/or medication(s) for co-payment)**

*Encounter:* ABRASION/LACERATION/PUNCTURE
*Date/Time of Service:* 02/18/20 10:30 AM

*The contents of this document are confidential and restricted to authorized personnel of the Oklahoma Department of Corrections.*

Medunison

## Oklahoma Department of Corrections

Oklahoma Department of Corrections Private and DOC: ODOC Formulary Group Number:

**BROWN, BRANDON**

OK DoC Offender ID **592090**
█████████ 35) M African
American
Oklahoma State Penitentiary

| | |
|---|---|
| *Location of Service:* | Davis Correctional Facility |
| *Provider:* | Rhonda Shivley, RN Authorizing Provider:Rhonda Shivley, RN |
| *Procedures:* | Office or other outpatient visit for the evaluation and management of an established patient, that may not require the presence of a physician. Usually, the presenting problem(s) are minimal. Typically, 5 minutes are spent performing or supervising these services. (99211) |
| *Medications:* | Triple Antibiotic [bacitracin/neomycin/polymyxin B topical] 400 units-3.5 mg-5000 units/g ointment topical |

Signed Electronically by Rhonda Shivley, RN on 02/18/20 10:34 AM

*The contents of this document are confidential and restricted to authorized personnel of the Oklahoma Department of Corrections.*

## Oklahoma Department of Corrections

Oklahoma Department of Corrections Private and DOC: ODOC Formulary Group
Number:

**BROWN, BRANDON**

OK DoC Offender ID **592090**
(35) M African
American
Oklahoma State Penitentiary

### F/U Facial Spasms - 03/10/20 12:30 PM
#### SUBJECTIVE DATA:

Allergies:

| Allergen | Severity | Reactions | First Incidence | Certainty | Documented |
|---|---|---|---|---|---|
| No Known Drug Allergies | | | | | 02/04/2010 |
| No Known Environmental Allergies | | | | | 02/04/2010 |
| No Known Food Allergies | | | | | 02/04/2010 |

*Chief Complaint:*
F/U Facial Spasms

*Subjective Data:*
C/O facial spasms on left side of face. Reports it started last month. Was involved in UOF, landed on left side of face on ground.

#### OBJECTIVE DATA:

Vitals:

| Measurement | 03/10/20 12:35 PM | 03/10/20 12:29 PM | 03/09/20 12:07 PM | 01/09/20 11:58 AM | 01/02/20 10:41 AM |
|---|---|---|---|---|---|
| Weight (lbs) | | 161.0 | 167.0 | | |
| Temperature (F) | | 98.1 | 97.9 | | |
| Pulse Sitting (BPM) | | 80 | 91 | | |
| Respirations (BPM) | | 16 | 18 | | |
| PulseOx – Room Air (%) | | 98.0 | 99.0 | | |
| SBP (sitting) | | 109 | 128 | | |
| DBP (sitting) | | 76 | 82 | | |
| MA | | | | | A |
| W | | | | | 1 |
| MH Level: | | | | B | |
| Override | | | | | 0 |
| Pain Scale (0-10) | 0 | | | | |
| Pain Scale (0-10) | | | 0 | | |

*Physical Findings:*
General: Well dressed, well nourished male. AOx4. Cooperative. Speech clear. Normal gait.
HEENT: Normocephalic. Pupils PERRLA, EOMI, sclera white and conjunctiva pink. Bilateral TMs intact, no erythema or drainage. Oropharynx pink, moist, no lesions. No facial drooping.
Neck: Supple, full ROM, no lymphadenopathy
Lungs: CTA bilaterally. No wheezes or rales
Heart: RRR, no murmurs
Abd: Soft, active bowel sounds, non-distended, non-tender
Ext: Moves all extremities without difficulty
Neuro: Appears grossly intact

#### ASSESSMENT:

**Problems:**

*The contents of this document are confidential and restricted to authorized personnel of the Oklahoma Department of Corrections.*

## Oklahoma Department of Corrections

Oklahoma Department of Corrections Private and DOC: ODOC Formulary Group Number:

**BROWN, BRANDON**

OK DoC Offender ID **592090**
███████(35) M African
American
Oklahoma State Penitentiary

| Problem | Code | Source | Status | Begin | Resolved | Notes |
|---|---|---|---|---|---|---|
| Amphetamine Abuse | 305.70 | DSM IV | Confirmed | 05/17/2019 | | Inmate was sent out to the emergency room and tested positive for amphetamines. |
| Cannabis Abuse | 305.20 | DSM IV | Confirmed | 05/17/2019 | | Inmate was sent out to the emergency room and tested positive for cannabis. |
| PAIN | 338-338.9 | ICD-9 | Suspected | 09/21/2016 | | Tooth pain - left upper wisdom tooth. Referred to dental |
| Mood Disorder NOS | 296.90 | DSM IV | Suspected | 12/16/2013 | | |

*Assessment/Diagnosis:*
Intermittent Facial Spasms

**PLAN:**

**Medications:**

| Medication | Start Date | End Date |
|---|---|---|
| Ibuprofen200 mg tablet oral (PRN: ) 4 tablet(s) Twice daily for 30 Days | 02/18/2020 | 03/18/2020 |
| Paxil20 mg tablet oral 1 tablet(s) Each morning for 100 Days Notes: Informed Consent 9/6/19 | 12/26/2019 | 04/03/2020 |

*Plan of Action:*
1. Continue current meds as prescribed
2. Can massage left side of face when having spasms and prn
3. RTC prn worsening symptoms

**Orders:**

| Type | Order | Date | Status |
|---|---|---|---|
| Medication | Triple Antibiotic | 02/18/20 10:34 AM | Signed and Printed |
| Medication | Ibuprofen | 02/18/20 10:29 AM | Signed and Printed |

**CO-PAYMENT ASSIGNMENT ONLY (Select procedure 99211-office visit and/or medication(s) for co-payment)**

| | |
|---|---|
| *Encounter:* | F/U Facial Spasms |
| *Date/Time of Service:* | 03/10/20 12:30 PM |
| *Location of Service:* | Davis Correctional Facility |
| *Provider:* | Serena Brewer, ARNP-CNP Authorizing Provider:Serena Brewer, ARNP-CNP |
| *Problems:* | PAIN (338-338.9) Amphetamine Abuse (305.70) Cannabis Abuse (305.20) Mood Disorder NOS (296.90) |

Signed Electronically by Serena Brewer, ARNP-CNP on 03/10/20 05:33 PM
*The contents of this document are confidential and restricted to authorized personnel of the Oklahoma Department of Corrections.*

## Oklahoma Department of Corrections

Oklahoma Department of Corrections Private and DOC: ODOC Formulary Group
Number:

**BROWN, BRANDON**

OK DoC Offender ID **592090**
████████(35) M African
American
Oklahoma State Penitentiary

**HEADACHE - 03/16/20 10:59 AM**
### SUBJECTIVE DATA:

Allergies:

| Allergen | Severity | Reactions | First Incidence | Certainty | Documented |
|---|---|---|---|---|---|
| No Known Drug Allergies | | | | | 02/04/2010 |
| No Known Environmental Allergies | | | | | 02/04/2010 |
| No Known Food Allergies | | | | | 02/04/2010 |

*Chief Complaint:* headaches
*Onset:* Recurrence;
*Location of pain:* Generalized;
*Type of Pain:* Throbbing; Achy;
*Previously treated by medical provider for headaches:* No;
*Previously been prescribed medications by medical provider for headaches:* No;
*Previous over the counter medications for headaches:* Yes; ibu
### OBJECTIVE DATA:

Vitals:

| Measurement | 03/16/20 10:58 AM |
|---|---|
| Weight (lbs) | 166.0 |
| Temperature (F) | 98.0 |
| Pulse Sitting (BPM) | 72 |
| Respirations (BPM) | 16 |
| PulseOx - Room Air (%) | **100.0 H** |
| SBP (sitting) | 122 |
| DBP (sitting) | 81 |

*Symptoms:* AAO X 3; Normal gait; Facial symmetry; PERRLA; Moves all extremities;
### HEALTH CARE PROVIDER NOTIFICATION:

*Name of Health Care Provider Notified:* Brewer
*Time of notification:* 1100
*Verbal Orders Received/Documented/Assigned to Health Care Provider:* Yes;
### EMERGENCY NOTIFICATION:

### PLAN:

### PROGRESS NOTE:

*Progress Note:* still c/o frequent headaches- especially in mornings
### CO-PAYMENT ASSIGNMENT ONLY (Select procedure 99211-office visit and/or medication(s) for co-payment)

*Encounter:* HEADACHE
*Date/Time of Service:* 03/16/20 10:59 AM
*Location of Service:* Davis Correctional Facility
*Provider:* Rhonda Shivley, RN Authorizing Provider:Rhonda Shivley, RN

*The contents of this document are confidential and restricted to authorized personnel of the Oklahoma Department of
Corrections.*

Medunison

## **Oklahoma Department of Corrections**

Oklahoma Department of Corrections Private and DOC: ODOC Formulary Group Number:

**BROWN, BRANDON**

OK DoC Offender ID **592090**
 (35) M African
American
Oklahoma State Penitentiary

*Procedures:* Office or other outpatient visit for the evaluation and management of an established patient, that may not require the presence of a physician. Usually, the presenting problem(s) are minimal. Typically, 5 minutes are spent performing or supervising these services. (99211)

*Medications:* Ibuprofen [ibuprofen] 200 mg tablet oral (PRN: )

Signed Electronically by Rhonda Shivley, RN on 03/16/20 11:02 AM

*The contents of this document are confidential and restricted to authorized personnel of the Oklahoma Department of Corrections.*

## OKLAHOMA DEPARTMENT OF CORRECTIONS
### REQUEST FOR HEALTH SERVICES

**TO BE COMPLETED BY INMATE**   Facility: _DCF_   Date: _2-27-20_

Inmate Name _BRANDON LEE BROWN_   DOC # _592090_ Unit _FC 110_

I request the following service(s): (Check appropriate box(s))

☑ Medical   ☐ Mental Health   ☐ Dental   ☐ Optometry (eye)   ☐ Medication Renewal
(expired medications only)

Reason for service: _I NEED A X-RAY DONE ON MY FACE I BELIEVE_
_THE BONE WAS BROKEN ON 2-13-20._

I understand that in accordance with operations memorandum OP-140117 entitled, "Access to Health Care", I will be charged $ 4 for each medical service I request and a charge of $ 4 for each medication(s) dispensed to me, with the exceptions noted in the above-reference operations memorandum. There is no charge to the offender for mental health services and/or mental health medications.

Inmate Signature _BLB_   Date: _2-27-20_

**TO BE COMPLETED BY HEALTH SERVICES**

| Date Received | Initials |
|---|---|
| 2-28-20 | 6 |

Comment: _Waivered Nurse assessment_

_RN/LPN/Health Care Provider Signature_   _2-28-20_
   Date

"Return the "Request for Health Services" with the disposition of the inmate's request in the comment section to the inmate after scanning into the inmate's EHR.

**NOTE:** All "Keep on Person" (KOP's) medication refill requests must be submitted to the facility's health services unit or to the medical host facility, using the "Medication Refill Slip" (DOC 140130M). "Medication Refill Slips" must be submitted within ten days of the date the medication expires or runs out. "Medication Refill Slips" are readily available and accessible at designated locations within the facility.

DOC 140117A
(R 5/17)

**OKLAHOMA DEPARTMENT OF CORRECTIONS**
**WAIVER OF TREATMENT/EVALUATION**
(Form must be completed in its entirety)

Facility ___DCF___                    Date _2-28-20_  Time _0910_

I certify that I am refusing to consent to the following treatment/procedure/diagnostic test/medication/outside referral/laboratory at my own insistence and against the advice of the health care provider.

1. Refusal for: _SVP  Xray done on face, I belive bone_
   _Broken_

2. Reason for the refusal: _I ain't going, I aint signing_
   _nothing_

3. I have been informed by a Health Care Provider, RN or LPN of the risks attendant to my refusal. These include:
   _undetected  complications due to refusal_
   _of assessment.  Death_

4. During the clinical interview which included counseling and education, the Health Care Provider, RN or LPN has given me the opportunity to ask questions and has answered my questions.

5. I assume full responsibility for any results caused by my decision and I hereby release the institution, its employees, officers, and the provider from all legal responsibility and liability.

6. I certify that I am of sound mind and have read, or had read to me, and fully understand the above information concerning my refusal to accept treatment/evaluation and have had an opportunity to ask questions before I affix my signature.

7. I understand I may retract my decision and receive the treatment/procedure/diagnostic test/medication/outside referral/laboratory, although consequences due to the delay may result.

Inmate Signature: _Refused to sign_          Date: _2-28-20_
Health Care Provider/RN/LPN _[signature]_          Date: _2-28-20_

If the refusal is for an outside specialty clinic appointment based on a medical condition preventing travel or a scheduled family visit, does the inmate want the outside specialty clinic appointment rescheduled:   ☐ Yes   ☐ No

If the offender refuses to sign such a statement, he/she cannot be forced to do so legally nor may release be withheld until the offender signs. If this occurs, the form should be filled out, witnessed by two facility personnel and the statement documented on the form, "SIGNATURE REFUSED."

Witness Signature: _[signature]_          Date: _2-28-20_

Inmate Name: _Brown Brandon_          DOC Number: _697090_
(Last, First)

DOC 140117D (R 9/18)

OKLAHOMA DEPARTMENT OF CORRECTIONS
REQUEST FOR HEALTH SERVICES

**TO BE COMPLETED BY INMATE**         Facility: _DCF_         Date: _3-3-'20_

Inmate Name _BRANDON LEE BROWN_         DOC # _592090_   Unit _FC 1/0_

I request the following service(s): (Check appropriate box(s))

☒ Medical | ☐ Mental Health ☐ Dental ☐ Optometry (eye) ☐ Medication Renewal
(expired medications only)

Reason for service: _"WAIVERED NURSE ASSESSMENT" DOES THAT ME MEDICAL_

_REFUSE TO DO A X-RAY ON MY FACE? IF SO, WHY?_

I understand that in accordance with operations memorandum OP-140117 entitled "Access to Health Care", I will be charged $4 for each medical service I request and a charge of $4 for each medication(s) dispensed to me, with the exceptions noted in the above-reference operations memorandum. There is no charge to the inmate for mental health services and/or mental health medications.

Inmate Signature _BRANDON LEE BROWN_         Date: _3-3-20_

**TO BE COMPLETED BY HEALTH SERVICES**         Date Received _3/9/20_   Initials _RS_

Comment: _It means you refused to come to sick call to be examined. We cannot just order an X-ray w/o exam._

_Shivley Rn_
RN/LPN/Health Care Provider Signature         _3/9/20_
                                              Date

"Return the "Request for Health Services" with the disposition of the inmate's request in the comment section to the inmate after scanning into the inmate's EHR.

NOTE: All "Keep on Person" (KOP's) medication refill requests must be submitted to the facility's health services unit or to the medical host facility, using the "Medication Refill Slip" (DOC 140130M). "Medication Refill Slips" must be submitted within ten days of the date the medication expires or runs out. "Medication Refill Slips" are readily available and accessible at designated locations within the facility.

DOC 140117A
(R 5/17)

OKLAHOMA DEPARTMENT OF CORRECTIONS
REQUEST FOR HEALTH SERVICES

**TO BE COMPLETED BY INMATE**    Facility: _DCF_    Date: _3-24-20_

Inmate Name _BRANDON LEE BROWN_    DOC # _597090_    Unit _FC-110_

I request the following service(s): (Check appropriate box(s))

☑ Medical   ☐ Mental Health   ☐ Dental   ☐ Optometry (eye)   ☑ Medication Renewal (expired medications only)

Reason for service: _I WAS GIVEN HYDROCORTISONE CREAM AND CLOTRIMAZOLE FOR A RASH/FUNGUS. WHATEVER IT IS, IT HAS CAME BACK WORSE ON MY INNER THIGH PLEASE SEE._

I understand that in accordance with operations memorandum OP-140117 entitled "Access to Health Care", I will be charged $4 for each medical service I request and a charge of $4 for each medication(s) dispensed to me, with the exceptions noted in the above-reference operations memorandum. There is no charge to the inmate for mental health services and/or mental health medications.

Inmate Signature _Brandon Lee Brown_    Date: _3-24-20_

**TO BE COMPLETED BY HEALTH SERVICES**    _TII_    Date Received _3/25/20_    Initials _BC_

Comment: _Protocol Complete, med x2_

_D. Carter, LPN_
RN/LPN/Health Care Provider Signature

_3/25/20_
Date

"Return the "Request for Health Services" with the disposition of the inmate's request in the comment section to the inmate after scanning into the inmate's EHR.

NOTE: All "Keep on Person" (KOP's) medication refill requests must be submitted to the facility's health services unit or to the medical host facility, using the "Medication Refill Slip" (DOC 140130M). "Medication Refill Slips" must be submitted within ten days of the date the medication expires or runs out. "Medication Refill Slips" are readily available and accessible at designated locations within the facility.

DOC 140117A
(R 5/17)

## Oklahoma Department of Corrections

Oklahoma Department of Corrections Private and DOC: ODOC Formulary Group Number:

**BROWN, BRANDON**

OK DoC Offender ID **592090**
▮▮▮▮ (35) M African
American
Oklahoma State Penitentiary

### PRURITIC LESIONS (example - Jock Itch (Tinea Cruris) - 03/25/20 11:06 AM
### SUBJECTIVE DATA:

**Allergies:**

| Allergen | Severity | Reactions | First Incidence | Certainty | Documented |
|---|---|---|---|---|---|
| No Known Drug Allergies | | | | | 02/04/2010 |
| No Known Environmental Allergies | | | | | 02/04/2010 |
| No Known Food Allergies | | | | | 02/04/2010 |

*Chief Complaint:* rash to inner thighs around groin
*Onset:* Recurrence;
*Associated Symptoms:* Itching;

### OBJECTIVE DATA:

**Vitals:**

| Measurement | 03/25/20 11:04 AM |
|---|---|
| Weight (lbs) | 165.0 |
| Temperature (F) | 98.6 |
| Pulse Sitting (BPM) | 82 |
| Respirations (BPM) | 18 |
| PulseOx - Room Air (%) | **100.0 H** |
| SBP (sitting) | 113 |
| DBP (sitting) | 79 |
| Pain Scale (0-10) | 0 |

*Location:* Upper inner thigh; Perineal area;
*Infection:* None;

### HEALTH CARE PROVIDER NOTIFICATION:

*Name of Health Care Provider Notified:* Brewer
*Time of notification:* approx 1110
*Verbal Orders Received/Documented/Assigned to Health Care Provider:* Yes;

### PLAN:

*Interventions:*
Nursing Protocol assigned to Infectious Disease Nurse.; Education/Intervention: Instructed on hygiene, do not share linens, signs and symptoms of infection, keep hands off infected areas and avoid scratching, medication use, follow-up sick call if no improvement. Inmate verbalizes understanding of instructions;

**Medications:**

| Medication | Start Date | End Date |
|---|---|---|
| Hydrocortisone, Topical 1% cream topical (PRN: itching) 1 QS Twice daily for 90 Days | 03/25/2020 | 06/22/2020 |
| Miconazole Nitrate 2% cream topical (PRN: itching/rash) 1 QS Twice daily for 90 Days Notes: not to be taken together | 03/25/2020 | 06/22/2020 |

**Orders:**

| Type | Order | Date | Status |
|---|---|---|---|

*The contents of this document are confidential and restricted to authorized personnel of the Oklahoma Department of Corrections.*

## Oklahoma Department of Corrections

Oklahoma Department of Corrections Private and DOC: ODOC Formulary Group Number:

**BROWN, BRANDON**

OK DoC Offender ID **592090**
███████(35) M African
American
Oklahoma State Penitentiary

| | |
|---|---|
| Medication Miconazole Nitrate | 03/25/20 11:14 AM Signed and Printed |
| Medication Hydrocortisone, Topical | 03/25/20 11:13 AM Signed and Printed |

### PROGRESS NOTE:

*Progress Note:* Inmate to medical for c/o rash to inner thigh. Inmate states, " I had this before and it has come back." During assessment it is noted that inmate has a raised dry area around right inner thigh/groin area. Inmate c/o itching really bad. Inmate instructed to keep area clean and dry and not to scratch area. No s/sx of infection at this time, no swelling or redness noted, NAD noted, AAO x4, ambulates with steady gait. V/O received for hydrocortisone cream and miconazole. Inmate may return to cell.

### CO-PAYMENT ASSIGNMENT ONLY (Select procedure 99211-office visit and/or medication(s) for co-payment)

| | |
|---|---|
| *Encounter:* | PRURITIC LESIONS (example - Jock Itch (Tinea Cruris) |
| *Date/Time of Service:* | 03/25/20 11:06 AM |
| *Location of Service:* | Davis Correctional Facility |
| *Provider:* | Bryanna Carlton, LPN Authorizing Provider:Bryanna Carlton, LPN |
| *Procedures:* | Office or other outpatient visit for the evaluation and management of an established patient, that may not require the presence of a physician. Usually, the presenting problem(s) are minimal. Typically, 5 minutes are spent performing or supervising these services. (99211) |

Signed Electronically by Bryanna Carlton, LPN on 03/25/20 11:16 AM

*The contents of this document are confidential and restricted to authorized personnel of the Oklahoma Department of Corrections.*

OKLAHOMA DEPARTMENT OF CORRECTIONS
REQUEST FOR HEALTH SERVICES

**TO BE COMPLETED BY INMATE**    Facility: *DCF*    Date: *3-31-20*

Inmate Name *BRANDON BROWN*    DOC # *592090*  Unit *F-C/10*

I request the following service(s): (Check appropriate box(s))

☑ Medical    ☐ Mental Health   ☐ Dental   ☐ Optometry (eye)   ☐ Medication Renewal
(expired medications only)

Reason for service: *X-RAY NEEDED OF SKULL*

I understand that in accordance with operations memorandum OP-140117 entitled "Access to Health Care", I will be charged $4 for each medical service I request and a charge of $4 for each medication(s) dispensed to me, with the exceptions noted in the above-reference operations memorandum. There is no charge to the inmate for mental health services and/or mental health medications.

Inmate Signature *BB*    Date: *2-18-20*

**TO BE COMPLETED BY HEALTH SERVICES**

| Date Received | Initials |
|---|---|
| 4 | 1 | 20 | RS |

Comment: *You were seen by provider for this. No X-ray ordered.*

*Shivley RN*
RN/LPN/Health Care Provider Signature

Date *4 | 1 | 20*

"Return the "Request for Health Services" with the disposition of the inmate's request in the comment section to the inmate after scanning into the inmate's EHR.

NOTE: All "Keep on Person" (KOP's) medication refill requests must be submitted to the facility's health services unit or to the medical host facility, using the "Medication Refill Slip" (DOC 140130M). "Medication Refill Slips" must be submitted within ten days of the date the medication expires or runs out. "Medication Refill Slips" are readily available and accessible at designated locations within the facility.

DOC 140117A
(R 5/17)