Special Report

Exhibit 7:

Grievance Records,

Brandon Lee Brown, OK DOC #592020

## GRIEVANCE RETURNED UNANSWERED

Received:

_____

Inmate signature

10 · 14 · 19

Date

| | |
|---|---|
| **DATE:** | October 11, 2019 |
| **TO:** | Brown, Brandon, #592090 |
| **FROM:** | James Yates, Warden |
| **Received:** | September 24, 2019 |
| **RE:** | Return of Grievance # 2019-1001-00351-G |

_YOUR GRIEVANCE IS BEING RETURNED UNANSWERED BECAUSE OF THE FOLLOIWNG:_

☐ You have not filed your grievance within the specified time frame.  _(CANNOT RESUBMIT)_

  ☐ The "Request to Staff" must be submitted **within seven (7) days of the incident.**

  ☐ The inmate/offender grievance must be submitted by the inmate/offender 15 days from the
    **date of the receipt of the response to the "Request to Staff."**

☒ An **ANSWERED** Request to Staff form addressed to the **correct staff member** must be attached.

☐ The **Request to Staff** issue is not consistent with the issue requested on the **Grievance.**

☐ **Inmate Request forms are not utilized in the Grievance Process.**

☒ You have not completed the **Grievance form correctly, in its entirety, or on the correct form.**

☐ Grievances submitted must be **legibly written or typed, in blue or black ink. No pencil,
  highlighter, or other color of ink is allowed.** No drawing, decorating, doodling, or making
  comments, in the margins of the pages is permitted.

☒ The **Grievance and Request to staff** must be specific as to the **Complaint, Dates, Places,
  Personnel Involved and How the Inmate was Affected**.

☐ Classification Movement requests to transfer to another facility, are not grievable to DOC.

☐ If there has not been response to your Request to Staff in 30 days, but no later than 60 days, of
  submission, the inmate may file a grievance to the reviewing authority with **a copy of the "Request
  to Staff" attached to the grievance form. (Ask the law library supervisor for a copy of the RTS.)
  The grievance form may only be filed about the lack of response to the "Request to Staff."**

☐ Only **ONE ISSUE OR INCIDENT** is allowed per **Grievance** and **Request to Staff.**

☐ You are on **Grievance Restriction**, proper documentation was not included.

☐ It has been determined that the grievance is not of an **Emergency or Sensitive** nature. The grievance
  is being returned and you must comply with the standard grievance process.

☐ **Section-09 Programs Page: 4 OP-090124 Effective Date: 04/11/2019**
   **B. Non-grievable Issues**
   1. Misconduct reports received through the agency disciplinary procedures may not be appealed through the grievance process. Misconduct reports may only be appealed through the disciplinary appeal process as referenced in OP-060125 entitled "Inmate/Offender Disciplinary Procedures."

☐ 2. Grievances shall not be submitted:

   ☐ (a) about matters that are in the course of litigation;

   ☐ (b) about matters that include requests for disciplinary action against staff;

   ☐ (c) requesting monetary compensation; or

   ☐ (d) For property issues at privately contracted facilities. These are to be resolved by the privately contracted facility and are not grievable or appealable to ARA.

☐ Property issues may be addressed by utilizing the requirements of CCA Policy 14-6: Inmate Resident Property (Property Claim 14-6D and Appeal 14-6E).

☐ **Section-09 Programs Page: 18 OP-090124 Effective Date: 04/11/2019**
   A. Determining Abuse of the Grievance Process
   1. The appropriate reviewing authority may determine there is abuse or misuse of the grievance process and may restrict the inmate's/offender's ability to submit a grievance. Types of abuse, include, but are not limited to: (PREA 115.52(g))
☐ a. Grievances intended to harass another;
☐ b. The continual and repeated submitting of frivolous grievances (frivolous grievances are those with no basis in fact or law);
☐ c. The repeated submitting of grievances or "Requests to Staff" about an issue previously addressed by staff in their written response;
☐ d. Grievances about de minimis (small, trifling, no available remedy) issues;
☐ e. Repetitive grievances by multiple inmates/offenders about the same issue;
☐ f. An inmate/offender writing letters instead of utilizing the grievance process and failing to bring complaints by formal grievance;
☐ g. Continued procedural defects, such as submitting additional pages, after having been previously warned.
☐ **Because of continued abuse of the grievance process this serves as an official warning.**

☒ You will be afforded the opportunity to properly re-submit a grievance form within **10 days** of receipt of this notice **WITH THE NOTED CORRECTIONS COMPLETED.** The grievance form must be proper, complete, and submitted to the proper reviewing authority. The failure of such waives/forfeits the right to proceed in the grievance process.

☐ Due to your continued failure to submit a properly filed grievance, you are now **OUT OF TIME**.

☐ Other:  *Need answered RTS attached to grievance, grievance form not complete, request unclear.*

**INMATE/OFFENDER GRIEVANCE**

RECEIVED

Grievance no. 2019-1001-00351-6

SEP 24 2019

Grievance code: 4

GRIEVANCE

Response due: 10/14/19

**DO NOT WRITE ABOVE THIS LINE**

Date  9·18·19                    Facility or Unit  DAVIS CORR. FACILITY

Name  BRANDON, LEE BROWN          Facility Housing Unit  FOX CHARLIE #Z11
      (Print)

DOC Number  597090                Date "Request to Staff" response received:  9·18·19

Have you previously submitted a grievance on this same issue? YES  If yes, what date 9·10·19, facility DCF, grievance #2019-5657. You must submit this completed original within 15 days of the receipt of the response to the "Request to Staff". The "Request to Staff" must have been submitted within 7 days of the incident. Do not include/attach anything to this grievance except the "Request to Staff" including the response. You may quote from or make reference to statutes, operations, field, or administrative memoranda, department publications (time sheets, inventory forms, assessments, etc.). You will be permitted only one opportunity to correct any error(s) made in submitting your grievance.

1.  The nature of your complaint. This statement must be specific as to the complaint, dates, places, personnel involved, and how you were affected. One issue or incident per grievance. Use backside of this page only, if necessary. "NELSON MANDELA RULES" OR BROKEN; ALL PRISONERS SHALL BE TREAT-ED WITH RESPECT DUE TO INHERENT DIGNITY AND VALUES AS A HUMAN BEINGS. NO PRISONER SHALL BE SUBJECTED TO, AND ALL PRISONERS SHALL BE PROTECTED FROM, TORTURE AND OTHER CRUEL INHUMAN OR DEGRADING TREATMENT OR PUNISHMENT, FOR WHICH NO CIRCUMSTANCES WHATSOEVER MAYBE INVOKED AS A JUSTIFICATION. (BASIC PRINCIPLES) APPROXIMATELY AROUND MAY 17, 2019 OR SO /

2.  Informal action taken (including dates) to resolve the complaint, as well as the names of those employees from whom you sought an answer to your grievance.

/ WROTE TO THE WARDEN AND NO FORMAL ACTION WAS TAKEN
         YATES

3.  The action you believe the reviewing authority may lawfully take.
I DONT BELIEVE IF I CONSIDER ANYTHING ALONG A APILOGY I WOULD RECIEVE IT SO I WILL REFRAIN FROM ANSWERING QUESTION, TRUELY FEEL MY CONSTITUTIONAL OR AMENDMENT RIHGTS HAVE BEEN VIOLATED AND SEEK JUSTICE THREW COURTS.
                              RESPECTFULLY

Grievance report sent to (warden/facility head/deputy director//correctional health services administrator):

Name                              Title

Signature of Grievant             Date Sent to Reviewing Authority

                                  DOC 090124A (R 4/19)

1. Original to file
2. Copy to inmate/offender

- I WAS CHARGED C.S.© FOR A WRITE-UP NURSE GLORIA GOODWIN TOLD ME THEY SHOULD'T HAVE
CHARGED ME AND I SHOULD FILE COMPLAINT. I WAS TOLD THIS IN MEDICAL AT THE TIME. O.C.
JULY 26, 2019 BECAUSE I REFUSED TO GIVE BLOOD TO HER BECAUSE THEY CHARGED ME.
WHICH BRINGS ME TO THE MAIN ISSUE OF THIS WRITE-UP.

( RESTRICTIONS, DISCIPLINE, AND SANCTIONS) "NELSON MANDELA RULES"
IN NO CIRCUMSTANCES MAY RESTRICTIONS OR DISCIPLINARY SANCTIONS AMOUNT TO
TORTURE OR OTHER CRUEL, INHUMAN OR DEGRADING TREATMENT OR PUNISHMENT. THE
FOLLOWING PRACTICES, IN PARTICULAR, SHALL BE PROHIBITED: ⑨ INDEFINITE SOLITARY CONFINE-
MENT & PROLONGED SOLITARY CONFINEMENT & PLACEMENT OF A PRISONER IN A DARK OR CONST-
ANTLY LIT CELL ;

- ON JULY 25, 2019 I WAS ARRESTED FROM MY CELL AND TAKEN TO INTAKE. ASSUMED TO BE
HIGH ON METH OR BATH SALTS. CAPT. RIDDLE SAID " I HAD TO COOPERATE OR I WOULD BE
HOG TIED BECAUSE/ I REFUSED TO GO TO A HOLDENVILLE GENERAL HOSPITAL. I TOLD HIM I WAS
NOT HIGH AND TO GIVE ME A REFERANCE (URINALYSIS TEST) "HE REFUSED."

- I WENT TO THE HOSPITAL AND REFUSED TREATMENT / BECAUSE OF THE 1500.© FINE I'LL
RECIEVE FOR ANY TREATMENT / BECAUSE OF THIS EXTORTION TACTIC THE'T THEY HAVE CREATED TO
ALIGN WITH THEY PROCEDURES.

- I GOT BACK TO THE FACILITY AND WAS TOLD I WOULD BE PLACED ON "SUICIDE WATCH" /
I ASKED "WHAT FOR?' 'COS KEVIN BROWN TOLD ME IT WAS BECAUSE/ IWAS HIGH, I TOLD HIM,
IWASN'T AND BEGGED HIM AND CAPT. RIDDLE, TO GIVE ME A TEST TO PROVE IT, THEY REFUSED.
So, I REFUSED TO GO TO MEDICAL.

- THEY THEN FLIPPED ME THREW ME ON A (GURNEY) STRAPPED ME DOWN AND WHEELED
ME TO MEDICAL.

- TOOK ME BACK FROM MEDICAL " FILMING ME THE ENTIRE TIME!" STRIPPED ME (NAKED)
OF ALL MY CLOTHES IN FRONT OF SEVERAL INMATES AND STAFF, (VIEW CAMERA) "WHILE
CUFFED DEGRADING ME IN A HOLDING CELL IN INTAKE FOR THE EVENING."

- I WAS WALKED FROM TO INTAKE BAREFOOT ', TO MEDICAL TO A "DIRT CELL, " WITH PRO-
BABLY URINE, FECES, AND OLD FOOD IT LOOKED LIKE AND "SLIGHT THAT NEVER WAS TURNED
OFF FOR 5 DAYS, '

UPON DOING 5 DAYS WITH NO SHOWER OR CLOTHES I RECIEVED A RASH ON MY LEFT (FOREARM)
AND SOME KIND OF INNFECTION OR PARASITE ON MY (LEFT FOOT) (I HAVE MEDICAL SICK CALL
AS EVIDENCE).

- HAVE BEEN PLACED IN SEG. ON THE 1ST OR 31ST I WAS THEN DENIED SHOWERS AFTER 8-5-19
DUE TO SECURITY SEARCH.

- I WROTE THE (CRT'S) 8-10-19 BECAUSE OF NO PENS AT THE TIME, AND NOT BEING ALLOWED
ANY IN MEDICAL? I RECIEVED IT BACK 9-18-19 THE DATES AND TIMES OR NOT IN ACCORDING TO OPS.
UNIT MANAGER MARTINEZ SAID, THAT IT WAS SOME "MISTAKES" "MADE I IN" "(UNILLEGIBLY

ON FRIDAY 9-13-19, ALL OF THESE INCIDENTS AND IM STILL RECIEVING THREATS AND WRITE-UPS
BUT NO FORMAL ACTION HAS BEEN TAKEN ON MY BEHALF. I HAVE NO AUTHORITY ON MY
BEHALF. I W ROTE A GRIEVANCE FOR CAPTAIN RIDDLE AND FORWARD IT TO A WARDEN
HATES, IT WAS FORWARDED TO C.O.S BROWN AND A ASS I WAR DEN COUNTER SIGNED
IT ? ?
( INFORMATION OF COMPLAINTS & GRIEVANCES )
-"NELSON MANDELA RULES " EVERY PRISONER SHALL BE ALLOWED TO MAKE A REQUEST OR COMPLAINT REGARDING HIS/HER
TREATMENT, WITHOUT CENSORSHIP AS TO SUBSTANCE, TO THE CENTRAL PRISON ADMINISTRATION AND TO THE JUD-
ICIAL OR OTHER AUTHORITIES, INCLUDING THOSE VESTED WITH REVIEWING OR REMEDIAL POWER.

## GRIEVANCE RETURNED UNANSWERED

Received:

_____
Inmate signature

October 14 2019
_____
Date

DATE:       October 11, 2019
TO:         Brown, Brandon, #592090
FROM:       James Yates, Warden
Received:   September 24, 2019
RE:         Return of Grievance # 2019-1001-00351-G

**YOUR GRIEVANCE IS BEING RETURNED UNANSWERED BECAUSE OF THE FOLLOIWNG:**

☐   You have not filed your grievance within the specified time frame.   *(CANNOT RESUBMIT)*

    ☐ The "Request to Staff" must be submitted **within seven (7) days of the incident.**

    ☐The inmate/offender grievance must be submitted by the inmate/offender 15 days from the
    **date of the receipt of the response to the "Request to Staff."**

☒   An **ANSWERED** Request to Staff form addressed to the **correct staff member** must be attached.

☐   The **Request to Staff** issue is not consistent with the issue requested on the **Grievance.**

☐   **Inmate Request forms are not utilized in the Grievance Process.**

☒   You have not completed the **Grievance form correctly, in its entirety, or on the correct form.**

☐   Grievances submitted must be **legibly written or typed, in blue or black ink. No pencil,
    highlighter, or other color of ink is allowed.** No drawing, decorating, doodling, or making
    comments, in the margins of the pages is permitted.

☒   The **Grievance and Request to staff** must be specific as to the **Complaint, Dates, Places,
    Personnel Involved and How the Inmate was Affected**.

☐   Classification Movement requests to transfer to another facility, are not grievable to DOC.

☐   If there has not been response to your Request to Staff in 30 days, but no later than 60 days, of
    submission, the inmate may file a grievance to the reviewing authority with **a copy of the "Request
    to Staff" attached to the grievance form. (Ask the law library supervisor for a copy of the RTS.)
    The grievance form may only be filed about the lack of response to the "Request to Staff."**

☐   Only **ONE ISSUE OR INCIDENT** is allowed per **Grievance** and **Request to Staff.**

☐   You are on **Grievance Restriction**, proper documentation was not included.

☐   It has been determined that the grievance is not of an **Emergency or Sensitive** nature. The grievance
    is being returned and you must comply with the standard grievance process.

☐ **Section-09 Programs Page: 4 OP-090124 Effective Date: 04/11/2019**
**B. Non-grievable Issues**
1. Misconduct reports received through the agency disciplinary procedures may not be appealed through the grievance process. Misconduct reports may only be appealed through the disciplinary appeal process as referenced in OP-060125 entitled "Inmate/Offender Disciplinary Procedures."

☐ 2. Grievances shall not be submitted:

☐ (a) about matters that are in the course of litigation;

☐ (b) about matters that include requests for disciplinary action against staff;

☐ (c) requesting monetary compensation; or

☐ (d) For property issues at privately contracted facilities. These are to be resolved by the privately contracted facility and are not grievable or appealable to ARA.

☐ Property issues may be addressed by utilizing the requirements of CCA Policy 14-6: Inmate Resident Property (Property Claim 14-6D and Appeal 14-6E).

☐ **Section-09 Programs Page: 18 OP-090124 Effective Date: 04/11/2019**
A. Determining Abuse of the Grievance Process
1. The appropriate reviewing authority may determine there is abuse or misuse of the grievance process and may restrict the inmate's/offender's ability to submit a grievance. Types of abuse, include, but are not limited to: (PREA 115.52(g))
☐ a. Grievances intended to harass another;
☐ b. The continual and repeated submitting of frivolous grievances (frivolous grievances are those with no basis in fact or law);
☐ c. The repeated submitting of grievances or "Requests to Staff" about an issue previously addressed by staff in their written response;
☐ d. Grievances about de minimis (small, trifling, no available remedy) issues;
☐ e. Repetitive grievances by multiple inmates/offenders about the same issue;
☐ f. An inmate/offender writing letters instead of utilizing the grievance process and failing to bring complaints by formal grievance;
☐ g. Continued procedural defects, such as submitting additional pages, after having been previously warned.
☐ **Because of continued abuse of the grievance process this serves as an official warning.**

☒ You will be afforded the opportunity to properly re-submit a grievance form within **10 days** of receipt of this notice **WITH THE NOTED CORRECTIONS COMPLETED.** The grievance form must be proper, complete, and submitted to the proper reviewing authority. The failure of such waives/forfeits the right to proceed in the grievance process.

☐ Due to your continued failure to submit a properly filed grievance, you are now **OUT OF TIME**.

☐ Other:  ***Need answered RTS attached to grievance, grievance form not complete, request unclear.***

INMATE/OFFENDER GRIEVANCE   RECEIVED

Grievance no 2019-1001-00351-G

SEP 2 4 2019

Grievance code: 4

GRIEVANCE

Response due: 10/14/19

**DO NOT WRITE ABOVE THIS LINE**

Date 9-18-19                        Facility or Unit DAVIS CORR. FACILITY

Name BRANDON LEE BROWN           Facility Housing Unit FOX CHARLIE #211
     (Print)

DOC Number 597090               Date "Request to Staff" response received: 9-18-19

Have you previously submitted a grievance on this same issue? YES  If yes, what date 8-10-19, facility
DCF, grievance # 2019-5457. You must submit this completed original within 15 days of the receipt of the
response to the "Request to Staff". The "Request to Staff" must have been submitted within 7 days of the incident.
Do not include/attach anything to this grievance except the "Request to Staff" including the response. You may
quote from or make reference to statutes, operations, field, or administrative memoranda, department publications
(time sheets, inventory forms, assessments, etc.). You will be permitted only one opportunity to correct any
error(s) made in submitting your grievance.

1.   The nature of your complaint. This statement must be specific as to the complaint, dates, places,
     personnel involved, and how you were affected. One issue or incident per grievance. Use backside of
     this page only, if necessary. "NELSON MANDELA RULES " OR BROKEN & ALL PRISONERS SHALL BE TREAT-
ED WITH RESPECT DUE TO INHERENT DIGNITY AND VALUES AS A HUMAN BEINGS. NO PRISONER SHALL BE
SUBJECTED TO, AND ALL PRISONERS SHALL BE PROTECTED FROM, TORTURE AND OTHER CRUEL INHUMAN
OR DEGRADING TREATMENT OR PUNISHMENT, FOR WHICH NO CIRCUMSTANCES WHATSOEVER MAY BE
INVOKED AS A JUSTIFICATION. (BASIC PRINCIPLES) APPROXIMATELY AROUND MAY 17, 2019 OR SO I

2.   Informal action taken (including dates) to resolve the complaint, as well as the names of those employees
     from whom you sought an answer to your grievance.

I WROTE TO THE WARDEN AND NO FORMAL ACTION WAS TAKEN
               YATES

3.   The action you believe the reviewing authority may lawfully take.

I DONT BELIEVE IF I CONSIDER ANYTHING ALONG A APOLOGY I WOULD RECIEVE IT SO
I WILL REFRAIN FROM ANSWERING QUESTION I TRUELY FEEL MY CONSTITUTIONAL OR
AMENDMENT RIHGTS HAVE BEEN VIOLATED AND SEEK JUSTICE THRU COURTS.
                              RESPECTFULLY

Grievance report sent to (warden/facility head/deputy director/correctional health services administrator):

_____          _____
Name                             Title

_____          _____
Signature of Grievant            Date Sent to Reviewing Authority

                                 DOC 090124A (R 4/19)

1. Original to file
2. Copy to inmate/offender

I WAS BANG OO125 FACILITY STATE DOCUMENT... HAVE CHARGED ME AND I SHOULD FILE COMPLAINT. I WAS TOLD THIS IN MEDICAL AT THE TIME OF JULY 26, 2019 BECAUSE I REFUSED TO GIVE BLOOD TO HER BECAUSE THEY CHARGED ME. WHICH BRING ME TO THE MAIN ISSUE OF THIS WRITE-UP.

( RESTRICTIONS, DISCIPLINE, AND SANCTIONS ) "NELSON MANDELA RULES"

IN NO CIRCUMSTANCES MAY RESTRICTIONS OR DISCIPLINARY SANCTIONS AMOUNT TO TORTURE OR OTHER CRUEL, INHUMAN OR DEGRADING TREATMENT OR PUNISHMENT. THE FOLLOWING PRACTICES, IN PARTICULAR SHALL BE PROHIBITED & INDEFINITE SOLITARY CONFINE-MENT & PROLONGED SOLITARY CONFINEMENT & PLACEMENT OF A PRISONER IN A DARK OR CONST-ANTLY LIT CELL &

- ON JULY 25, 2019 I WAS ARRESTED FROM MY CELL AND TAKEN TO INTAKE. ASSUMED TO BE HIGH ON METH OR BATH SALTS. CAPT. RIDDLE SAID "I HAD TO COOPERATE OR I WOULD BE HOG TIED BECAUSE, I REFUSED TO GO TO A HOLDENVILLE GENERAL HOSPITAL. I TOLD HIM I WAS NOT HIGH AND TO GIVE ME A REGULAR (URINALYSIS TEST) "HE REFUSED!"
- I WENT TO THE HOSPITAL AND REFUSED TREATMENT AWARE OF THE 1500'S FINE I'LL RECIEVE FOR ANY TREATMENT I BECAUSE OF THIS EXTORTION TACTIC THEY HAVE CREATED TO ALIGN WITH THEY PROCEDURES.
- I GOT BACK TO THE FACILITY AND WAS TOLD I WOULD BE PLACED ON "SUICIDE WATCH" I ASKED "WHAT FOR?" COS KEVIN BROWN TOLD ME IT WAS BECAUSE, I WAS HIGH. I TOLD HIM, I WASN'T AND BEGGED HIM AND CAPT. RIDDLE, TO GIVE ME A THE U/A "THEY REFUSED" SO, I REFUSED TO GO TO MEDICAL.
- THEY THEN FLIPPED ME THREW ME ON A GURNEY STRAPPED ME DOWN AND WHEELED ME TO MEDICAL.
- TOOK ME BACK FROM MEDICAL "FILMING ME THE ENTIRE TIME!" STRIPPED ME (NAKED) OF ALL MY CLOTHES IN FRONT OF "SEVERAL INMATES AND STAFFS (VIEW CAMERA)" WHILE CUFFED DRAGGED ME IN A HOLDING CELL IN INTAKE FOR THE EVENING.
- I WAS WALKED FROM INTAKE BAREFOOT, TO MEDICAL TO A "DIRTY CELL" WITH PRO-BABLY URINE, FECES, AND OLD FOOD IT LOOKED LIKE AND "A LIGHT THAT NEVER WAS TURNED OFF! FOR 5 DAYS!
- UPON DOING 5 DAYS WITH NO SHOWER OR CLOTHES I RECIEVED A RASH ON MY LEFT (FOREAR. AND SOME KIND OF INFECTION OR PARASITE ON MY (LEFT FOOT) (I HAVE MEDICAL SICK SLI AS EVIDENCE.)
- HAVE BEEN PLACED IN SEG. ON THE 1ST OR 31ST I WAS THEN DENIED SHOWERS AFTER 8-5-19 DUE TO SECURITY SEARCH
- I WROTE THE (RTS) 8-10-19 BECAUSE OF NO INK PENS AT THE TIME, AND NOT BEING ALLOWED ANY IN "MEDICAL!" I RECIEVED IT BACK 8-16-19 THE DATES AND TIMES OR NOT IN ACCORDING TO OPS. UNIT MANAGER MARTINEZ SAID, THAT IT WAS SOME "MISTAKES" MADE IN "CALCULBEARY"
ON FRIDAY 9-13-19 ALL OF THESE INCIDENTS AND I'M STILL RECIEVING THREATS AND WRITEUPS BUT NO FORMAL ACTION HAS BEEN TAKEN ON MY BEHALF. I HAVE NO AUTHORITY ON MY BEHALF I WROTE A GRIEVANCE ON CAPTAIN RIDDLE AND FORWARD IT TO A WARDEN YATES. IT WAS FORWARDED TO C.O.S BROWN AND A ASS WARDEN GENTREY SIGNED IT? ( INFORMATION OF COMPLAINTS BY PRISONERS )
- "NELSON MANDELA RULES" EVERY PRISONER SHALL BE ALLOWED TO MAKE A REQUEST OR COMPLAINT REGARDING HIS/HER TREATMENT, WITHOUT CENSORSHIP AS TO SUBSTANCE, TO THE CENTRAL PRISON ADMINISTRATION AND TO THE JUD-ICIAL OR OTHER COMPETENT AUTHORITIES, INCLUDING THOSE VESTED WITH REVIEWING OR REMEDIAL POWER.

## INMATE/OFFENDER GRIEVANCE

Grievance no. _____

Grievance code: _____

Response due: _____

**DO NOT WRITE ABOVE THIS LINE**

Date _____9·18·19_____          Facility or Unit _____DAVIS CORR. FACILITY_____

Name _BRANDON LEE BROWN_          Facility Housing Unit _POX· CUADLIE 221_
          (Print)

DOC Number _892090_          Date "Request to Staff" response received: _9·18·19_

Have you previously submitted a grievance on this same issue? _YES_   If yes, what date _8·10·19_, facility
_DCF_, grievance # _2019·5137_. You must submit this completed original within <u>15 days</u> of the receipt of the
response to the "Request to Staff". The "Request to Staff" must have been submitted within 7 days of the incident.
Do not include/attach anything to this grievance except the "Request to Staff" including the response. You may
quote from or make reference to statutes, operations, field, or administrative memoranda, department publications
(time sheets, inventory forms, assessments, etc.). You will be permitted only one opportunity to correct any
error(s) made in submitting your grievance.

1.    The nature of your complaint. This statement must be specific as to the complaint, dates, places,
      personnel involved, and how you were affected. One issue or incident per grievance. Use backside of
      this page only, if necessary.

ON JULY 28, 2019 I WAS ARRESTED FROM MY CELL AND TAKEN TO INTAKE. ASSUMED TO BE
HIGH ON METH OR BATHSALTS. CAPT. RIDDLE SAID "I HAD TO COOPERATE OR I WOULD BE HOG-
TIED BECAUSE, I REFUSED TO GO, TO A HOLDENVILLE GENERAL HOSPITAL. I TOLD HIM, I WAS NOT
HIGH, AND ASKED FOR A REGULAR (URINALYSIS TEST) "HE REFUSED!"

2.    Informal action taken (including dates) to resolve the complaint, as well as the names of those employees
      from whom you sought an answer to your grievance.

PROVIDE ME WITH SOME FORM OF ACKNOWLEDGEMENT OF WRONG DOING.

3.    The action you believe the reviewing authority may lawfully take.

MAKE SURE I RECIEVE A FORM WRITTEN ACKNOWLEDGEMENT OF WRONG DOINGS.

Grievance report sent to (warden/facility head/deputy director//correctional health services administrator):

_____          _____
Name                                      Title

_____          _____
Signature of Grievant                     Date Sent to Reviewing Authority

                                          DOC 090124A (R 4/19)

1. Original to file
2. Copy to inmate/offender

I WENT THRU ALL SAID PAIN FOR NO REASON, AND NOW I FEAR THEY WANT A
1500.00 FINE I'LL RECIEVE FOR ANY TREATMENT AWARE OF THE 1500.00 FINE I'LL
RECIEVE FOR ANY TREATMENT ! BECAUSE OF THIS EXTORTION TACTIC THEY HAVE
CREATED TO ALIGN WITH THEY PROCEDURES.

I GOT BACK TO THE FACILITY AND WAS TOLD I WOULD BE PLACED ON "SUICIDE WATCH"
I ASKED "FOR WHAT? COS KEVIN BROWN TOLD ME IT WAS BECAUSE "I WAS HIGH "
I TOLD HIM, I WAS NOT ! AND BEGGED HIM AND CAPT. RIDDLE TO GIVE ME A UA
THEY REFUSED, SO I REFUSED TO GO, TO MEDICAL
THEY THEN FLIPPED ME THREW ME ON A GURNEY STRAPPED ME DOWN AND
WHEELED ME TO MEDICAL.
-TOOK ME FROM MEDICAL BACK TO INTAKE "FILMING ME THE ENTIRE TIME ! "
STRIPPED ME (NAKED ) OF ALL OF MY CLOTHING IN FRONT OF SEVERAL "INMATES AND
STAFFS "(VIEW CAMERA) "WHILE CUFFED" DRAGGED ME IN A HOLDING CELL IN INTAKE
FOR THE EVENING !

I WALKED FROM INTAKE 7-26-19 BAREFOOTED ! TO MEDICAL, TO A "DIRTY CELL "
FOR THE EVENING. IT MAY HAVE ACTUALLY BEEN, URINE, FESES, AND OLD FOOD IT LOOKED
LIKE AND THE LIGHT WAS KEPT ON ALL DAY AND NIGHT ! FOR (8 ) DAYS ?
-UPON DOING (8 ) DAYS WITH NO SHOWER, CLOTHES, HYGIENE, TOILET PAPER, AND BASIC
SHOWER SHOES ! I RECIEVED A RASH ON MY (LEFT ARM ) AND SOME KIND OF INFECTION OR
PARASITE ON MY (LEFT FOOT ).

*Fwd to C.O.S Brown*

2019-5657

RECEIVED AUG 27 2019

## Must Be Submitted Through the Law Library or Designee
### Inmate/Offender Grievance Process
### REQUEST TO STAFF

TO: _Warden Vaky_ _____ FACILITY/UNIT: _DCF_ ___ DATE: _8.10.19_

(NAME AND TITLE OF STAFF MEMBER)

I have ___ have not _✓_ already submitted a "Request to Staff" or grievance on this same issue.
If yes, what date: _____ facility: _____ grievance #: _____
I affirm that I do ___ do not ___ have a grievance pending on this issue.
I affirm that I do ___ do not _✓_ have a lawsuit of any type pending that relates in any way to this issue.
If a lawsuit is pending, indicate case number and court: _____
This request does _____ does not relate to a pending misconduct report. If it does, this request may only be answered by the disciplinary coordinator assigned to the misconduct.

SUBJECT:   State completely, but briefly, the problem on which you desire assistance. This statement must be specific as to the complaint, dates, places, personnel involved, and how you were affected. One issue or incident per "Request to Staff." Your failure to specifically state your problem may result in this being returned unanswered.

_Sir I would like to file complaint on Capt. Riddle_
_for denying me the right to take a UA of my_
_defense. He ordered not to be housed in medical_
_In not doing so I recieved 4 extra write-ups_

(USE OTHER SIDE IF MORE SPACE IS NEEDED. DO NOT ATTACH ADDITIONAL PAGES.)

ACTION REQUESTED: State exactly how you believe your request may be handled; that is, what exactly should be done and how.

_Give me his first and last name in order_
_for me to file this PRO SE   please_

_Respectfully_

NAME: _BRANDON L BROWN_ DOC NUMBER: _597090_ UNIT & CELL NUMBER: _EC 211_
        (PRINT)

SIGNATURE: _B Brown_ _____ WORK ASSIGNMENT: _____

### DO NOT WRITE BELOW THIS LINE

DISPOSITION:
_You have his rank and last name, this is sufficient._

STAFF MEMBER _____        DATE
                                      SEP 1 0 2019

Date response sent to inmate/offender: _____
1. Original to file
2. Copy to inmate/offender

DOC 090124D (R 4/19)

all ... of a rash on my right arm. Had he let me take the test he would've known I wasn't high and did not require medical suicide watch at all.

## GRIEVANCE RETURNED UNANSWERED

Received:

_Inmate signature_

**Inmate signature**

_10. 14. 19_

**Date**

| | |
|---|---|
| **DATE:** | **October 11, 2019** |
| **TO:** | **Brown, Brandon, #592090** |
| **FROM:** | **James Yates, Warden** |
| **Received:** | **September 24, 2019** |
| **RE:** | Return of Grievance # 2019-1001-00352-G |

*YOUR GRIEVANCE IS BEING RETURNED UNANSWERED BECAUSE OF THE FOLLOIWNG:*

☐   You have not filed your grievance within the specified time frame.  *(CANNOT RESUBMIT)*

     ☐ The "Request to Staff" must be submitted **within seven (7) days of the incident.**

     ☐The inmate/offender grievance must be submitted by the inmate/offender 15 days from the **date of the receipt of the response to the "Request to Staff."**

☒   An **ANSWERED** Request to Staff form addressed to the **correct staff member** must be attached.

☐   The **Request to Staff** issue is not consistent with the issue requested on the **Grievance.**

☐   **Inmate Request forms are not utilized in the Grievance Process.**

☒   You have not completed the **Grievance form correctly, in its entirety, or on the correct form.**

☐   Grievances submitted must be **legibly written or typed, in blue or black ink. No pencil, highlighter, or other color of ink is allowed.** No drawing, decorating, doodling, or making comments, in the margins of the pages is permitted.

☒   The **Grievance and Request to staff** must be specific as to the **Complaint, Dates, Places, Personnel Involved and How the Inmate was Affected**.

☐   Classification Movement requests to transfer to another facility, are not grievable to DOC.

☐   If there has not been response to your Request to Staff in 30 days, but no later than 60 days, of submission, the inmate may file a grievance to the reviewing authority with **a copy of the "Request to Staff" attached to the grievance form. (Ask the law library supervisor for a copy of the RTS.) The grievance form may only be filed about the lack of response to the "Request to Staff."**

☐   Only **ONE ISSUE OR INCIDENT** is allowed per **Grievance** and **Request to Staff.**

☐   You are on **Grievance Restriction**, proper documentation was not included.

☐   It has been determined that the grievance is not of an **Emergency or Sensitive** nature. The grievance is being returned and you must comply with the standard grievance process.

☐ **Section-09 Programs Page: 4 OP-090124 Effective Date: 04/11/2019**
**B. Non-grievable Issues**
1. Misconduct reports received through the agency disciplinary procedures may not be appealed through the grievance process. Misconduct reports may only be appealed through the disciplinary appeal process as referenced in OP-060125 entitled "Inmate/Offender Disciplinary Procedures."

☐ 2. Grievances shall not be submitted:

☐ (a) about matters that are in the course of litigation;

☐ (b) about matters that include requests for disciplinary action against staff;

☐ (c) requesting monetary compensation; or

☐ (d) For property issues at privately contracted facilities. These are to be resolved by the privately contracted facility and are not grievable or appealable to ARA.

☐ Property issues may be addressed by utilizing the requirements of CCA Policy 14-6: Inmate Resident Property (Property Claim 14-6D and Appeal 14-6E).

☐ **Section-09 Programs Page: 18 OP-090124 Effective Date: 04/11/2019**
A. Determining Abuse of the Grievance Process
1. The appropriate reviewing authority may determine there is abuse or misuse of the grievance process and may restrict the inmate's/offender's ability to submit a grievance. Types of abuse, include, but are not limited to: (PREA 115.52(g))
☐ a. Grievances intended to harass another;
☐ b. The continual and repeated submitting of frivolous grievances (frivolous grievances are those with no basis in fact or law);
☐ c. The repeated submitting of grievances or "Requests to Staff" about an issue previously addressed by staff in their written response;
☐ d. Grievances about de minimis (small, trifling, no available remedy) issues;
☐ e. Repetitive grievances by multiple inmates/offenders about the same issue;
☐ f. An inmate/offender writing letters instead of utilizing the grievance process and failing to bring complaints by formal grievance;
☐ g. Continued procedural defects, such as submitting additional pages, after having been previously warned.
☐ **Because of continued abuse of the grievance process this serves as an official warning.**

☒ You will be afforded the opportunity to properly re-submit a grievance form within **10 days** of receipt of this notice **WITH THE NOTED CORRECTIONS COMPLETED.** The grievance form must be proper, complete, and submitted to the proper reviewing authority. The failure of such waives/forfeits the right to proceed in the grievance process.

☐ Due to your continued failure to submit a properly filed grievance, you are now **OUT OF TIME**.

☐ Other: *Need answered RTS attached to grievance, grievance form not complete, request unclear.*

**INMATE/OFFENDER GRIEVANCE**

RECEIVED

SEP 2 4 2019

GRIEVANCE

Grievance no. 2019-1001-00352-G

Grievance code: 4

Response due: 10/14/19

**DO NOT WRITE ABOVE THIS LINE**

Date   9.18.19

Facility or Unit   DAVIS CORR. FACILITY

Name   BRANDON LEE BROWN
(Print)

Facility Housing Unit   FOX-CHARLIE #211

DOC Number # 592090

Date "Request to Staff" response received: 9.18.19

Have you previously submitted a grievance on this same issue? YES If yes, what date 8.10.19, facility DCF, grievance #2019-5488. You must submit this completed original within 15 days of the receipt of the response to the "Request to Staff". The "Request to Staff" must have been submitted within 7 days of the incident. Do not include/attach anything to this grievance except the "Request to Staff" including the response. You may quote from or make reference to statutes, operations, field, or administrative memoranda, department publications (time sheets, inventory forms, assessments, etc.). You will be permitted only one opportunity to correct any error(s) made in submitting your grievance.

1.   The nature of your complaint. This statement must be specific as to the complaint, dates, places, personnel involved, and how you were affected. One issue or incident per grievance. Use backside of this page only, if necessary. "NELSON MANDELA RULES" OR BROKENS ALL PRISONERS SHALL BE TREATED WITH RESPECT DUE TO INHERENT DIGNITY AND VALUES AS A HUMAN BEINGS. NO PRISONER SHALL BE SUBJECTED TO, AND ALL PRISONERS SHALL BE PROTECTED FROM, TORTURE AND OTHER CRUEL INHUMAN OR DEGRADING TREATMENT OR PUNISHMENT, FOR WHICH NO CIRCUMSTANCES WHATSOEVER MAY BE INVOKED AS A JUSTIFICATION. (BASIC PRINCIPLES) I FILED A GRIEVANCE ON 11-21-17 #D 2018-0241

2.   Informal action taken (including dates) to resolve the complaint, as well as the names of those employees from whom you sought an answer to your grievance.

I WROTE TO LARC / BOARD OF ODOC BECAUSE I WAS NOT GETTING A ANSWER BACK TO FROM THE RST I SENT A WARDEN VATES. NOTING HAS BEEN DONE A INDIVIDUAL STAFF I DON'T EVEN KNOW BUT KNOW OF, RESPONDED
(PROVE WE ARE NOT RELATED!)

3.   The action you believe the reviewing authority may lawfully take.
I AM NOT AT LISERTY TO SAY I DON'T THINK THE REVIEW AUTHORITY CAN DO ANYTHING AND I'M AM CERTAIN SOME CONSTITUTIONAL RIGHTS HAVE BEEN VIOLATED. I WILL SEEK JUSTICE THREW COURTS. RESPECTFULLY

Grievance report sent to (warden/facility head/deputy director//correctional health services administrator):

_____   _____
Name                          Title

_____   _____
Signature of Grievant         Date Sent to Reviewing Authority

DOC 090124A (R 4/19)

1. Original to file
2. Copy to inmate/offender

CONTAINING A LOS KEVIN BROWN BECAUSE, I HAD BELIEVE THAT THERE IS A PICTURE OF OUR UNCLE WHO LOOKS JUST LIKE HIM, AND THE FACT THAT 2017 HE WENT RIGHT TO MY FACE BOOK PAGE, SETUP FOR MY KIDS MEMORABILIA. I HAVE BEEN PLACED IN SEG. AN STAKED WITH WRITE-UPS.

- APROXIMATLY ARROUND MAY 17,2019 OR SO I WAS CHARGED 65¢ FOR A WRITE-UP NURSE GLORIA GOODWIN TOLD ME THEY SHOULDN'T HAVE CHARGED ME AND I SHOULD FILE COMPLAINT. I WAS TOLD THIS IN MEDICA AT THE TIME OF JULY 26, 2019 BECAUSE I REFUSED TO GIVE BLOOD TO HER BECAUSE THEY CHARGED ME. WHICH BRING ME TO THE MAIN ISSUE OF THIS WRITE-UP.

( RESTRICTONS, DISCIPLINE, AND SANCTIONS) AAA "NELSON MANDELA RULES"

IN NO CIRCUMSTANCES MAY RESTRICTIONS OR DISCIPLINARY SANCTIONS AMOUNT TO TORTURE OR OTHER CRUEL, INHUMAN OR DEGRADING TREATMENT OR PUNISHMENT. THE FOLLOWING PRACTICES, IN PARTICULAR SHALL BE PROHIBITED? INDEFINITE SOLITARY CONFINEMENT 8 PROLONGED SOLITARY CONFINEMENT 8 PLACEMENT OF A PRISONER IN A DARK OR CONSTANTLY LIT CELL;

• ON JULY 25, 2019 I WAS ARRESTED FROM MY CELL AND TAKEN TO INTAKE, ASSUMED TO BE HIGH ON METH OR BATH SALTS. CAPT. RIDDLE SAID "I HAD TO COOPERATE OR I WOULD BE HOG TIED BECAUSE, I REFUSED TO TO GO TO A HOLDENVILLE GENERAL HOSPITAL. I TOLD HIM I WAS NOT HIGH AND TO GIVE ME A REGULAR (URINALYSIS TEST.) HE REFUSED!"

- I WENT TO THE HOSPITAL AND REFUSED TREATMENT AWARE OF THE 1500⁰⁰ FINE I'LL RECIEVE FOR ANY TREATMENT! BECAUSE OF THIS EXTORTION TACTIC THEY HAVE CREATED TO ALIGN WITH THEY PROCEDURE

- I GOT BACK TO THE FACILITY AND WAS TOLD I WOULD BE PLACED ON "SUICIDE WATCH." I ASKED WHAT FOR?" COS KEVIN BROWN TOLD ME IT WAS BECAUSE," I WAS HIGH." I TOLD HIM I WASN'T AND BEGGED HIM. AND CAPTAIN RIDDLE TO GIVE ME THE U/A "THEY REFUSED."

- THEY THEN FLIPPED ME THREW ME ON THE GROUND IN RESTRAINST SO, I REFUSED TO GO TO MEDICAL. MEDOWN AND WHEELED ME TO MEDICAL.

- TOOK ME BACK FROM MEDICAL "FILMING ME THE ENTIRE TIME." STRIPPED ME (NAKED) OF ALL MY CLOTHES IN FRONT OF "SEVERAL INMATES AND STAFF "(VIEW CAMERA)" WHILE CUFFED " THREW ME IN A HOLDING CELL IN INTAKE FOR THE EVENING.

- I WAS WALKED FROM INTAKE ? TO' MEDICAL TO A BAREFEET "DIRTY CELL" WITH PROBABLY URINE, FESES, AND OLD FOOD IT LOOKED LIKE AND "A LIGHT THAT NEVER WAS TURNED OFF." FER 5 DAYS!

- UPON DOING 5 DAYS WITH NO SHOWER OR CLOTHES I RECIEVED A RASH ON MY (LEFT (FOREARM) AND SOME KIND OF INNFECTION OR PARASITE ON MY (LEFT FOOT ) HAVE MEDICAL SICK SLIP AS EVIDENCE)

- HAVE BEEN PLACED IN SEG. ON THE 1st OR 31st I WAS THEN DENIED SHOWERS AFTER G-5-19 DUE TO SECURITY SEARCH.

• I WROTE THE (RTS) 8-10-19 BECAUSE OF NO INK PENS AT THE TIME, AND NOT BEING ALLOWED ANY IN, MEDICAL. I RECIEVED IT BACK 9-18-19 THE DATES AND TIMES OR NOT IN ACCORDING TO OPS. UNIT MANAGER MARTINEZ SAID THAT IT WAS SOME "MISTAKES "MADE IN "LAW LIBRARY "ON FRIDAY 9-13-19. ALL OF THESE INCIDENTS AND I'M STILL RECIEVING TREATS AND WRITEUP. BUT NO FORMAL ACTION HAS BEEN TAKEN ON MY BEHALF, I HAVE NO AUTORITY ON MY BEHALF (I WROTE A GRIEVANCE ON COS KEVIN BROWN AND PUT LARC / BOARD OF ODOC IN THE (TO?) BOX AND IT WAS FARWARD TO PEREZ AND A ASS. WARDEN "GENTRY" SIGNED IT. ? (INFORMATION TO 8 COMPLAINTS BY PRISONERS)

Every prisoner SHALL BE ALLOWED TO MAKE A REQUEST OR COMPLAINT REGARDLESS HIS/HER TREATMENT WITHOUT CENSORSHIP AS TO SUBSTANCE, TO THE CENTRAL PRISON ADMINISTRATION AND TO THE JUDICIAL OR OTHER COMPETENT AUTHORITIES, INCLUDING THOSE VESTED WITH REVIEWING OR REMEDIAL POWERS.
" NELSON MANDELA RULES "

**GRIEVANCE RETURNED UNANSWERED**

Received:

_Branton Lee Brown_
Inmate signature

_October 18, 2019_
Date

| | |
|---|---|
| **DATE:** | October 11, 2019 |
| **TO:** | Brown, Brandon, #592090 |
| **FROM:** | James Yates, Warden |
| **Received:** | September 24, 2019 |
| **RE:** | Return of Grievance # 2019-1001-**00352**-G |

_YOUR GRIEVANCE IS BEING RETURNED UNANSWERED BECAUSE OF THE FOLLOIWNG:_

☐  You have not filed your grievance within the specified time frame.  _(CANNOT RESUBMIT)_

    ☐ The "Request to Staff" must be submitted **within seven (7) days of the incident.**

    ☐The inmate/offender grievance must be submitted by the inmate/offender 15 days from the **date of the receipt of the response to the "Request to Staff."**

☒  An **ANSWERED** Request to Staff form addressed to the **correct staff member** must be attached.

☐  The **Request to Staff** issue is not consistent with the issue requested on the **Grievance.**

☐  **Inmate Request forms are not utilized in the Grievance Process.**

☒  You have not completed the **Grievance form correctly, in its entirety, or on the correct form.**

☐  Grievances submitted must be **legibly written or typed, in blue or black ink. No pencil, highlighter, or other color of ink is allowed.** No drawing, decorating, doodling, or making comments, in the margins of the pages is permitted.

☒  The **Grievance and Request to staff** must be specific as to the **Complaint, Dates, Places, Personnel Involved and How the Inmate was Affected**.

☐  Classification Movement requests to transfer to another facility, are not grievable to DOC.

☐  If there has not been response to your Request to Staff in 30 days, but no later than 60 days, of submission, the inmate may file a grievance to the reviewing authority with **a copy of the "Request to Staff" attached to the grievance form. (Ask the law library supervisor for a copy of the RTS.) The grievance form may only be filed about the lack of response to the "Request to Staff."**

☐  Only **ONE ISSUE OR INCIDENT** is allowed per **Grievance** and **Request to Staff.**

☐  You are on **Grievance Restriction**, proper documentation was not included.

☐  It has been determined that the grievance is not of an **Emergency or Sensitive** nature. The grievance is being returned and you must comply with the standard grievance process.

☐ **Section-09 Programs Page: 4 OP-090124 Effective Date: 04/11/2019**
**B. Non-grievable Issues**
1. Misconduct reports received through the agency disciplinary procedures may not be appealed through the grievance process. Misconduct reports may only be appealed through the disciplinary appeal process as referenced in OP-060125 entitled "Inmate/Offender Disciplinary Procedures."

☐ 2. Grievances shall not be submitted:

☐ (a) about matters that are in the course of litigation;

☐ (b) about matters that include requests for disciplinary action against staff;

☐ (c) requesting monetary compensation; or

☐ (d) For property issues at privately contracted facilities. These are to be resolved by the privately contracted facility and are not grievable or appealable to ARA.

☐ Property issues may be addressed by utilizing the requirements of CCA Policy 14-6: Inmate Resident Property (Property Claim 14-6D and Appeal 14-6E).

☐ **Section-09 Programs Page: 18 OP-090124 Effective Date: 04/11/2019**
A. Determining Abuse of the Grievance Process
1. The appropriate reviewing authority may determine there is abuse or misuse of the grievance process and may restrict the inmate's/offender's ability to submit a grievance. Types of abuse, include, but are not limited to: (PREA 115.52(g))
☐ a. Grievances intended to harass another;
☐ b. The continual and repeated submitting of frivolous grievances (frivolous grievances are those with no basis in fact or law);
☐ c. The repeated submitting of grievances or "Requests to Staff" about an issue previously addressed by staff in their written response;
☐ d. Grievances about de minimis (small, trifling, no available remedy) issues;
☐ e. Repetitive grievances by multiple inmates/offenders about the same issue;
☐ f. An inmate/offender writing letters instead of utilizing the grievance process and failing to bring complaints by formal grievance;
☐ g. Continued procedural defects, such as submitting additional pages, after having been previously warned.
☐ **Because of continued abuse of the grievance process this serves as an official warning.**

☒ You will be afforded the opportunity to properly re-submit a grievance form within **10 days** of receipt of this notice **WITH THE NOTED CORRECTIONS COMPLETED.** The grievance form must be proper, complete, and submitted to the proper reviewing authority. The failure of such waives/forfeits the right to proceed in the grievance process.

☐ Due to your continued failure to submit a properly filed grievance, you are now **OUT OF TIME**.

☐ Other: ***Need answered RTS attached to grievance, grievance form not complete, request unclear.***

INMATE/OFFENDER GRIEVANCE

**RECEIVED**

SEP 24 2019

**GRIEVANCE**

Grievance no. 2019-1001-00352-G

Grievance code: 4

Response due: 10/14/19

---

**DO NOT WRITE ABOVE THIS LINE**

Date 9.18.19

Name BRANDON LEE BROWN
(Print)

DOC Number # 592090

Facility or Unit DAVIS CORR. FACILITY

Facility Housing Unit FOX-CHARLIE #211

Date "Request to Staff" response received: 9.18.19

Have you previously submitted a grievance on this same issue? YES   If yes, what date 8.10.19, facility DCF, grievance # 2019-5488. You must submit this completed original within 15 days of the receipt of the response to the "Request to Staff". The "Request to Staff" must have been submitted within 7 days of the incident. Do not include/attach anything to this grievance except the "Request to Staff" including the response. You may quote from or make reference to statutes, operations, field, or administrative memoranda, department publications (time sheets, inventory forms, assessments, etc.). You will be permitted only one opportunity to correct any error(s) made in submitting your grievance.

1. The nature of your complaint. This statement must be specific as to the complaint, dates, places, personnel involved, and how you were affected. One issue or incident per grievance. Use backside of this page only, if necessary. "NELSON MANDELA RULES" OR BROKEN! ALL PRISONERS SHALL BE TREATED WITH RESPECT DUE TO INHERENT DIGNITY AND VALUES. AS A HUMAN BEINGS. NO PRISONER SHALL BE SUBJECTED TO, AND ALL PRISONERS SHALL BE PROTECTED FROM, TORTURE AND OTHER CRUEL INHUMAN OR DEGRADING TREATMENT OR PUNISHMENT, FOR WHICH NO CIRCUMSTANCES WHATSOEVER MAY BE INVOKED AS A JUSTIFICATION. (BASIC PRINCIPLES) I FILED A GRIEVANCE ON 11-21-17 #D 2018-0261

2. Informal action taken (including dates) to resolve the complaint, as well as the names of those employees from whom you sought an answer to your grievance.
I WROTE TO LARC / BOARD OF ODOC BECAUSE I WAS NOT GETTING A ANSWER BACK FROM THE RST I SENT A WARDEN. VATES, NOTHING HAS BEEN DONE A INDIVIDUAL STAFF I DON'T EVEN KNOW BUT KNOW OF, RESPONDED)
(PROVE WE ARE NOT RELATED!) 1

3. The action you believe the reviewing authority may lawfully take.
I AM NOT AT LIBERTY TO SAY I DON'T THINK THE REVIEW AUTHORITY CAN DO ANYTHING AND I'M AM CERTAIN SOME CONSTITUTIONAL RIGHTS HAVE BEEN VIOLATED. I WILL SEEK JUSTICE THREW COURTS. RESPECTFULLY

Grievance report sent to (warden/facility head/deputy director//correctional health services administrator):

_____     _____
Name                                                          Title

_____     _____
Signature of Grievant                                  Date Sent to Reviewing Authority

DOC 090124A (R 4/19)

1. Original to file
2. Copy to inmate/offender

EVIDENCE "PLATE" IS A PICTURE OF OUR UNCLE WHO LOOKS JUST LIKE HIM AND THE FACT THAT 2017 HE WENT RIGHT TO MY FACE BOOK PAGE, SET UP FOR MY KIDS MEMORABLIA. I HAVE BEEN PLACED IN SEG. AN STAKED WITH WRITE-UPS.

- APROXIMATLY ARround MAY 17,2019 OR SO I WAS CHARGED 65° FOR A WRITE-UP NURSE GLORIA GOODWIN TOLD ME THEY SHOULDN'T HAVE CHARGED ME AND I SHOULD FILE COMPLAINT. I WAS TOLD THIS IN MEDICAL AT THE TIME OF JULY 25, 2019 BECAUSE I REFUSED TO GIVE BLOOD TO HER BECAUSE THEY CHARGED ME. WHICH BRING ME TO THE MAIN ISSUE OF THIS WRITE-UP.

( RESTRICTIONS, DISCIPLINE, AND SANCTIONS) AAA "NELSON MANDELA RULES"

IN NO CIRCUMSTANCES MAY RESTRICTIONS OR DISCIPLINARY SANCTIONS AMOUNT TO TORTURE OR OTHER CRUEL, INHUMAN OR DEGRADING TREATMENT OR PUNISHMENT. THE FOLLOWING PRACTICES, IN PARTICULAR SHALL BE PROHIBITED & INDEFINITE SOLITARY CONFINEMENT & PROLONGED SOLITARY CONFINEMENT & PLACEMENT OF A PRISONER IN A DARK OR CONSTANTLY LIT CELL;

• ON JULY 25, 2019 I WAS ARRESTED FROM MY CELL AND TAKEN TO INTAKE, ASSUMED TO BE HIGH ON METH OR BATH SALTS. CAPT. RIDDLE SAID "I HAD TO COOPERATE OR I WOULD BE HOG TIED BECAUSE, ) REFUSED TO GO TO A HOLDENVILLE GENERAL HOSPITAL. I TOLD HIM I WAS NOT HIGH AND TO GIVE ME A REGULAR (URINALYSIS TEST.) "HE REFUSED!"

- I WENT TO THE HOSPITAL AND REFUSED TREATMENT AWARE OF THE 1500° FINE I'LL RECIEVE FOR ANY TREATMENT! BECAUSE OF THIS EXTORTION TACTIC THEY HAVE CREATED TO ALIGN WITH THEY PROCEDURE

- I GOT BACK TO THE FACILITY AND WAS TOLD I WOULD BE PLACED ON "SUICIDE WATCH." I ASKED WHAT FOR?" C.O.S KEVIN BROWN TOLD ME IT WAS BECAUSE, I WAS HIGH." I TOLD HIM I WASN'T AND BEGGED HIM AND CAPTAIN RIDDLE TO GIVE ME THE U/A, THEY REFUSED": SO, I REFUSED TO GO TO MEDICAL.
- THEY THEN FLIPPED ME THREW ME ON THE GROUND IN RESTRAINST THEN PLACED ME ON A GURNEY STRAPPED ME DOWN AND WHEELED ME TO MEDICAL.

- TOOK ME BACK FROM MEDICAL "FILMING ME THE ENTIRE TIME!" STRIPPED ME (NAKED) OF ALL MY CLOTHES IN FRONT OF SEVERAL INMATES AND STAFF'S (VIEW CAMERA) WHILE CUFFED "THREW ME IN A HOLDING CELL IN INTAKE FOR THE EVENING.

- I WAS WALKED FROM INTAKE BARE FEET TO MEDICAL TO A DIRTY CELL "WITH PROBABLY URINE, FESES, AND OLD FOOD IT LOOKED LIKE AND "A LIGHT THAT NEVER WAS TURNED OFF!" FOR 5 DAYS!

- UPON DOING 5 DAYS WITH NO SHOWER OR CLOTHES I RECIEVED A RASH ON MY LEFT (FOREARM) AND SOME KIND OF INNFECTION OR PARASITE ON MY (LEFT FOOT) (HAVE MEDICAL SICK SLIP AS EVIDENCE)

- HAVE BEEN PLACED IN SEG. ON THE 1st OR 31ST I WAS THEN DENIED SHOWERS AFTER G.S. 19 DUE TO SECURITY SEARCH.

- I WROTE THE (RTS) 8.10.19 BECAUSE OF NO INK PENS AT THE TIME, AND NOT BEING ALLOWED ANY IN, MEDICAL. I RECIEVED IT BACK 9.18.19 THE DATES AND TIMES OR NOT IN "LAW LIBRARY ON FRIDAY 9.13.19. ALL OF THESE INCIDENTS AND IM STILL RECIEVING TREATS AND WRITEUP. BUT NO FORMAL ACTION HAS BEEN TAKEN ON MY BEHALF, I HAVE NO AUTORITY ON MY BEHALF (WROTE A GRIEVANCE ON C.O.S KEVIN BROWN AND PUT LARC /BOARD OF ODOL IN THE (TO $) BOX AND IT WAS FARWARD TO PEREZ AND A "ASS. WARDEN "GENTRY" SIGNED) IT? (INFORMATION TO & COMPLAINTS BY PRISONERS)

Every prisoner SHALL BE ALLOWED TO MAKE A REQUEST OR COMPLAINT REGARDLESS HIS/HER TREATMENT WITHOUT CENSORSHIP AS TO SUBSTANCE, TO THE CENTRAL PRISON ADMINISTRATION AND TO THE JUDICIAL OR OTHER COMPETENT AUTHORITIES, INCLUDING: THOSE VESTED WITH REVIEWING OR REMEDIAL POWER. " NELSON MANDELA RULES "

## INMATE/OFFENDER GRIEVANCE

Grievance no: _____

Grievance code: _____

Response due: _____

**DO NOT WRITE ABOVE THIS LINE**

Date  9·18·19                  Facility or Unit  ~~Bill~~ DAVIS CORR. FACILITY

Name  BRANDON LEE BROWN        Facility Housing Unit  FOX-CHARLIE #211
        (Print)

DOC Number  592090             Date "Request to Staff" response received:  9·18·19

Have you previously submitted a grievance on this same issue? **YES**  If yes, what date **6·10·19**, facility **DCF**, grievance # **2019-5488**. You must submit this completed original within 15 days of the receipt of the response to the "Request to Staff". The "Request to Staff" must have been submitted within 7 days of the incident. Do not include/attach anything to this grievance except the "Request to Staff" including the response. You may quote from or make reference to statutes, operations, field, or administrative memoranda, department publications (time sheets, inventory forms, assessments, etc.). You will be permitted only one opportunity to correct any error(s) made in submitting your grievance.

1.  The nature of your complaint. This statement must be specific as to the complaint, dates, places, personnel involved, and how you were affected. One issue or incident per grievance. Use backside of this page only, if necessary.

ON JULY 28, 2019 I WAS ARRESTED FROM MY CELL AND TAKEN TO INTAKE. ASSUMED TO BE HIGH ON METH OR BATH SALTS. CAPT. RIDDLE SAID "I HAD TO COOPERATE OR I WOULD BE HOG TIED BECAUSE, I REFUSED TO GO, TO A HOLDENVILLE GENERAL HOSPITAL. I TOLD HIM I WAS NOT HIGH AND ASKED FOR A REGULAR (URINALYSIS TEST) "HE REFUSED!"

2.  Informal action taken (including dates) to resolve the complaint, as well as the names of those employees from whom you sought an answer to your grievance.

PROVIDE ME WITH SOME FORM OF ACKNOWLEDGEMENT OF WRONG DOING.

3.  The action you believe the reviewing authority may lawfully take.

MAKE SURE I RECIEVE A FORM WRITTEN ACKNOWLEDGEMENT ~~TO RECIEVE~~ OF ~~DOING~~ DOING. WRONG

Grievance report sent to (warden/facility head/deputy director//correctional health services administrator):

_____          _____
Name                                 Title

_____          _____
Signature of Grievant                Date Sent to Reviewing Authority

1. Original to file                  DOC 090124A (R 4/19)
2. Copy to inmate/offender

- I WENT TO CLASS AND WAS NOT AWARE OF THE $1500.00 FINE I'LL RECIEVE FOR ANY TREATMENT. AWARE OF THE $1500.00 FINE I'LL RECIEVE FOR ANY TREATMENT! BECAUSE OF THIS EXTORTION TACTIC THEY HAVE CREATED TO ALIGN WITH THEY PROCEDURES.

- I GOT BACK TO THE FACILITY AND WAS TOLD I WOULD BE PLACED ON "SUICIDE WATCH". I ASKED, "FOR WHAT,"? COS KEVIN BROWN TOLD ME IT WAS BECAUSE, "I WAS HIGH." I TOLD HIM I WAS NOT HIGH AND BEGGED HIM AND CAPT. PIERCE TO GIVE ME A U/A "THEY REFUSED." SO I REFUSED TO GO, TO MEDICAL.

- THEY THEN FLIPPED ME THREW ME ON A GURNEY STRAPPED ME DOWN AND WHEELED ME TO MEDICAL.

- TOOK ME FROM MEDICAL "FILMING ME THE ENTIRE TIME!" STRIPPED ME (NAKED) OF ALL OF MY CLOTHING IN FRONT OF "SEVERAL INMATES AND STAFFS" "(VEIW CAMERA)" WHILE CUFFED DRAGGED ME IN A HOLDING CELL IN INTAKE FOR THE EVENING!

- I WAS WALKED FROM INTAKE 7-26-19 BAREFOOTED! TO MEDICAL. TO A DIRTY CELL "FOR THE EVENING. IT MAY HAVE ACTUALLY BEEN, URINE, FESES AND OLD FOOD IT LOOKED LIKE AND THE LIGHT WAS KEPT ON ALL DAY AND NIGHT FOR (8) DAYS?

- UPON DOING (8) DAYS WITH NO SHOWER, CLOTHES, HYGIENE, TOILET PAPER, AND BASIC SHOWER SHOES! I RECIEVED A RASH ON MY (LEFT ARM) AND SOME KIND OF INFECTION OR PARASITE ON PARASITE ON MY (LEFT FOOT).

**Must Be Submitted Through the Law Library or Designee**
**Inmate/Offender Grievance Process**
**REQUEST TO STAFF**

TO: _Warden Yates_ FACILITY/DIST/UNIT: _DCF_ DATE: _11.21.17_
(NAME AND TITLE OF STAFF MEMBER)

I have ____ have not __✓__ already submitted a "Request to Staff" or grievance on this same issue.
If yes, what date: _____ facility: _____ grievance #: _____
I affirm that I do ____ do not __✓__ have a grievance pending on this issue.
I affirm that I do ____ do not __✓__ have a lawsuit of any type pending that relates in any way to this issue.
If a lawsuit is pending, indicate case number and court: _____
This request _____ does __✓__ does not relate to a pending misconduct report. If it does, this request may only be answered by the disciplinary coordinator assigned to the misconduct.

**SUBJECT:** State completely, but briefly, the problem on which you desire assistance. This statement must be specific as to the complaint, dates, places, personnel involved, and how you were affected. One issue or incident per "Request to Staff." Your failure to specifically state your problem may result in this being returned unanswered.

_Sir, on 11.9.17 I was brought to Seg. on a Mis. Conduct, 11.14.17 I went to Seg. review, at that time I told Chief Brown we where related, he asked as if he didn't know and 11.15.17 I went to my_
(USE OTHER SIDE IF MORE SPACE IS NEEDED. DO NOT ATTACH ADDITIONAL PAGES.)

**ACTION REQUESTED:** State exactly how you believe your request may be handled; that is, what exactly should be done and how.

_Please put me a packit in to a DOC facility to deter from future problems with my family member Chief Brown and personel at this facility. Respectfully_

NAME: _BRANDON L BROWN_ DOC NUMBER: _592010_ UNIT & CELL NUMBER: _F-C-105_
(PRINT)                                                                    _FA-212_

SIGNATURE: _Brandon L Brown_ WORK ASSIGNMENT: _____

**DO NOT WRITE BELOW THIS LINE**

DISPOSITION:
_You are on phase (3) and have a protected release date of August. Request for transfer is not approved._

_A.W Asy_                              _2/1/18_
STAFF MEMBER                        DATE

Date response sent to inmate: _____ FEB 6 - _____
1. Original to file
2. Copy to inmate/offender

DOC 090124D (R 9/16)

Hearing _____ _____ during told me that he would "suspend my write-up and I will go back to the yard." Today on 11-21-17, I went to Seg. reviews and to my surprise, their was no "Chief Brown" and the staff present started grilling me, asking question that where available on computer and when I acknowledged them of what I was down here for and that my Sanction was suspended they grin patient and said, oh thats enough since I didn't know what I was down here for that I would have to come back in a week. Now my problem with that, is while staying in Seg. but the point that I didn't do anything wrong to warrent such short tempers and frowns on faces. Which leaves me to be-lieve that it was more out of retaliation than strat-egy, on behalf of Chief Brown. Now I'm asking you to "ship me" because now my safety maybe at jeopardy. Not just one fact of reason was upon the room and they defenantly had a agenda. I ask not to be sent to any "private facilities", due to the fact of retal-iation from your staff. I wish that it hedn't come to such measures but, I don't believe I should have to do my "time," ps. if, "I'm being" mistreated or retalia-ted against. I should be able to do my time without the fact of personel, taking my misfortunes personally. I guess maybe Brown may be disappointed at me and look at me as a disgrace to the family whatever the reason it's personal and seeping at the seems of his co-workers. I'm at fear for my safety and well-bing of this staff I plide not to be Hinnerd.

Must Be Submitted Through the Law Library or Designee
Inmate/Offender Grievance Process
REQUEST TO STAFF

TO: Board of OKDOC    FACILITY/UNIT: DCF    DATE: 8-18-19
(NAME AND TITLE OF STAFF MEMBER)

I have ✓ have not _____ already submitted a "Request to Staff" or grievance on this same issue.
If yes, what date: 11-21-17 facility: DCF grievance #: 620180361
I affirm that I do ✓ do not _____ have a grievance pending on this issue.
I affirm that I do _____ do not ✓ have a lawsuit of any type pending that relates in any way to this issue.
If a lawsuit is pending, indicate case number and court: _____
This request _____ does _____ does not relate to a pending misconduct report. If it does, this request may only be answered by the disciplinary coordinator assigned to the misconduct.

SUBJECT: State completely, but briefly, the problem on which you desire assistance. This statement must be specific as to the complaint, dates, places, personnel involved, and how you were affected. One issue or incident per "Request to Staff." Your failure to specifically state your problem may result in this being returned unanswered.

To Whom it may concern; I am house a DOC #592090. I filed complaint on the issue of one of the Administrators being my relative. We are not on good terms here or in the world our family doesn't get along

(USE OTHER SIDE IF MORE SPACE IS NEEDED, DO NOT ATTACH ADDITIONAL PAGES.)

ACTION REQUESTED: State exactly how you believe your request may be handled; that is, what exactly should be done and how.

Please help! Keep away Chey Brown?

NAME: Roanoak L Brown DOC NUMBER: 592090 UNIT & CELL NUMBER: FL 21(
(PRINT)

SIGNATURE: B Brown    WORK ASSIGNMENT: _____

DO NOT WRITE BELOW THIS LINE

DISPOSITION:
Chef Brown is not your relative. Also, ODOC OPS do not allow inmates to file sops on staff or to request transfers.

STAFF MEMBER    DATE
SEP 10 2019

Date response sent to inmate/offender: _____
1. Original to file
2. Copy to inmate/offender

DOC 090124D (R 4/19)

write-ups against me. I don't feel safe or treated fairly because I have no one on my side with authority. The DHO so eager to find me guilty I can't even put up a fight my last write-up I was charged 65⁰⁰ for something that the nurses said, I should file complaint and ask for my $ money back. I tried to fight the write-up but Ms. Morales bring it back to me a month later claiming she had forgot. Now I aint no engineer but, I'm nobodys fool. My Mom didn't recieve her Mothers Day Card that was sent out when my appeal form was. To many coincedenses. I'm asking to be removed from this facility and any private facility. Due to the fact "I fear for my life." "What if they put someone in this cell to harm or kill me." "How am I to know the diffrnce. Please help. I also can't take programs recessary for me to file Commutations, Victims Impact being one of them. I've been out of trouble for up to 2yrs. I am easy to message. I don't feel as if I am a Security threat at all. May be to familiar with Staff or Past the Power from Administration. Please remove me from this facility.

Respectfully

Mr. [signature]

## GRIEVANCE RETURNED UNANSWERED

Received:

X _Brandon X Brown_
Inmate signature

X _11·26·19_
Date

| | |
|---|---|
| DATE: | November 25, 2019 |
| TO: | Brown, Brandon, #592090 |
| FROM: | James Yates, Warden |
| Received: | November 18, 2019 |
| RE: | Return of Grievance # 2019-1001-**00403**-G |

_YOUR GRIEVANCE IS BEING RETURNED UNANSWERED BECAUSE OF THE FOLLOIWNG:_

☒  You have not filed your grievance within the specified time frame.  _(CANNOT RESUBMIT)_

  ☒ The "Request to Staff" must be submitted **within seven (7) days of the incident.**

  ☐ The inmate/offender grievance must be submitted by the inmate/offender 15 days from the **date of the receipt of the response to the "Request to Staff."**

☐  An **ANSWERED** Request to Staff form addressed to the **correct staff member** must be attached.

☐  The **Request to Staff** issue is not consistent with the issue requested on the **Grievance.**

☐  **Inmate Request forms are not utilized in the Grievance Process.**

☒  You have not completed the **Grievance form correctly, in its entirety, or on the correct form.**

☐  Grievances submitted must be **legibly written or typed, in blue or black ink. No pencil, highlighter, or other color of ink is allowed.** No drawing, decorating, doodling, or making comments, in the margins of the pages is permitted.

☐  The **Grievance and Request to staff** must be specific as to the **Complaint, Dates, Places, Personnel Involved and How the Inmate was Affected**.

☐  Classification Movement requests to transfer to another facility, are not grievable to DOC.

☐  If there has not been response to your Request to Staff in 30 days, but no later than 60 days, of submission, the inmate may file a grievance to the reviewing authority with **a copy of the "Request to Staff" attached to the grievance form. (Ask the law library supervisor for a copy of the RTS.) The grievance form may only be filed about the lack of response to the "Request to Staff."**

☐  Only **ONE ISSUE OR INCIDENT** is allowed per **Grievance** and **Request to Staff.**

☐  You are on **Grievance Restriction**, proper documentation was not included.

☐  It has been determined that the grievance is not of an **Emergency or Sensitive** nature. The grievance is being returned and you must comply with the standard grievance process.

☐  **Section-09 Programs Page: 4 OP-090124 Effective Date: 04/11/2019**
**B. Non-grievable Issues**
1. Misconduct reports received through the agency disciplinary procedures may not be appealed through the grievance process. Misconduct reports may only be appealed through the disciplinary appeal process as referenced in OP-060125 entitled "Inmate/Offender Disciplinary Procedures."

☐  2. Grievances shall not be submitted:

☐ (a) about matters that are in the course of litigation;

☐ (b) about matters that include requests for disciplinary action against staff;

☐ (c) requesting monetary compensation; or

☐ (d) For property issues at privately contracted facilities. These are to be resolved by the privately contracted facility and are not grievable or appealable to ARA.

☐  Property issues may be addressed by utilizing the requirements of CCA Policy 14-6: Inmate Resident Property (Property Claim 14-6D and Appeal 14-6E).

☐  **Section-09 Programs Page: 18 OP-090124 Effective Date: 04/11/2019**
A. Determining Abuse of the Grievance Process
1. The appropriate reviewing authority may determine there is abuse or misuse of the grievance process and may restrict the inmate's/offender's ability to submit a grievance. Types of abuse, include, but are not limited to: (PREA 115.52(g))
☐☐ a. Grievances intended to harass another;
b. The continual and repeated submitting of frivolous grievances (frivolous grievances are those with no basis in fact or law);
☐ c. The repeated submitting of grievances or "Requests to Staff" about an issue previously addressed by staff in their written response;
☐☐ d. Grievances about de minimis (small, trifling, no available remedy) issues;
e. Repetitive grievances by multiple inmates/offenders about the same issue;
☐ f. An inmate/offender writing letters instead of utilizing the grievance process and failing to bring complaints by formal grievance;
☐ g. Continued procedural defects, such as submitting additional pages, after having been previously warned.
☐  **Because of continued abuse of the grievance process this serves as an official warning.**

☐  You will be afforded the opportunity to properly re-submit a grievance form within **10 days** of receipt of this notice **WITH THE NOTED CORRECTIONS COMPLETED.** The grievance form must be proper, complete, and submitted to the proper reviewing authority. The failure of such waives/forfeits the right to proceed in the grievance process.

☐  Due to your continued failure to submit a properly filed grievance, you are now **OUT OF TIME**.

☒  Other: *Grievance form is not filled out completely. You must fill out the bottom 4 lines of the grievance. Send the grievance to either "James Yates, Warden" or "Ray Larimer, Health Services Administrator" if it is a medical issue. Incident happened on July 25, 2019 and RTS was not received in the Law Library until 10/17/19. Out of time frame, cannot resubmit.*

**INMATE/OFFENDER GRIEVANCE** **RECEIVED**

Grievance no. 2019-1001-00403-G

**NOV 18 2019**

Grievance code: 3

**GRIEVANCE**

Response due: 12/9/19

**DO NOT WRITE ABOVE THIS LINE**

Date _NOV 12, 2019_            Facility or Unit _DAVIS CORR. FACILITY_

Name _BRANDONLEE BROWN_            Facility Housing Unit _FD 108_
            (Print)

DOC Number _542690_            Date "Request to Staff" response received: _NOV 12, 2019_

Have you previously submitted a grievance on this same issue? _YES_   If yes, what date _8-3-19_, facility _DCF_, grievance # _2619-6933_ You must submit this completed original within 15 days of the receipt of the response to the "Request to Staff." The "Request to Staff" must have been submitted within 7 days of the incident. Do not include/attach anything to this grievance except the "Request to Staff" including the response. You may quote from or make reference to statutes, operations, field, or administrative memoranda, department publications (time sheets, inventory forms, assessments, etc.). You will be permitted only one opportunity to correct any error(s) made in submitting your grievance.

1.    The nature of your complaint. This statement must be specific as to the complaint, dates, places, personnel involved, and how you were affected. One issue or incident per grievance. Use backside of this page only, if necessary.

CAPT. RIDDLE & ON JULY 25, 2019 I WAS ARRESTED APPROXIMATELY 9820 or so, I WAS TOLD TO EXIT THE CELL, IDID. AFTER THAT, HE TOLD ME TO GET ON THE WALL FOR A PAT SEARCH, I TOOK OFF WALKING TO DESTROY PARAPHINELIA, I HAD, THEN ALLOWED THE OFFICER TO ARREST ME.

2.    Informal action taken (including dates) to resolve the complaint, as well as the names of those employees from whom you sought an answer to your grievance.

~~BRANDONLEE BROWN HAVE CHARGED HE GOT~~ COS BROWN RESPONDED THEY FOLLOWED POLICY BUT FROM WHAT I HAVE READ AND HIM NOT POINT OUT OP/POLICY TO BACK HIS CLAIM IS' PERPOSTEROUS.

3.    The action you believe the reviewing authority may lawfully take.
I WOULD LIKE SOME FORM OF ACKNOWLEDGEMENT OF THERE WRONG DOING. WHEN IT'S ALL SAID AND DONE, THEY WHERE WRONG.

Grievance report sent to (warden/facility head/deputy director//correctional health services administrator):

_____            _____
Name                                Title

_____            _____
Signature of Grievant               Date Sent to Reviewing Authority

DOC 090124A (R 4/19)

1. Original to file
2. Copy to inmate/offender

Supposedly Aussuming I WAS HIGH ON BATH SALTS OR METH. Capt. Riddle said," I HAD TO COOPERATE OR THEY WOULD HOG TIE ME AND MAKE ME GO TO THE HOLDENVILLE GEN. HOSPITAL. I TOLD HIM I WASN'T HIGH AND ASKED HIM TO GIVE ME A REGULAR (URINALYSIS TEST).

(PER DOC OP-030134) C. PREPERATION OF SPECIMENS (1.) - (4.) WHERE NEVER FOLLOWED!

(PER DOC OP-030134) B. COLLECTION OF URINE SPECIMENS (1) - (4.) WHERE NEVER FOLLOWED! HE, REFUSED.

I WENT TO HOSPITAL AND REFUSED TREATMENT AWARE OF THE $1500.00 FINE THAT IS A SANCTION USED AT THIS FACILITY, FOR AN EXTORTION TACTIC. THREW DISCIPLINARY PROCEDURES

(PER DOC OP-030134) D. OFFSITE TESTING; WAS NEVER DONE!

I GOT BACK TO THE FACILITY AND WAS TOLD I WOULD BE PLACED ON SUICIDE WATCH! I ASKED, "WHAT FOR? AND CHIEF OF SECURITY, BROWN TOLD ME IT WAS BECAUSE I WAS HIGH. I TOLD HIM I WASN'T AND BEGGED HIM FOR A REGULAR (U/A) CAPT. RIDDLE AND COS - BROWN REFFUSED TO SO I REFUSED TO, GO TO MEDICAL. EVIDENCE WHERE IS THE ADMINISTRATION EVIDENCE?

(PER DOC OP-030134) E. ONSITE TESTING (3.) A MEDICAL PERSONNEL MAY BE CONSULTED FOR CLARIFICATION OF ALTERNATIVE DRUG NAMES, BUT MEDICAL PERSONNEL WILL NOT MAKE A DETERMINATION REGARDING THE LIKELIHOOD OF FALSE POSITIVE OR FALSE NEGATIVE RESULTS. WHERE ARE THE RESULTS? I TOOK A BLOOD TEST AND WAS ALLOWED TO LEAVE MEDICAL (5) DAYS LATER.

PER DOC OP-030134) H. RECORD/REPORTS OF RESULTS (1.) A-B (2.) (3.) WILL PROVE I WAS HARRASED PLACE IN MEDICAL AND PASSED ANY TEST THEY ILLEGALY HELD ME FOR ON 7-28-19 - 7-30-19 CHECK RECORD OF CHEMICAL ABUSE TEST.

THEY THEN FLIPPED ME. THREW ME ON THE GROUND IN RESTRAINTS 7-25-19 IN INTAKE. PLACED ME ON A GURNEY, STRAPPED DOWN, WHEELED ME TO MEDICAL. VEIW CAMERAS. TOOK ME BACK FROM MEDICAL TO, INTAKE, STRIPPED ME (NAKED) INFRONT OF SEVERAL STAFF AND INMATES WHILE CUFFED "THREW ME IN A HOLD IN CELL FOR THE EVENING.

[redacted]

PLEASE READ PARAGRAPH (#8) ON BACK SIDE OF GRIEVANCE.

RESPECTFULLY,

RECEIVED NOV 18 2019 GRIEVANCE

RECEIVED
OCT 17 2019

**Must Be Submitted Through the Law Library or Designee**

~~Inmate/Offender Grievance Process~~

**REQUEST TO STAFF**

TO: C.O.S BROWN          FACILITY/UNIT: DCF          DATE: 9-3-19

(NAME AND TITLE OF STAFF MEMBER)

I have ____ have not ✓ already submitted a "Request to Staff" or grievance on this same issue.

If yes, what date: _____ facility: _____ grievance #: _____

I affirm that I do ____ do not ✓ have a grievance pending on this issue.

I affirm that I do ____ do not ✓ have a lawsuit of any type pending that relates in any way to this issue.

If a lawsuit is pending, indicate case number and court: _____

This request ____ does ____ does not ✓ relate to a pending misconduct report. If it does, this request may only be answered by the disciplinary coordinator assigned to the misconduct.

**SUBJECT:** State completely, but briefly, the problem on which you desire assistance. This statement must be specific as to the complaint, dates, places, personnel involved, and how you were affected. One issue or incident per "Request to Staff." Your failure to specifically state your problem may result in this being returned unanswered.

CAPT. RIDDLE: ON JULY 25, 2019 I WAS ARRESTED BY A C/O VANDELL DURING LOCKDOWN.
AT 9AM I WAS TOLD TO EXIT THE CELL, I DID. AFTER THAT, HE TOLD ME TO GET ON THE
WALL FOR A PAT SEARCH. I TOOK OFF WALKING TO DESTROY PARAPHINGUA I HAD. I THEN
ALLOWED THE OFFICER TO ARREST ME. HE THEN TOOK ME TO INTAKE. SUPPOSELY ASSUMING I WAS

(USE OTHER SIDE IF MORE SPACE IS NEEDED. DO NOT ATTACH ADDITIONAL PAGES.)

**ACTION REQUESTED:** State exactly how you believe your request may be handled; that is, what exactly should be done and how.

I WOULD LIKE SOME FORM OF ACKNOWLEDGEMENT OF THEIR WRONG
DOING. ~~xxxxxxxxx~~ DAY UNTIL THIS ISSUE IS RESOLVED.

NAME: Brandon Bryon          DOC NUMBER: #797690 UNIT & CELL NUMBER: FCZII

(PRINT)

SIGNATURE: Brandon L Bryon          WORK ASSIGNMENT: _____

**DO NOT WRITE BELOW THIS LINE**

DISPOSITION:

Staff followed proper policy and procedure to gain compliance
due to your disruptive behavior while under the
influence of an substance.

JL Brown

STAFF MEMBER          DATE 10-23-19

Date response sent to inmate/offender: NOV 12 2019

1. Original to file
2. Copy to inmate/offender

RECEIVED
NOV 18 2019
GRIEVANCE
DOC 090124D (R 4/19)

HIGH ON METH OR BATHSALTS. CAPT. RIDDLE SAID "I HAD TO COOPERATE OR THEY WOULD HOGTIE ME AND MAKE ME GO TO THE HOLDENVILLE GEN. HOSPITAL. I TOLD HIM I WASN'T HIGH AND TO GIVE ME A REGULAR (URINALYSIS TEST.)

PER DOC OP-030134) B. COLLECTION OF URINE SPECIMENS (1.)-(4.) WHERE NEVER FOLLOWED!

PER DOC OP-030134) C. PREPARATION OF SPECIMENS (1.)-(4.) WHERE NEVER FOLLOWED! HE RUFUSED.

I WENT TO THE HOSPITAL AND REFUSED TREATMENT AWARE OF THE $500.00 EXTORTION FINE THAT HAVE SANCTIONED AS DISCIPLINARY ACTION: WHILE PUNISHING SOMEONE FOR SUFFERING FROM AN ILLNESS: DRUG ADDICTION, FOR EXAMPLE, IS AN ILLNESS AND SHOULD NOT BE CRIMINALIZED § ROBINSON V CALI N(1962.) ALL IS A DENIAL OF MY [5TH AMENDMENT OF "DUE PROCESS".] THESE PRACTICES AT THIS FACILITY SHOULD BE UNDER "STRICT SCRUTINY"!

PER DOC OP-030134) D. OFF-SITE TESTING WAS NEVER FOLLOWED!

I GOT BACK TO THE FACILITY AND WAS TOLD I WOULD BE PLACED ON "SUICIDE WATCH"? I ASKED WHAT FOR? CHIEF OF SECURITY; BROWN TOLD ME IT WAS "BECAUSE I WAS HIGH!" I TOLD HIM, I WASN'T AND BEGGED HIM AND CAPT. RIDDLE TO JUST GIVE ME THE U/A THEY REFUSED TO, SO I REFUSED TO GOT TO MEDICAL. EVIDENCE WHERE IS IT?

PER DOC OP 030134) E. ONSITE TESTING (3.) A. MEDICAL PERSONNEL MAY BE CONSULTED FOR CLARIFICATION OF ALTERNATIVE DRUG NAMES, BUT MEDICAL PERSONNEL WILL NOT MAKE A DETERMINATION REGARDING THE LIKELIHOOD OF FALSE POSITIVE OR FALSE NEGATIVE RESULTS WHERE ARE THE RESULTS? I TOOK A BLOOD TEST AND WAS ALLOWED TO LEAVE MEDICAL (5) DAYS LATER.

PER DOC OP 030134) H. RECORD/REPORTS OF RESULTS (1.) A-B (2.)(3.) WILL PROVE I WAS HARRASSED PLACED IN MEDICAL AND PASS ANY TEST THEY ILLEGALLY HELD ME FOR ON 7-25-19 — 7-30-19 CHECK RECORD OF CHEMICAL ABUSE TEST.

THEY THEN FLIPPED ME THREW ME ON THE GROUND IN RESTRAINST ON 7-25-19 IN INTAKE PLACED ME ON A GURNEY, STRAPPED DOWN, WHEELED ME TO MEDICAL. VIEW CORECIVIC CAMERAS, TOOK ME BACK FROM MEDICAL TO INTAKE STRIPPED ME (NAKED) IN FRONT OF SEVERAL STAFF AND INMATES WHILE CUFFED "THREW ME IN A HOLDING CELL IN INTAKE FOR THE EVENING.

NEXT DAY 7-26-19 I THEN WALKED FROM INTAKE TO MEDICAL BAREFOOTED TO A DIRTY CELL WITH PROBABLY URINE, FESES, AND NO TOILET PAPER OR SOAP. AFTER (5) DAYS WITH NO SHOWER, I RECIEVED RASH ON MY (LEFT FOREARM) AND SOME KIND OF ENFECTION ON MY (LEFT FOOT) OR PARASITE [IDK]. CLEARLY VIOLATING MY [9TH AMENDMENT AND 14TH AMENDMENT] / BY STRIPPING ME OF MY (UNALIENABLE RIGHTS): STRIPPING ME NAKED, HUMILIATING ME INTENTIONALLY, FORCING ME TO LIVE IN DEPLORABLE CONDITIONS, WITHOUT BASIC HYGIENE, SHOWER, SOAP, TOILET PAPER, HAVING TO EAT FOOD WITH THE SAME HANDS I URINATED OR RELIEVED MYSELF WITH. HAS TO BE WRONG IN ANY SHAPE OR FORM. PRISONER OR NOT. THERE HAS TO BE SOME FORM OF REPUBLICANISM IS CONSTITUTION: WE ARE ALL EQUAL UNDER THE SUBJECT OF LAW.

THE ENUMERATION IN THE CONSTITUTION, OF CERTAIN RIGHTS, SHALL NOT BE CONSTRUED ...

## GRIEVANCE RETURNED UNANSWERED

Received:

X *Brandon L Brown*

**Inmate signature**

X *11.25:19*

**Date**

| | |
|---|---|
| **DATE:** | November 25, 2019 |
| **TO:** | Brown, Brandon, #592090 |
| **FROM:** | James Yates, Warden |
| **Received:** | November 18, 2019 |
| **RE:** | Return of Grievance # 2019-1001-**00406**-G |

*YOUR GRIEVANCE IS BEING RETURNED UNANSWERED BECAUSE OF THE FOLLOIWNG:*

☐    You have not filed your grievance within the specified time frame. *(CANNOT RESUBMIT)*

     ☐ The "Request to Staff" must be submitted **within seven (7) days of the incident.**

     ☐The inmate/offender grievance must be submitted by the inmate/offender 15 days from the **date of the receipt of the response to the "Request to Staff."**

☐    An **ANSWERED** Request to Staff form addressed to the **correct staff member** must be attached.

☐    The **Request to Staff** issue is not consistent with the issue requested on the **Grievance.**

☐    **Inmate Request forms are not utilized in the Grievance Process.**

☒    You have not completed the **Grievance form correctly, in its entirety, or on the correct form.**

☐    Grievances submitted must be **legibly written or typed, in blue or black ink. No pencil, highlighter, or other color of ink is allowed.** No drawing, decorating, doodling, or making comments, in the margins of the pages is permitted.

☐    The **Grievance and Request to staff** must be specific as to the **Complaint, Dates, Places, Personnel Involved and How the Inmate was Affected**.

☐    Classification Movement requests to transfer to another facility, are not grievable to DOC.

☐    If there has not been response to your Request to Staff in 30 days, but no later than 60 days, of submission, the inmate may file a grievance to the reviewing authority with **a copy of the "Request to Staff" attached to the grievance form. (Ask the law library supervisor for a copy of the RTS.) The grievance form may only be filed about the lack of response to the "Request to Staff."**

☐    Only **ONE ISSUE OR INCIDENT** is allowed per **Grievance** and **Request to Staff.**

☐    You are on **Grievance Restriction**, proper documentation was not included.

☐    It has been determined that the grievance is not of an **Emergency or Sensitive** nature. The grievance is being returned and you must comply with the standard grievance process.

☐ **Section-09 Programs Page: 4 OP-090124 Effective Date: 04/11/2019**
**B. Non-grievable Issues**
1. Misconduct reports received through the agency disciplinary procedures may not be appealed through the grievance process. Misconduct reports may only be appealed through the disciplinary appeal process as referenced in OP-060125 entitled "Inmate/Offender Disciplinary Procedures."

☐ 2. Grievances shall not be submitted:

☐ (a) about matters that are in the course of litigation;

☐ (b) about matters that include requests for disciplinary action against staff;

☐ (c) requesting monetary compensation; or

☐ (d) For property issues at privately contracted facilities. These are to be resolved by the privately contracted facility and are not grievable or appealable to ARA.

☐ Property issues may be addressed by utilizing the requirements of CCA Policy 14-6: Inmate Resident Property (Property Claim 14-6D and Appeal 14-6E).

☒ **Section-09 Programs Page: 18 OP-090124 Effective Date: 04/11/2019**
A. Determining Abuse of the Grievance Process
1. The appropriate reviewing authority may determine there is abuse or misuse of the grievance process and may restrict the inmate's/offender's ability to submit a grievance. Types of abuse, include, but are not limited to: (PREA 115.52(g))
☐ a. Grievances intended to harass another;
☐ b. The continual and repeated submitting of frivolous grievances (frivolous grievances are those with no basis in fact or law);
☒ c. The repeated submitting of grievances or "Requests to Staff" about an issue previously addressed by staff in their written response;
☐ d. Grievances about de minimis (small, trifling, no available remedy) issues;
☐ e. Repetitive grievances by multiple inmates/offenders about the same issue;
☐ f. An inmate/offender writing letters instead of utilizing the grievance process and failing to bring complaints by formal grievance;
☒ g. Continued procedural defects, such as submitting additional pages, after having been previously warned.
☒ **Because of continued abuse of the grievance process this serves as an official warning.**

☐ You will be afforded the opportunity to properly re-submit a grievance form within **10 days** of receipt of this notice **WITH THE NOTED CORRECTIONS COMPLETED.** The grievance form must be proper, complete, and submitted to the proper reviewing authority. The failure of such waives/forfeits the right to proceed in the grievance process.

☐ Due to your continued failure to submit a properly filed grievance, you are now **OUT OF TIME**.

☒ Other: *Grievance form is not filled out completely. You must fill out the bottom 4 lines of the grievance. Send the grievance to either "James Yates, Warden" or "Ray Larimer, Health Services Administrator" if it is a medical issue. This is a DUPLICATE OF GRIEVANCE 2019-403. Because of continued procedural defects and duplicate grievances submitted, you are receiving a grievance restriction warning.*

INMATE/OFFENDER GRIEVANCE

**RECEIVED**

**NOV 20 2019**

**GRIEVANCE**

Grievance no. 2019-1001-00406-G

Grievance code: 3

Response due: 12/9/19

**DO NOT WRITE ABOVE THIS LINE**

Date 10·31·2019

Facility or Unit DCF F.D 10ß

Name BRANDON LEE BROWN

Facility Housing Unit FD 10ß

(Print)

DOC Number 592090

Date "Request to Staff" response received: 10·30·19

Have you previously submitted a grievance on this same issue? YES If yes, what date 8·3·19, facility DCF, grievance # 2019-6984-1 You must submit this completed original within 15 days of the receipt of the response to the "Request to Staff". The "Request to Staff" must have been submitted within 7 days of the incident. Do not include/attach anything to this grievance except the "Request to Staff" including the response. You may quote from or make reference to statutes, operations, field, or administrative memoranda, department publications (time sheets, inventory forms, assessments, etc.). You will be permitted only one opportunity to correct any error(s) made in submitting your grievance.

1. The nature of your complaint. This statement must be specific as to the complaint, dates, places, personnel involved, and how you were affected. One issue or incident per grievance. Use backside of this page only, if necessary. CHIEF OF SECURITY BROWN: ON JULY 25, 2019 I WAS ARRESTED BY A C/O VANDAL, AFTER COMING FROM HOLDEN GENERAL HOSPITAL REFUSING ANY TREATMENT, BECAUSE OF THE 1500⁰⁰ EXTORTION FINE THAT IS SANCTIONED AS DISCIPLINARY ACTION; WHILE PUNISHING SOMEONE FOR SUFFERING FROM A ILLNESS. THESE PRACTICES SHOULD BE UNDER "STRICK SCRUTINY." I GOT BACK TO THE FACILITY AND WAS TOLD, I WOULD BE PLACED ON "SUICIDE WATCH." I ASKED,

2. Informal action taken (including dates) to resolve the complaint, as well as the names of those employees from whom you sought an answer to your grievance.
I WROTE TO ASS WARDEN PEREZ: NO ACTION WAS TAKEN.

3. The action you believe the reviewing authority may lawfully take.
I WOULD LIKE SOME FORM OF ACKNOWLEDGEMENT OF THEIR WRONG DOING.

Grievance report sent to (warden/facility head/deputy director//correctional health services administrator):

_____        _____
Name                                            Title

_____        _____
Signature of Grievant                   Date Sent to Reviewing Authority

DOC 090124A (R 4/19)

1. Original to file
2. Copy to inmate/offender

WHATFOR? GIVE UP SECURITY BROWN "TOLD ME" IT WAS BECAUSE I WAS HIGH", I TOLD THEM I WAS NOT HIGH AND BEGGED _HIM_ AND _CAPT. RIDDLE_ TO JUST GIVE ME THE W/A THEY REFUSED, SO I REFUSED TO GO, TO MEDICAL

THEY THEN FLIPPED ME, THREW ME ON THE GROUND IN RESTRAINTS ON 7-25-19 IN INTAKE PLACED ME ON A GURNEY, STRAPPED DOWN, WHEELED ME TO MEDICAL. [VIEW CORE CIVIC CAMERAS] TOOK ME BACK FROM MEDICAL TO INTAKE STRIPPED ME NAKED) IN FRONT OF SEVERAL STAFF AND INMATES WHILED CUFFED' THREW ME IN A HOLDING CELL FOR THE EVENING.

NEXT DAY 7-26-19 I THEN WALKED FROM INTAKE TO MEDICAL _BAREFOOTED_ TO A DIRTY CELL WITH PROBABLY URINE, FESES AND NO TOILET PAPER, OR SOAP. AFTER (5) DAYS WITH NO SHOWER. I RECIEVED A RASH ON MY (LEFT FOREARM) AND SOME KIND OF ENFECTION ON MY (LEFT FOOT) OR PARASITE.

STRIPPING ME OF MY _UNALIENABLE RIGHTS_: STRIPPING ME NAKED, HUMILIATING ME INTEDIONALLY, FORCING ME TO LIVE IN DEPLORABLE CONDITIONS, WITHOUT BASIC HYGIENE, SHOWERSHOES, SOAP, TOILET PAPER, HAVING TO EAT FOOD WITH THE SAME HANDS I, URINATED OR RELIEVED MYSELF WITH. HAS TO BE WRONG IN ANY SHAPE OR FORM. PRISONER OR NOT!



RECEIVED
NOV 2 0 2019
GRIEVANCE

**Must Be Submitted Through the Law Library or Designee**

**Inmate/Offender Grievance Process**

**REQUEST TO STAFF**

TO: _ASS. WARDEN PEREZ_   FACILITY/UNIT: _DCF_   DATE: _8·3·19_
(NAME AND TITLE OF STAFF MEMBER)

I have ___ have not _✓_ already submitted a "Request to Staff" or grievance on this same issue.
If yes, what date: _____ facility: _____ grievance #: _____
I affirm that I do ___ do not _✓_ have a grievance pending on this issue.
I affirm that I do ___ do not _✓_ have a lawsuit of any type pending that relates in any way to this issue.
If a lawsuit is pending, indicate case number and court: _____
This request ___ does _✓_ does not relate to a pending misconduct report. If it does, this request may only be answered by the disciplinary coordinator assigned to the misconduct.

SUBJECT: State completely, but briefly, the problem on which you desire assistance. This statement must be specific as to the complaint, dates, places, personnel involved, and how you were affected. One issue or incident per "Request to Staff." Your failure to specifically state your problem may result in this being returned unanswered.

CHEIF OF SECURITY BROWN'S ON JULY 25, 2019 I WAS ARRESTED BY A 96 VANDAL, AFTER COMING FROM HOLDENVILLE GENERAL HOSPITAL REFUSING ANY TREATMENT. BECAUSE OF THE 1500.00 EXTORTION FINE THAT IS SANCTIONED AS DISCIPLINARY ACTION: WHILE PUNISHING SOMEONE FOR SUFFERING FROM AN ILLNESS: DRUG ADDICTION

(USE OTHER SIDE IF MORE SPACE IS NEEDED. DO NOT ATTACH ADDITIONAL PAGES.)

ACTION REQUESTED: State exactly how you believe your request may be handled; that is, what exactly should be done and how.

I WOULD LIKE SOME FORM OF ALNOWLEDGEMENT OF THEIR WRONG DOING, ▓▓▓▓ ▓▓▓ ▓▓▓▓▓▓▓▓▓▓ ▓▓ ▓▓▓ ▓▓▓ ▓▓ EVERYDAY UNTIL THIS ISSUE IS RESOLVED.

NAME: _BRANDON L. BROWN_   DOC NUMBER: _592690_   UNIT & CELL NUMBER: ~~FC-2H~~ (moved)
(PRINT)
SIGNATURE: _Brandon L Brown_   WORK ASSIGNMENT: _FD-105_

**DO NOT WRITE BELOW THIS LINE**

DISPOSITION:
All INFORMATION AS RELATED TO disciplinARY SANCTIONS MAY be Requested Through The disciplinARY COORDINATOR.

_____
STAFF MEMBER                    DATE                10-24-2019

OCT 25 2019

RECEIVED
NOV 20 2019

Date response sent to inmate/offender: _____
1. Original to file
2. Copy to inmate/offender

GRIEVANCE
DOC 090124D (R 4/19)

ALL IS A DENIAL OF MY [8TH AMENDMENT OF "DUE PROCESS"]
THESE PRACTICES AT THIS FACILITY SHOULD BE UNDER "STRICT SCRUTINY"!
PER DOC OP-030134) D. OFF-SITE TESTING: WAS NEVER FOLLOWED
GOT BACK TO THE FACILITY AND WAS TOLD, I WOULD BE PLACED ON "SUICIDE WATCH"
ASKED WHAT FOR? CHEIF OF SECURITY BROWN, TOLD ME, IT WAS BECAUSE I WAS HIGH;
TOLD HIM, I WASN'T AND BEGGED HIM AND CAPT. RIDDLE TO JUST GIVE ME THE U/A
THEY" REFUSED, SO I REFUSED TO GO, TO MEDICAL. EVIDENCE WHERE IS IT?
PER DOC OP 030134) E. ONSITE TESTING (3.) A. MEDICAL PERSONEL MAY BE CON-
SULTED FOR CLARIFICATION OF ALTERNATIVE DRUG NAMES, BUT MEDICAL PERSONEL MAY
WILL NOT MAKE A DETERMINATION REGARDING THE LIKELIHOOD OF FALSE POSITIVE
OR FALSE NEGATIVE RESULTS. WHERE ARE THE RESULTS? I TOOK A BLOOD TEST AND
WAS ALLOWED TO LEAVE MEDICAL (5) DAYS LATER.
"PER DOC OP-030134) H. RECORD/REPORTS OF RESULTS (1) A-B (2.) (3.) WILL PROVE I
WAS HARRASSED PLACED IN MEDICAL AND PASSED ANY TEST THEY ILLEGALY HELD ME
FOR ON 7-28-19 — 7-30-19  CHECK: RECORD OF CHEMICAL ABUSE TEST.
THEY THEN FLIPPED ME THREW ME ON THE GROUND IN RESTRAINTS ON 7-25-19 IN INTAKE
PLACED ME ON A GURNEY STRAPPED DOWN, WHEELED ME TO MEDICAL. VIEW COR CIVIL
CAMERAS. TOOK ME BACK FROM MEDICAL TO INTAKE STRIPPED ME (NAKED) IN FRONT OF
SEVERAL STAFF AND INMATES WHILE CUFFED "THREW ME IN A HOLDING CELL IN INTAKE FOR THE
EVENING.
NEXT DAY 7-26-19 I THEN WALK FROM INTAKE TO MEDICAL BAREFOOTED TO A DIRTY CELL
WITH PROBABLY URINE, FLIES, AND NO TOILET PAPER OR SOAP. AFTER (5) DAYS WITH NO
SHOWER I RECIEVED A RASH ON MY (LEFT FOREARM) AND SOME KIND OF EN FECTION ON M Y (LEFT
FOOT) OR PARASITE [IDK].
CLEARLY VIOLATING MY [9TH AMENDMENT AND 14TH AMENDMENT] BY STRIPPING ME OF MY
[UNALIENABLE RIGHTS]: "STRIPPING ME NAKED, HUMILIATING ME INTENTIONALLY,
FORCING ME TO LIVE IN DEPLORABLE CONDITIONS, WITHOUT BASIC HYGIENE, SHOWER
SOAP, SHOES, TOILET PAPER, HAVING TO EAT FOOD WITH THE SAME HANDS I URINATED
OR RELIEVED MYSELF WITH, HAS TO BE WRONG IN ANY SHAPE OR FORM. PRISONER
OR NOT! THERE HAS TO BE SOME FORM OF REPUBLICANISM. US CONSTITUTION
STATES: WE ARE ALL EQUAL UNDER THE SUBJECT OF LAW.
THE ENUMERATION IN THE CONSTITUTION, OF CERTAIN RIGHTS, SHALL NOT BE
CONSTRUED TO DENY OR DISPARAGE OTHERS RETAIN BY THE PEOPLE.

RECEIVED
NOV 20 2019
GRIEVANCE

# GRIEVANCE RETURNED UNANSWERED

FC170

Received:

X I/m Refused

**Inmate signature**

X  12|11|19

**Date**

Tunderwood

DATE:      December 10, 2019
TO:         Brown, Brandon, #592090
FROM:     James Yates, Warden
Received:  December 04, 2019
RE:         Return of Grievance # 2019-1001-00417-G

*YOUR GRIEVANCE IS BEING RETURNED UNANSWERED BECAUSE OF THE FOLLOIWNG:*

☐   You have not filed your grievance within the specified time frame.   *(CANNOT RESUBMIT)*

    ☐ The "Request to Staff" must be submitted **within seven (7) days of the incident.**

    ☐The inmate/offender grievance must be submitted by the inmate/offender 15 days from the
      **date of the receipt of the response to the "Request to Staff."**

☒   An **ANSWERED** Request to Staff form addressed to the **correct staff member** must be attached.

☐   The **Request to Staff** issue is not consistent with the issue requested on the **Grievance.**

☐   **Inmate Request forms are not utilized in the Grievance Process.**

☒   You have not completed the **Grievance form correctly, in its entirety, or on the correct form.**

☐   Grievances submitted must be **legibly written or typed, in blue or black ink. No pencil,
    highlighter, or other color of ink is allowed.** No drawing, decorating, doodling, or making
    comments, in the margins of the pages is permitted.

☒   The **Grievance and Request to staff** must be specific as to the **Complaint, Dates, Places,
    Personnel Involved and How the Inmate was Affected**.

☐   Classification Movement requests to transfer to another facility, are not grievable to DOC.

☐   If there has not been response to your Request to Staff in 30 days, but no later than 60 days, of
    submission, the inmate may file a grievance to the reviewing authority with **a copy of the "Request
    to Staff" attached to the grievance form. (Ask the law library supervisor for a copy of the RTS.)
    The grievance form may only be filed about the lack of response to the "Request to Staff."**

☐   Only **ONE ISSUE OR INCIDENT** is allowed per **Grievance** and **Request to Staff.**

☐   You are on **Grievance Restriction**, proper documentation was not included.

☐   It has been determined that the grievance is not of an **Emergency or Sensitive** nature. The grievance
    is being returned and you must comply with the standard grievance process.

☐ **Section-09 Programs Page: 4 OP-090124 Effective Date: 04/11/2019**
**B. Non-grievable Issues**
1. Misconduct reports received through the agency disciplinary procedures may not be appealed through the grievance process. Misconduct reports may only be appealed through the disciplinary appeal process as referenced in OP-060125 entitled "Inmate/Offender Disciplinary Procedures."

☐ 2. Grievances shall not be submitted:

☐ (a) about matters that are in the course of litigation;

☐ (b) about matters that include requests for disciplinary action against staff;

☐ (c) requesting monetary compensation; or

☐ (d) For property issues at privately contracted facilities. These are to be resolved by the privately contracted facility and are not grievable or appealable to ARA.

☐ Property issues may be addressed by utilizing the requirements of CCA Policy 14-6: Inmate Resident Property (Property Claim 14-6D and Appeal 14-6E).

☒ **Section-09 Programs Page: 18 OP-090124 Effective Date: 04/11/2019**
A. Determining Abuse of the Grievance Process
1. The appropriate reviewing authority may determine there is abuse or misuse of the grievance process and may restrict the inmate's/offender's ability to submit a grievance. Types of abuse, include, but are not limited to: (PREA 115.52(g))
☐ a. Grievances intended to harass another;
☐ b. The continual and repeated submitting of frivolous grievances (frivolous grievances are those with no basis in fact or law);
☐ c. The repeated submitting of grievances or "Requests to Staff" about an issue previously addressed by staff in their written response;
☐ d. Grievances about de minimis (small, trifling, no available remedy) issues;
☐ e. Repetitive grievances by multiple inmates/offenders about the same issue;
☐ f. An inmate/offender writing letters instead of utilizing the grievance process and failing to bring complaints by formal grievance;
☒ g. Continued procedural defects, such as submitting additional pages, after having been previously warned.
☒ **Because of continued abuse of the grievance process this serves as an official warning.**

☒ You will be afforded the opportunity to properly re-submit a grievance form within **10 days** of receipt of this notice **WITH THE NOTED CORRECTIONS COMPLETED.** The grievance form must be proper, complete, and submitted to the proper reviewing authority. The failure of such waives/forfeits the right to proceed in the grievance process.

☐ Due to your continued failure to submit a properly filed grievance, you are now **OUT OF TIME**.

☒ Other: *The grievance form must be COMPLETELY FILLED OUT and have an ANSWERED RTS attached to it. You are receiving a GRIEVANCE RESTRICTION WARNING for continued procedural defects.*

INMATE/OFFENDER GRIEVANCE **RECEIVED**

**DEC 0 4 2019**

**GRIEVANCE**

Grievance no. _2019-1001-00417 G_

Grievance code: _4_

Response due: _12/23/2019_

**DO NOT WRITE ABOVE THIS LINE**

Date _11.22.19_                     Facility or Unit _F.C  110_

Name _BRANDON LEE BROWN_          Facility Housing Unit _DCF_
          (Print)

DOC Number _592090_               Date "Request to Staff" response received: _11.22.19_

Have you previously submitted a grievance on this same issue?_____ If yes, what date _____, facility _____, grievance #_____. You must submit this completed original within 15 days of the receipt of the response to the "Request to Staff". The "Request to Staff" must have been submitted within 7 days of the incident. Do not include/attach anything to this grievance except the "Request to Staff" including the response. You may quote from or make reference to statutes, operations, field, or administrative memoranda, department publications (time sheets, inventory forms, assessments, etc.). You will be permitted only one opportunity to correct any error(s) made in submitting your grievance.

1.  The nature of your complaint. This statement must be specific as to the complaint, dates, places, personnel involved, and how you were affected. One issue or incident per grievance. Use backside of this page only, if necessary.

_ON 11.22.19 APP. 8AM I WAS AWAKING AND TOLD TO REMOVE A SHEET FROM MY BUNK. UPON REMOVING THE SHEET. I WAS THEN TOLD TO CUFF UP BECAUSE I WAS GOING TO JAIL. I STATED "THAT I WOULD AFTER I PACKED MY_

2.  Informal action taken (including dates) to resolve the complaint, as well as the names of those employees from whom you sought an answer to your grievance.

3.  The action you believe the reviewing authority may lawfully take.

Grievance report sent to (warden/facility head/deputy director//correctional health services administrator):

_____     _____
Name                         Title

_____     _____
Signature of Grievant        Date Sent to Reviewing Authority

DOC 090124A (R 4/19)

1. Original to file
2. Copy to inmate/offender

PROPER. "CART-INSINGER" THEN OPENED MY FOODPORT, AND TOLD ME TO BRING MY ASS AND CUFF UP. I STATED THAT I WOULD CUFF UP AFTER. I PACKED MY PROPERTY AGAIN AND SOON AS I WAS DONE, TALKING. I WAS MACED. I CONTINUED TO PACK MY THINGS AND WAS MACED AGAIN. THEN I CUFFED UP.

I WAS MACED FOR DOING NOTHING WRONG. PACKING MY PROPERTY SHOULD BE MY FIRST PRIORITY. I DID NOTHING WRONG IN ORDER TO DESERVE TO BE AWOKE AND MISTREATED.

ABUSE OF DISCRETION IN DEPLOYMENT OF OC.



RECEIVED
DEC 04 2015
GRIEVANCE

## GRIEVANCE RETURNED UNANSWERED

Received:

FCI10

**Inmate signature**

**Date**

| | |
|---|---|
| **DATE:** | December 26, 2019 |
| **TO:** | Brown, Brandon, #592090 |
| **FROM:** | James Yates, Warden |
| **Received:** | December 20, 2019 |
| **RE:** | Return of Grievance # 2019-1001-00426-G |

_YOUR GRIEVANCE IS BEING RETURNED UNANSWERED BECAUSE OF THE FOLLOIWNG:_

☒ You have not filed your grievance within the specified time frame.  _(CANNOT RESUBMIT)_

   ☒ The "Request to Staff" must be submitted **within seven (7) days of the incident.**

   ☒The inmate/offender grievance must be submitted by the inmate/offender 15 days from the
    **date of the receipt of the response to the "Request to Staff."**

☐ An **ANSWERED** Request to Staff form addressed to the **correct staff member** must be attached.

☐ The **Request to Staff** issue is not consistent with the issue requested on the **Grievance.**

☐ **Inmate Request forms are not utilized in the Grievance Process.**

☐ You have not completed the **Grievance form correctly, in its entirety, or on the correct form.**

☐ Grievances submitted must be **legibly written or typed, in blue or black ink. No pencil,
highlighter, or other color of ink is allowed.** No drawing, decorating, doodling, or making
comments, in the margins of the pages is permitted.

☐ The **Grievance and Request to staff** must be specific as to the **Complaint, Dates, Places,
Personnel Involved and How the Inmate was Affected**.

☐ Classification Movement requests to transfer to another facility, are not grievable to DOC.

☐ If there has not been response to your Request to Staff in 30 days, but no later than 60 days, of
submission, the inmate may file a grievance to the reviewing authority with **a copy of the "Request
to Staff" attached to the grievance form. (Ask the law library supervisor for a copy of the RTS.)
The grievance form may only be filed about the lack of response to the "Request to Staff."**

☐ Only **ONE ISSUE OR INCIDENT** is allowed per **Grievance** and **Request to Staff.**

☐ You are on **Grievance Restriction**, proper documentation was not included.

☐ It has been determined that the grievance is not of an **Emergency or Sensitive** nature. The grievance
is being returned and you must comply with the standard grievance process.

scanned
1/10/2020

☐ **Section-09 Programs Page: 4 OP-090124 Effective Date: 04/11/2019**
**B. Non-grievable Issues**
1. Misconduct reports received through the agency disciplinary procedures may not be appealed through the grievance process. Misconduct reports may only be appealed through the disciplinary appeal process as referenced in OP-060125 entitled "Inmate/Offender Disciplinary Procedures."

☐ 2. Grievances shall not be submitted:

☐ (a) about matters that are in the course of litigation;

☐ (b) about matters that include requests for disciplinary action against staff;

☐ (c) requesting monetary compensation; or

☐ (d) For property issues at privately contracted facilities. These are to be resolved by the privately contracted facility and are not grievable or appealable to ARA.

☐ Property issues may be addressed by utilizing the requirements of CCA Policy 14-6: Inmate Resident Property (Property Claim 14-6D and Appeal 14-6E).

☐ **Section-09 Programs Page: 18 OP-090124 Effective Date: 04/11/2019**
A. Determining Abuse of the Grievance Process
1. The appropriate reviewing authority may determine there is abuse or misuse of the grievance process and may restrict the inmate's/offender's ability to submit a grievance. Types of abuse, include, but are not limited to: (PREA 115.52(g))
☐☐ a. Grievances intended to harass another;
b. The continual and repeated submitting of frivolous grievances (frivolous grievances are those with no basis in fact or law);
☐ c. The repeated submitting of grievances or "Requests to Staff" about an issue previously addressed by staff in their written response;
☐ d. Grievances about de minimis (small, trifling, no available remedy) issues;
☐ e. Repetitive grievances by multiple inmates/offenders about the same issue;
☐ f. An inmate/offender writing letters instead of utilizing the grievance process and failing to bring complaints by formal grievance;
☐ g. Continued procedural defects, such as submitting additional pages, after having been previously warned.
☐ **Because of continued abuse of the grievance process this serves as an official warning.**

☐ You will be afforded the opportunity to properly re-submit a grievance form within **10 days** of receipt of this notice **WITH THE NOTED CORRECTIONS COMPLETED.** The grievance form must be proper, complete, and submitted to the proper reviewing authority. The failure of such waives/forfeits the right to proceed in the grievance process.

☐ Due to your continued failure to submit a properly filed grievance, you are now **OUT OF TIME**.

☒ Other: ***The incident happened on 7/25/19. RTS not received in law library until 10/17/19. RTS sent to you on 11/12/19. Grievance not received until 12/20/19. Out of time frames, cannot resubmit. Duplicate of grievance 2019-403.***

**INMATE/OFFENDER GRIEVANCE**

Grievance no. 2019-1001-00426-G

Grievance code: 3

Response due: 1 8 20

R E C E I V E D

DEC 2 0 2019

**GRIEVANCE**

**DO NOT WRITE ABOVE THIS LINE**

Date _12·16·19_          Facility or Unit _FOX CHARLIE 110_

Name _BRANDONLEE BROWN_          Facility Housing Unit _DAVIS CORRECTIONAL FAC_
(Print)

DOC Number _592090_          Date "Request to Staff" response received: _12·16·19_

Have you previously submitted a grievance on this same issue? _YES_ If yes, what date _8·3·19_, facility _DCF_, grievance # _2019·6933_. You must submit this completed original within **15 days** of the receipt of the response to the "Request to Staff." The "Request to Staff" must have been submitted within **7 days** of the incident. Do not include/attach anything to this grievance except the "Request to Staff" including the response. You may quote from or make reference to statutes, operations, field, or administrative memoranda, department publications (time sheets, inventory forms, assessments, etc.). You will be permitted only one opportunity to correct any error(s) made in submitting your grievance.

1.    The nature of your complaint. This statement must be specific as to the complaint, dates, places, personnel involved, and how you were affected. One issue or incident per grievance. Use backside of this page only, if necessary. _CAPT. RIDDLE & ON JULY 25, 2019 IN AS ARRESTED BY A C/O VANDELL DURING LOCKDOWN AT 9AM IWAS TOLD TO EXIT THE CELL, IDID AFTER THAT, HE TOLD ME TO GET ON THE WALL FOR A PAT SEARCH. I TOOK OFF WALKING TO DESTROY PARAPHINELIA I HAD. PLEASE VIEW STATEMENT ON "RTS" 2019-6933 DATED & 8·3·19 RECIEVED & 12·16·19_

2.    Informal action taken (including dates) to resolve the complaint, as well as the names of those employees from whom you sought an answer to your grievance.

_C/OS BROWN REPLIED & STAFF FOLLOWED RULES AND PROCEDURES TO GAIN COMPLIANCE DUE TO MY BEHAVIOR WHILE UNDER THE INFLUENCE OF AN SUBSTANCE DATED 10·23·19_

3.    The action you believe the reviewing authority may lawfully take.

_PULL UP RECORDS FROM THE FILES/ WAS UNDER THE INFLUENCE OF ANY KIND OF DRUGS._

Grievance report sent to (warden/facility head/deputy director/correctional health services administrator):

_JAMES YATES_          _WARDEN_
Name          Title

_BRANDON LEE BROWN_          _12·16·19_
Signature of Grievant          Date Sent to Reviewing Authority

DOC 090124A (R 4/19)

1. Original to file
2. Copy to inmate/offender

_Duplicate of Grievance #403_

2019
6933

RECEIVED
OCT 17 2019

## Must Be Submitted Through the Law Library or Designee.
~~Inmate/Offender~~ Grievance Process
### REQUEST TO STAFF

TO: _C.O.S BROWN_                     FACILITY/UNIT: _DCF_        DATE: _9.3.19_
(NAME AND TITLE OF STAFF MEMBER)

I have ____ have not __✓__ already submitted a "Request to Staff" or grievance on this same issue.
If yes, what date: _____ facility: _____ grievance #: _____
I affirm that I do ____ do not __✓__ have a grievance pending on this issue.
I affirm that I do ____ do not __✓__ have a lawsuit of any type pending that relates in any way to this issue.
If a lawsuit is pending, indicate case number and court:
This request ____ does __✓__ does not relate to a pending misconduct report. If it does, this
request may only be answered by the disciplinary coordinator assigned to the misconduct.

SUBJECT: State completely, but briefly, the problem on which you desire assistance. This statement
must be specific as to the complaint, dates, places, personnel involved, and how you were affected. One
issue or incident per "Request to Staff." Your failure to specifically state your problem may result in this
being returned unanswered.

CAPT. RIDDLE: ON JULY 25, 2019 I WAS ARRESTED BY A C/O VANDELL DURING LOCKDOWN
AT 9pm I WAS TOLD TO EXIT THE CELL, I DID. AFTER THAT, HE TOLD ME TO GET ON THE
WALL FOR A PAT SEARCH. I TOOK OFF WALKING TO DESTROY PARAPHINEUA I HAD, I THEN
ALLOWED THE OFFICER TO ARREST ME. HE THEN TOOK ME TO INTAKE. SUPPOSELY ASSUMING I WAS

(USE OTHER SIDE IF MORE SPACE IS NEEDED. DO NOT ATTACH ADDITIONAL PAGES.)

ACTION REQUESTED: State exactly how you believe your request may be handled; that is, what exactly
should be done and how.
I WOULD LIKE SOME FORM OF ACKNOWLEDGEMENT OF THEIR WRONG
DOING. ~~illegible~~
~~illegible~~ DAY UNTIL THIS ISSUE IS RESOLVED.

NAME: _Brandon Brown_   DOC NUMBER: _497690_ UNIT & CELL NUMBER: _FC211_
(PRINT)
SIGNATURE: _Bradford Brown_   WORK ASSIGNMENT: _____

### DO NOT WRITE BELOW THIS LINE

DISPOSITION:
Staff followed proper policy and procedure to gain compliance
due to your disruptive behavior while under the
influence of an substance.

_J.C. Brown_                                    10-23-19

STAFF MEMBER                     DATE

RECEIVED
DEC 20 2019
GRIEVANCE

Date response sent to inmate/offender: ____NOV 12 2019____
1. Original to file                     DOC 090124D (R 4/19)
2. Copy to inmate/offender

RECEIVED
DEC 20 20
GRIEVANCE

...IGH ON MY BACK AND PAIN IN MY LEFS ... THEY WOULD HOLD THE AR ... E AND MAKE ME GO TO THE HOLDENVILLE GEN. HOSPITAL. I TOLD HIM I WASN'T HIGH AND TO GIVE ME A REGULAR (URINALYSIS TEST.)

PER DOC OP-030134) B. COLLECTION OF URINE SPECIMENS (1.)-(4.) WHERE NEVER FOLLOWED!

PER DOC OP-030134) C. PREPARATION OF SPECIMENS (1.)-(4.) WHERE NEVER FOLLOWED! HE REFUSED.

WENT TO THE HOSPITAL AND REFUSED TREATMENT AWARE OF THE $1500.00 EXTORTION FINE THAT HAVE SANCTIONED AS DISCIPLINARY ACTION: WHILE PUNISHING SOMEONE FOR SUFFERING FROM AN ILLNESS: DRUG ADDICTION, FOR EXAMPLE, IS AN ILLNESS AND SHOULD NOT BE CRIMINALI- D: ROBINSON V CALI IN (1962.) ALL IS A DENIAL OF MY 8TH AMENDMENT OF "DUE PROCESS". THESE PRACTICES AT THIS FACILITY SHOULD BE UNDER "STRICT SCRUTINY".

PER DOC OP-030134) D. OFF-SITE TESTING WAS NEVER FOLLOWED! GOT BACK TO THE FACILITY AND WAS TOLD I WOULD BE PLACED ON "SUICIDE WATCH". I ASKED WHA FOR? CHIEF OF SECURITY; BROWN TOLD ME IT WAS "BECAUSE I WAS HIGH!" I TOLD HIM, I WASN'T AND BEGGED HIM AND CAPT. RIDDLE TO JUST GIVE ME THE U/A THEY REFUSED TO SO I REFUSED. I GOT TO MEDICAL. EVIDENCE WHERE IS IT?

PER DOC OP 030134) E. ONSITE TESTING (3.) A. MEDICAL PERSONNEL MAY BE CONSULTED FOR CLARIFICATION OF ALTERNATIVE DRUG NAMES, BUT MEDICAL PERSONNEL WILL NOT MAKE A DET- ERMINATION REGARDING THE LIKELIHOOD OF FALSE POSITIVE OR FALSE NEGATIVE RESUL WHERE ARE THE RESULTS? I TOOK A BLOOD TEST AND WAS ALLOWED TO LEAVE MEDICAL (5) DAY AFTER.

PER DOC OP 030134) H. RECORD/REPORTS OF RESULTS (1.) A-B (2.)(3.) WILL PROVE I WAS HARASSED PLACED IN MEDICAL AND PASS ANY TEST THEY ILLEGALY HELD ME FOR ON 7-25-19 — 7-30-19 -HECK RECORD OF CHEMICAL ABUSE TEST.

THEY THEN FLIPPED ME THREW ME ON THE GROUND IN RESTRAINTS ON 7-25-19 IN INTAKE PLACED ME ON A GURNEY, STRIPPED DOWN, WHEELED ME TO MEDICAL. VIEW CORRECIVIC CAMERAS, TOOK ME BACK FROM MEDICAL TO INTAKE STRIPPED ME (NAKED) IN FRONT OF SEVERAL STAFF AND INMATI WHILE CUFFED "THREW ME IN A HOLDING CELL IN INTAKE FOR THE EVENING.

NEXT DAY 7-26-19 I THEN WALKED FROM INTAKE TO MEDICAL BAREFOOTED TO A DIRTY CELL WI- PROBABLY URINE, FESES, AND NO TOILET PAPER OR SOAP. AFTER (5) DAYS WITH NO SHOWER I RECIEV RASH ON MY (LEFT FOREARM) AND SOME KIND OF ENFECTION ON MY LEFT FOOT OR PARASITE [TOE]. (CLEARLY VIOLATING MY 8TH AMENDMENT AND 14TH AMENDMENT) BY STRIPPING ME OF MY (UNALIEN- ABLE RIGHTS·): STRIPPING ME NAKED, HUMILIATING ME INTENTIONALLY, FORCING ME TO LIV DEPLORABLE CONDITIONS, WITH OUT BASIC HYGIENE, SHOWER, SOAP, TOILE T PAPER, HAVING TO IT FOOD WITH THE SAME HANDS I URINATED OR RELIEVED MYSELF WITH. HAS TO BE WRONG ANY SHAPE OR FORM. PRISONER OR NOT. THERE HAS TO BE SOME FORM OF REPUBLICANISM. S CONSTITUTION: WE ARE ALL EQUAL UNDER THE SUBJECT OF LAW. THE ENUMERATION IN THE CONSTITUTION, OF CERTAIN RIGHTS, SHALL NOT BE CONTRUED TO DEN

# GRIEVANCE RETURNED UNANSWERED

X

Received:

_no Pen_

**Inmate signature**

_1-15-2020_

**Date**

| | |
|---|---|
| **DATE:** | **January 15, 2020** |
| **TO:** | **Brown, Brandon, #592090** |
| **FROM:** | **James Yates, Warden** |
| **Received:** | **December 27, 2019** |
| **RE:** | Return of Grievance # 2019-1001-00440-G |

*YOUR GRIEVANCE IS BEING RETURNED UNANSWERED BECAUSE OF THE FOLLOIWNG:*

☐  You have not filed your grievance within the specified time frame.  *(CANNOT RESUBMIT)*

  ☐ The "Request to Staff" must be submitted **within seven (7) days of the incident.**

  ☐The inmate/offender grievance must be submitted by the inmate/offender 15 days from the
   **date of the receipt of the response to the "Request to Staff."**

☐  An **ANSWERED** Request to Staff form addressed to the **correct staff member** must be attached.

☐  The **Request to Staff** issue is not consistent with the issue requested on the **Grievance.**

☐  **Inmate Request forms are not utilized in the Grievance Process.**

☐  You have not completed the **Grievance form correctly, in its entirety, or on the correct form.**

☐  Grievances submitted must be **legibly written or typed, in blue or black ink. No pencil,
   highlighter, or other color of ink is allowed.** No drawing, decorating, doodling, or making
   comments, in the margins of the pages is permitted.

☐  The **Grievance and Request to staff** must be specific as to the **Complaint, Dates, Places,
   Personnel Involved and How the Inmate was Affected**.

☐  Classification Movement requests to transfer to another facility, are not grievable to DOC.

☐  If there has not been response to your Request to Staff in 30 days, but no later than 60 days, of
   submission, the inmate may file a grievance to the reviewing authority with **a copy of the "Request
   to Staff" attached to the grievance form. (Ask the law library supervisor for a copy of the RTS.)
   The grievance form may only be filed about the lack of response to the "Request to Staff."**

☐  Only **ONE ISSUE OR INCIDENT** is allowed per **Grievance** and **Request to Staff.**

☐  You are on **Grievance Restriction**, proper documentation was not included.

☐  It has been determined that the grievance is not of an **Emergency or Sensitive** nature. The grievance
   is being returned and you must comply with the standard grievance process.

☐ **Section-09 Programs Page: 4 OP-090124 Effective Date: 04/11/2019**
**B. Non-grievable Issues**
1. Misconduct reports received through the agency disciplinary procedures may not be appealed through the grievance process. Misconduct reports may only be appealed through the disciplinary appeal process as referenced in OP-060125 entitled "Inmate/Offender Disciplinary Procedures."

☒ 2. Grievances shall not be submitted:

☐ (a) about matters that are in the course of litigation;

☐ (b) about matters that include requests for disciplinary action against staff;

☐ (c) requesting monetary compensation; or

☒ (d) For property issues at privately contracted facilities. These are to be resolved by the privately contracted facility and are not grievable or appealable to ARA.

☐ Property issues may be addressed by utilizing the requirements of CCA Policy 14-6: Inmate Resident Property (Property Claim 14-6D and Appeal 14-6E).

☐ **Section-09 Programs Page: 18 OP-090124 Effective Date: 04/11/2019**
A. Determining Abuse of the Grievance Process
1. The appropriate reviewing authority may determine there is abuse or misuse of the grievance process and may restrict the inmate's/offender's ability to submit a grievance. Types of abuse, include, but are not limited to: (PREA 115.52(g))
☐ a. Grievances intended to harass another;
☐ b. The continual and repeated submitting of frivolous grievances (frivolous grievances are those with no basis in fact or law);
☐ c. The repeated submitting of grievances or "Requests to Staff" about an issue previously addressed by staff in their written response;
☐ d. Grievances about de minimis (small, trifling, no available remedy) issues;
☐ e. Repetitive grievances by multiple inmates/offenders about the same issue;
☐ f. An inmate/offender writing letters instead of utilizing the grievance process and failing to bring complaints by formal grievance;
☐ g. Continued procedural defects, such as submitting additional pages, after having been previously warned.
☐ **Because of continued abuse of the grievance process this serves as an official warning.**

☐ You will be afforded the opportunity to properly re-submit a grievance form within **10 days** of receipt of this notice **WITH THE NOTED CORRECTIONS COMPLETED.** The grievance form must be proper, complete, and submitted to the proper reviewing authority. The failure of such waives/forfeits the right to proceed in the grievance process.

☐ Due to your continued failure to submit a properly filed grievance, you are now **OUT OF TIME**.

☒ Other: ***Property issues are not a grievable issue.***

**INMATE/OFFENDER GRIEVANCE**

Grievance no. 2019-1001-00440-G

Grievance code: 8

Response due: 01/15/2020

**RECEIVED**

**DEC 27 2019**

**GRIEVANCE**

**DO NOT WRITE ABOVE THIS LINE**

Date  12.23.19                              Facility or Unit  DAVIS CORR. FACILITY

Name  BRANDON LEE BROWN            Facility Housing Unit  FOX-CHARLIE /10
      (Print)

DOC Number  592090                    Date "Request to Staff" response received:  12.20.19

Have you previously submitted a grievance on this same issue? YES  If yes, what date 11.9.19 , facility DCF , grievance # 2019-1508. You must submit this completed original within 15 days of the receipt of the response to the "Request to Staff". The "Request to Staff" must have been submitted within 7 days of the incident. Do not include/attach anything to this grievance except the "Request to Staff" including the response. You may quote from or make reference to statutes, operations, field, or administrative memoranda, department publications (time sheets, inventory forms, assessments, etc.). You will be permitted only one opportunity to correct any error(s) made in submitting your grievance.

1.  The nature of your complaint. This statement must be specific as to the complaint, dates, places, personnel involved, and how you were affected. One issue or incident per grievance. Use backside of this page only, if necessary. ON 7-25-19 I WAS ARRESTED FOR A WRITE-UP SUPPOSEDLY I ASKED FOR A DVD. I PLEAD GUILTY TO THE WRITE-UP 7-21-19, OBVIOUSLY I HAD A TV AND PS2 TO PLAY A DVD ON. MY CLAIM WAS RECENTLY DENIED.

2.  Informal action taken (including dates) to resolve the complaint, as well as the names of those employees from whom you sought an answer to your grievance.

VIEW CAMERA'S ON 7-25-19 AND SEE WHERE MY TV WENT. ASSUMING IT WAS LOST OR STOLEN PLEASE REPLACE OR REIMBURSE ME. I WOULD RATHER HAVE THE TV I HAVE 5.8YRS. I HAVE NOT IN THE 13YRS IVE BEEN GONE GAVE AWAY ANY OF MY APPLIANCES AND WOULD NOT IN ANY CASE. SENT TO & JAMES YATES RESPONDED BY & MS. MORRISON. 100% CLAIM WAS DENIED. APPEAL IS IN PROCESS

3.  The action you believe the reviewing authority may lawfully take.
VEIW CAMERA'S ON 7-28-19 AND SEE WHERE I/WHO TOOK MY TV AND REPLACE IT BECAUSE, IT WAS IN THE CARE OF CO/SVPES.

Grievance report sent to (warden/facility head/deputy director//correctional health services administrator):
JAMES YATES                          WARDEN
Name                                  Title

Brandon Lee Brown                    12.23.19
Signature of Grievant                Date Sent to Reviewing Authority

DOC 090124A (R 4/19)

1. Original to file
2. Copy to inmate/offender

AFTER I WAS ARRESTED MY PROPERTY WAS TO BE SECURED. LEAVING THE CARE IN THE HANDS OF WHOM IT MAY CONCERN.

PER DOC POLICY OP-030120 pg. 11

D-2. TELEVISIONS AND RADIOS THAT ARE TEMPORARILY TAKEN FROM INMATES WILL BE INVETORIED, SECURED AND STORED IN ACCORDANCE WITH SECTION IX. ITEM A. OF THIS PROCEDURE.

VII. B. INMATES WHO ARE TRANSFERRED FROM ONE FACILITY TO ANOTHER ASSUME THE RISK FOR ALLEGED DAMAGE TO PROPERTY THE INMATE PACKS.

C-2. IN LIEU OF REIMBURSEMENT, THE FACILITY HEADS IS AUTORIZED TO REPLACE THE MISSING ITEM WITH AN ITEM SUITABLE FOR THAT ITEMS PARTICULAR PURPOSE.

D. REIMBURSEMENT WILL BE MADE BY THE USE OF EXPRESS CHECKS.

E. IF THE INMATE CHOOSES TO FILE A GRIEVANCE DUE TO LOSS OR DAMAGES OF PERSONAL PROPERTY, THE FACILITY HEAD WILL NOT DISPOSE OF AN INMATE'S PERSONAL PROPERTY AS LONG AS THE GRIEVANCE IS IN PROGRESS. THE GRIEVANCE OFFICER WILL NOTIFY THE PROPERTY OFFICER OF ANY PENDING GRIEVANCES FOR INMATE PROPERTY.



RECEIVED
DEC 27 2019
GRIEVANCE

RECIEVED 12-20-19

**Must Be Submitted Through the Law Library or Designee**

RECEIVED

**Inmate/Offender Grievance Process**

NOV 2 0 2019

**REQUEST TO STAFF**

TO: _Warden J. Yates_   FACILITY/UNIT: _ACF_   BY: ___ DATE: _11-9-19_
(NAME AND TITLE OF STAFF MEMBER)

I have ____ have not __✓__ already submitted a "Request to Staff" or grievance on this same issue.
If yes, what date: _____ facility: _____ grievance #: _____
I affirm that I do ___ do not ___ have a grievance pending on this issue.
I affirm that I do ___ do not _✓_ have a lawsuit of any type pending that relates in any way to this issue.
If a lawsuit is pending, indicate case number and court: _____
This request ____ does __✓__ does not relate to a pending misconduct report. If it does, this request may only be answered by the disciplinary coordinator assigned to the misconduct.

·SUBJECT: State completely, but briefly, the problem on which you desire assistance. This statement must be specific as to the complaint, dates, places, personnel involved, and how you were affected. One issue or incident per "Request to Staff." Your failure to specifically state your problem may result in this being returned unanswered.

ON 7-25-19 I WAS ARRESTED FOR A WRITE-UP. SUPPOSEDLY
I ASKED FOR A DVA. I PLEAD GUILTY TO THE WRITE-UP.
OBVIOUSLY I HAD A TV AND PS2 TO PLAY A DVA ON. MY
CLAIM WAS RECENTLY DENIED.

(USE OTHER SIDE IF MORE SPACE IS NEEDED. DO NOT ATTACH ADDITIONAL PAGES.)

ACTION REQUESTED: State exactly how you believe your request may be handled; that is, what exactly should be done and how.

VIEW CAMERAS ON 7-25-19 AND SEE WHERE MY TV WENT. ASSUMING IT WAS
LOST OR STOLEN PLEASE REPLACE OR REIMBURSE ME. I WOULD RATHER HAVE
THE TV I HAVE 5 YRS I HAVE NOT IN THE 13 YRS I'VE BEEN GONE GAVE
AWAY ANY OF MY APPLIANCES AND WOULD NOT IN ANY CASE. RESPECTFULLY

NAME: _BRANDON L. BROWN_   DOC NUMBER: _592090_   UNIT & CELL NUMBER: _FA-105_
(PRINT)
FC 110

SIGNATURE: _Brandon Lee Brown_   WORK ASSIGNMENT: _____

**DO NOT WRITE BELOW THIS LINE**

DISPOSITION:
Denied property Claim appeal is with
Warden
Sgt Morrison                              12-9-19

STAFF MEMBER                              DATE

DEC 10 2019

RECEIVED

Date response sent to inmate/offender: _____
1. Original to file
2. Copy to inmate/offender

DEC 2 7 2019
DOC 090124D (R-4/19)

GRIEVANCE





AFTER I WAS ARRESTED MY PROPERTY WAS TO BE SECURED.
LEAVING THE CARE IN THE HANDS OF WHOM MAY CONCERN.

PER DOC POLICY OP-030190 pg.11

D-2. TELEVISIONS AND RADIOS THAT ARE TEMPORARILY TAKEN FROM INMATES
WILL BE INVETORIED, SECURED AND STORED IN ACCORDANCE WITH SECTION IX
ITEM A. OF THIS PROCEDURE.

VII. B. INMATES WHO ARE TRANSFERRED FROM ONE FACILITY TO ANOTHER ASSUME
THE RISK FOR ALLEGED DAMAGE TO PROPERTY THE INMATE PACKS

C. 2. IN LIEU OF REIMBURSEMENT, THE FACILITY HEAD IS AUTHORIZED TO REPLACE
THE MISSING ITEM WITH AN ITEM SUITABLE FOR THAT ITEMS ~~XXXX~~ PARTICULAR
PURPOSE.
- (SEE RECIEPTS ATTACHED)

Mr. Strayth



RECEIVED
DEC 2 7 2019
GRIEVANCE

SCOTT CROW
DIRECTOR



J. KEVIN STITT
GOVERNOR

## STATE OF OKLAHOMA
### OKLAHOMA DEPARTMENT OF CORRECTIONS
ADMINISTRATIVE REVIEW AUTHORITY

DCF 20-055, 20-072, 20-082

Date:       MAY 11, 2020

To:         BROWN, BRANDON #592090

Location:   DCF

From:       Mark Knutson, Director's Designee   *Mark Knutson*

**Your grievance/correspondence was filed improperly for the following reason(s):**

|   |     |                                                                                                                                                                                                                                            |
|---|-----|--------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|
|   | 1.  | No reviewing authority response to the grievance.                                                                                                                                                                                           |
|   | 2.  | No informal action, Request to Staff response included.                                                                                                                                                                                     |
|   | 3.  | Out of time from date of alleged incident until filing Request to Staff.                                                                                                                                                                    |
|   | 4.  | Out of time from date of response to Request to Staff until filing the grievance with the reviewing authority.                                                                                                                              |
| X | 5.  | Received **out of time** from date of the reviewing authority's response.                                                                                                                                                                   |
|   | 6.  | You cannot appeal a non-response. See OP-090124 section V.B.1.b.(8) (Request to Staff) or VI.C.4. (grievance).                                                                                                                               |
| X | 7.  | Inmate on grievance restriction and/or proper documentation **not** included. See OP-090124, section X.B.2.a.                                                                                                                               |
|   | 8.  | Must be legibly written in blue or black ink. No pencil or other color of ink is allowed. No doodling or writing in margins.                                                                                                                |
|   | 9.  | Attachments to the grievance/appeal (no additional pages allowed except affidavit if required).                                                                                                                                             |
|   | 10. | Not an issue grievable to Oklahoma Department of Corrections (**Private prison property,** misconduct, litigation pending, not within/under the authority/control of the Department of Corrections)                                          |
|   | 11. | More than one issue or the complaint and relief requested are not consistent on the Request to Staff and grievance.                                                                                                                         |
|   | 12. | Not of a sensitive nature. You must follow the standard grievance process including giving the reviewing authority an opportunity to respond. Emergency grievances must be submitted to the reviewing authority. See OP-090124, section IX.A.|
|   | 13. | Requests for disciplinary action against staff or **monetary compensation** will not be addressed in the grievance process.                                                                                                                 |
|   | 14. | Appeal form not signed/**dated.**                                                                                                                                                                                                           |
|   | 15. | The ruling of the Administrative Review Authority or Director's Designee is final.                                                                                                                                                          |
|   | 16. | Facility grievance number not listed on the appeal form.                                                                                                                                                                                    |
|   | 17. | Additional issues submitted in the grievance appeal and not presented in the initial grievance to the reviewing authority for response will not be addressed by this office.                                                                 |
|   | 18. | You have failed to follow previous instructions from the reviewing authority or ARA for filing this grievance/appeal and/or properly resubmit. **YOU ARE NOW OUT OF TIME.**                                                                  |
|   | 19. | You did not provide the **date** that you received the reviewing authority's response on the appeal form.                                                                                                                                   |
|   | 20. | This grievance is unanswerable as there are no time frames specified for the alleged action(s) to have occurred                                                                                                                             |
|   | 21. | You failed to identify your grounds for an appeal by checking one, or both boxes on the appeal form.                                                                                                                                         |
|   | 22. | Your appeal must be written on the Misconduct/Grievance Appeal form (DOC060125Veffective **4/19**).                                                                                                                                         |
|   | 23. | You will be afforded ONE FINAL opportunity to properly resubmit your corrected grievance or appeal which must be received in ARA within ten (10) days of receipt of this form. **DO NOT RETURN THIS FORM WITH YOUR CORRECTED APPEAL.**       |
| X | 24. | Other:  NO AFFIDAVIT AS REQUIRED.  THREE APPEAL FORMS IN ONE ENVELOPE.                                                                                                                                                                      |

THIS OFFICE WILL NOT PROCESS INCOMPLETE/INACCURATE/OUTDATED APPEAL FORMS
NOTE: Abuse of the grievance process as explained in section IX of OP-090124, will result in restrictions being imposed.
       I acknowledge receipt of this response:_____
                                                      Inmate's signature and date



FC 110

## Grievance Decision from Reviewing Authority

| Inmate/Offender Name: | Brown, Brandon | | | DOC Number | 592090 |
|---|---|---|---|---|---|
| Receipt Date: | 03/09/2020 | Grievance Category Code: | 4 | Grievance Number: | 2020-1001-00055-G |

| 1. Discrimination | 3. Complaint against staff | 5.Disciplinary process | 7.Medical | 9. Records/Sentence Admin. |
|---|---|---|---|---|
| | | | 8. Property/Trust | |
| 2. Classification | 4. Condition of confinement | 6.Legal | Fund | 10.Religion 11.Personal Identity |

Decision:

Inmate Brown's is requesting that the DCF employees who placed him on a gurney, naked on 7/25/2019 after he refused to go to suicide watch, to acknowledge their wrong doing and is accusing them of sexual harassment.

Inmate Brown is out of time for filing a grievance, this is not sexual harassment, and is on grievance restrictions but refuses to send a notarized affidavit.

Inmate Brown's **RELIEF IS DENIED.**

Reviewing Authority – Facility Health Services Admin (medical issues)   Date

X _____   X 3/26/20

Review Authority – Facility/Unit Head   Date

I have received the copy of the response of the reviewing authority.

Refused to sign

Signature of Grievant   Date

X _____   X 4.7.2020

Signature of Staff Witness and Printed Name of Witness   Date

You may appeal to the Administrative Review Authority or Personal Identity ARA at Department of Corrections, P.C Box 11400, Oklahoma City, OK 73136-0400 or Medical ARA at 2901 N. Classen Blvd, Suite 200, Oklahoma City, Ol 73106, within 15 days of the receipt of response using only DOC Form 060125V entitled "Misconduct/Grievance Appea to Administrative Review Authority." Do not send this decision to the Administrative Review Authority or Medical ARA

1. Original to file
2. Copy to inmate/offender

DOC 090124B (R 4/19)

2020-1001-00055-G

**INMATE/OFFENDER GRIEVANCE**



RECEIVED

MAR 0 9 2020

**GRIEVANCE**

Grievance no. 2020-1001-00076-G

Grievance code: 4

Response due: 3-29-2020

**DO NOT WRITE ABOVE THIS LINE**

Date 2-3-20                          Facility or Unit FOX - CHARLIE #110

Name BRANDON LEE BROW          Facility Housing Unit DAVIS CORRECTIONAL FAC.
          (Print)

DOC Number 592090                Date "Request to Staff" response received: 12-26-19

Have you previously submitted a grievance on this same issue? YES   If yes, what date 12-20-19, facility
DCF, grievance # 2019-7942. You must submit this completed original within **15 days** of the receipt of the
response to the "Request to Staff". The "Request to Staff" must have been submitted within 7 days of the incident.
Do not include/attach anything to this grievance except the "Request to Staff" including the response. You may
quote from or make reference to statutes, operations, field, or administrative memoranda, department publications
(time sheets, inventory forms, assessments, etc.). You will be permitted only one opportunity to correct any
error(s) made in submitting your grievance.

1. The nature of your complaint. This statement must be specific as to the complaint, dates, places,
personnel involved, and how you were affected. One issue or incident per grievance. Use backside of
this page only, if necessary. SEXUAL HARRASSMENT WAS COMMITED ON 7-25-19. I WAS
BEING BROUGHT FROM (HCA). WHEN I GOT I WAS TOLD THAT I WOULD PLACED IN
MEDICAL ON "SUICIDE WATCH". I REFUSED AND WAS THEN FLIPPED ON A GOURNEY
TAKEN TO MEDICAL FOR EVALUATION OF INSUEYS THEN BROUGHT BACK TO

2. Informal action taken (including dates) to resolve the complaint, as well as the names of those employees
from whom you sought an answer to your grievance.

PLEASE VIEW DSU CAMERAS. GO AHEAD AND DENY MY CLAIM BECAUSE
THATS THE NORM AROUND HERE. SO I CAN GET TO THE NEXT STAGE
OF PROCESS. SENT TO WARDEN YATES / GENTRY 1/24/20 ANSWERED
" THIS IS NOT SEXUAL HARRASSMENT."

3. The action you believe the reviewing authority may lawfully take.
I WOULD LIKE ACKNOWLEDGEMENT OF THEIR WRONG DOING.

Grievance report sent to (warden/facility head/deputy director//correctional health services administrator):
WARDEN JAMES YATES                     WARDEN

Name Brandon Lee Brown          Title
Signature of Grievant                      3-4-20
                                         Date Sent to Reviewing Authority

DOC 090124A (R 4/19)

1. Original to file
2. Copy to inmate/offender

INTAKE AN STRIPPED NAKED IN FRONT OF SEVERAL INMATES AND STAFFS.
I FEEL THAT I WAS SEXUAL EXPLOITED IN FRONT OF SEVERAL MEN
AND I BELIEVE MS. MORRISON. I DON'T KNOW ANY OF THEIR SEXUAL
PREFERANCES AND FELT I WAS TREATED UNFAIRLY AND UNJUSTLY,
MY CLOTHES WHERE RIPPED OFF BY 90 CHOATE IN A MANNER THAT
FELT INAPPROPRIATE.

THEY DID NOT HAVE TO TREAT ME THIS WAY ALL OF THE MODERN TECH-
NOLOGY ALLOWS THEM TO SEE MY BODY FROM XRAYS, METAL DETECTORS,
CHAIRS, TOWER/POLE. ALL OF THIS COULD HAVE BEEN USED TO SEE
IF I HAD ANYTHING I WAS NOT SUPPOSE TO HAVE.

CHIEF BROWN ORDER THE STAFF TO DO THESE THINGS TO ME. PLEASE VIEW
CAMERA'S TO CONFIRM ALL STAFFS AVAILABLE AT SCENE WHERE THE
INCIDENT OCCURED.

I HAVE GRIEVED A ISSUE ABOUT THIS BEFORE BUT NOT ABOUT
HOW I FELT AT THE TIME. THE ADMINISTRATION USE ITS DISCRETION,
MY IGNORANCE OF THE GRIEVANCE PROCEDURE. BY NOT EXPLANING
SPECIFICALLY THE PROCESS.

RECEIVED

Must Be Submitted Through the Law Library or Designee
Inmate/Offender Grievance Process          DEC 2 6 2019
REQUEST TO STAFF

TO: __WARDEN YATES__          FACILITY/UNIT: __DCF__          BY: __12-2019__
(NAME AND TITLE OF STAFF MEMBER)                                DATE:

I have ____ have not ____ already submitted a "Request to Staff" or grievance on this same issue.
If yes, what date: ____ facility: ____ grievance #: ____
I affirm that I do ____ do not ____ have a grievance pending on this issue.
I affirm that I do ____ do not ____ have a lawsuit of any type pending that relates in any way to this issue.
If a lawsuit is pending, indicate case number and court: ____
This request ____ does ____ does not relate to a pending misconduct report. If it does, this
request may only be answered by the disciplinary coordinator assigned to the misconduct.

SUBJECT:   State completely, but briefly, the problem on which you desire assistance. This statement
must be specific as to the complaint, dates, places, personnel involved, and how you were affected. One
issue or incident per "Request to Staff." Your failure to specifically state your problem may result in this
being returned unanswered.

SEXUAL HARRASSMENT WAS COMMITTED ON 7-25-19. I WAS BEING BROUGHT
BACK FROM MEDICAL (H.B. HOSPITAL). WHEN I GOT BACK I WAS TOLD
THAT I WOULD BE PLACED IN MEDICAL ON SUICIDE WATCH. I REFUSED
AND WAS THEN FLIPPED PLACED ON A GURNEY. TAKEN TO MEDICAL

(USE OTHER SIDE IF MORE SPACE IS NEEDED. DO NOT ATTACH ADDITIONAL PAGES.)

ACTION REQUESTED: State exactly how you believe your request may be handled; that is, what exactly
should be done and how.

PLEASE VIEW CAMARA'S GO AHEAD AND DENY MY CLAIM BECAUSE THATS
THE NORM AROUND HERE SO. I CAN GET TO THE NEXT STAGE
OF PROCESS.

RESPECTFULLY

NAME: __BRANDON L BROWN__   DOC NUMBER: __542020__ UNIT & CELL NUMBER: __FC 110__
(PRINT)

SIGNATURE: __Brandon L Brown__          WORK ASSIGNMENT: ____

DO NOT WRITE BELOW THIS LINE

DISPOSITION:
This was not sevbal harrassment.

_____

STAFF MEMBER          DATE 1/24/20 20

RECEIVED
Date response sent to inmate/offender: ____
1. Original to file
2. Copy to inmate/offender
MAR 05 2020
GRIEVANCE

JAN 31 2020

RECEIVED
FEB 14 2020
DOC 090124D (R 4/19)
GRIEVANCE

FOR EVALUATION OF INJURY'S, THEN BROUGHT BACK TO INTAKE AND STRIPPED NAKED IN FRONT SEVERAL INMATES AND STAFF.

I FEEL THAT I WAS SEXUALLY EXPLOITED IN FRONT OF SEVERAL MEN AND I BE-LIEVE MS. MORRISON. I DON'T KNOW ANY OF THEIR 'SEXUAL' PREFERENCES' AND FELT AS I WAS TREATED UNFAIRLY AND UNJUST. MY CLOTHES WHERE RIPPED OFF MY ©/o CLOATE IN A MANNER THAT FELT INAPPROPRIATE.

THEY DID NOT HAVE TO TREAT ME THIS WAY. ALL OF THE MODERN & TECHNOLOGY ALLOWS THEM TO SEE MY BODY FROM EXRAY'S, METAL DETECTORS, CHAIRS, TOWER/POLE. ALL THIS COULD HAVE BEEN USED TO SEE IF I HAD ANYTHING I WAS NOT SUPPOSE TO HAVE?

CHIEF BROWN, ORDER THE STAFF TO DO THESE THINGS TO ME. PLEASE VIEW CAMERAS TO CONFIRM ALL STAFFS AVAILABLE AT THE SCENE/S WHERE THE INCIDENT OCCURED.

I HAVE GRIEVED A ISSUE ABOUT THIS ABUSE BUT NOT ABOUT HOW I FELT AT THE TIME. THE ADMINISTRATION USED AT ITS DISCRETION MY IGNORANCE OF THE GRIEVANCE PROCEDURE. BY NOT EXPLAIN SPECIFICALLY THE PROCESS.
-ING



RECEIVED
FEB 14 2020
GRIEVANCE

SWORN AFFIDAVIT

I SWEAR UPON OATH,

RECIEVED 9-21-19
RESPONDED 10-23-19

(RTS) 9-12-19 : WARDEN YATES : / ON THURSDAY NIGHT C/O YOUNG ASKED ME TO SEE MY NECK TATTOO. AFTER A COLLADGE OF QUESTIONABLE ACTIVITY I WOULD LIKE TO FILE (PREA) ON HIM HE MAKES ME FEEL UNCOMFORTABLE.

ACTION REQ. PLEASE REMOVE ME OR HIM FROM BEING AROUND EACHOTHER.

DISPOSTION: THIS IS NOT (PREA) #2019-6293 GENTRY 10-11-19

RECIEVE 9-27-19
RESPONDED 11-12-19

(RTS) 9-17-19 CONTRACT MONITOR : / I AM CURRENTLY EXPERIENCING PROBLEMS WITH THE CONDITIONS OF CONFINEMENT. / I AM FORLED TO ENDURE HERE AT DAVIS CORRECTIONAL FACILITY ON FOX CHARLIE, BETTER KNOWN AS SEG. RECEATION POD / UNIT. ODD REASON THE INMATES (INCLUDING) ARE BEING ....

ACTION REQ. ALLOW FOX CHARLIE SEGREGATION INMATES / OFFENDER TO PURCHASE ALL FOOD, CLOTH AND ELECTRONIC ITEMS ON THE DCF COMMISARY / PROPERTY LIST. IF NOT PROVIDE ME WITH PRIOR WRITTEN APPROVAL FROM THE AGENCY DIRECTOR OUT-LINING WHY WE ARE DEPRIVED OF THIS PRIVILAGE.

DISPOSTION: REQUEST DENIED BASED ON OP 040204 AND THE NEEDS OF SECURITY #2019-6399 COS BROWN 10-23-19

RECIEVED 9-27-19
RESPONDED 10-25-19

(RTS) 9-7-19 : C/M MORSHAM : / HOW IS IT YOU ANSWER PEREZ, BROWN, AND MARTINEZ RTS BUT, DON'T ANSWER YOUR OWN?

ACTION REQ. PLEASE BRING MY 120 REVIEW PACKET TO SIGN (DISPO.) DONE #2019-6472 MORSHAM 10-10-19

FURTHER AFFIENT SAYETH NOT ...

Brandon Spa Basuth #592090

SUBSCRIBED AND SWORN BEFORE THIS 5th DAY OF MARCH, 2020

Eugenia R. Polfenfran

NOTARY #18012228

EUGENIA R. POLLINGTON
NOTARY
#18012228
EXP. 12/10/22
STATE OF OKLAHOMA
PUBLIC

12/10/2022

COMMISSION EXPIRES

2

# SWORN AFFIDAVIT

I SWEAR UPON OATH

RECIEVED
10·17·19
RESPONDED
10·28·19

(RTS) 8·15·19; HSA RAY LARIMER:/ ON 8·10·19 REQUESTED MEDICAL
TREATMENT FOR MY FOOT AND ARM. I RECIEVED ON 8·16·19 TRANSPORTATION
FROM SUDES AND GOLDEN, NURSE GOODWIN, GLORIA WAS ASSIGNED TO ME.
SHE LOOKED AT THE ABRASION ON MY FOOT TOLD ME NOTHING WAS WRONG
WITH IT. I TOLD HER IT FEELS AS IF SOMETHING....

ACTION REQ. I WOULD LIKE SOME ACKNOWLEDGEMENT OF HER WRONGDOING UNTIL
THIS ISSUE IS RESOLVED. (DISPO.) YOU HAVE BEEN SEEN BY MEDICAL
SEVERAL TIMES? I AM NOT SURE WHAT YOU ARE REQUESTING. IF YOU

10·22·19
RAY LARIMER
RECIEVED
12·26·19
RESPONDED
1·31·20

NEED MEDICAL ATTENTION SUBMIT DOC 140117A (A-17) #2019-6954 ½
(RTS) 12·26·19; WARDEN YATES:/ SEXUAL HARRASSMENT WAS COMMIT-
ED ON 7·25·19. I WAS BEING BROUGHT BACK FROM (HGH) WHEN
I GOT BACK I WAS TOLD THAT I WOULD BE PLACED IN MEDICAL ON SUICIDE
WITCH. I REFUSED AND WAS THEN FLIPPED ON A GURNEY, TAKEN TO MEDI-
CAL FOR EVALUATION OF INJURY'S THEN BROUGHT BACK TO INTAKE
AND STRIPPED NAKED IN FRONT OF SEVERAL MEN AND I BELIEVE
MS. MORRISON. I DON'T KNOW ANY OF THEIR SEXUAL PREFERENCES
AND FEEL AS I WAS TREATED UNFAIRLY AND UNJUSTLY...

ACTION REQ. PLEASE REVIEW CAMERAS AND GO AHEAD AND DENY MY CLAIM THATS
THE NORM AROUND HERE SO I CAN GET TO THE NEXT STAGE OF PROCESS.

DISPOSITION: THIS WAS NOT SEXUAL HARRASSMENT GENTRY 1·24·20

FURTHER AFFIENT SAYETH NOT...          Brandon Lee Brown #592090

SUBSCRIBED AND SWORN THIS  5th  DAY OF MARCH, 2020

Eugena R. Pelkington

NOTARY # 18012228

12/10/2022
COMMISSION EXPIRES

[Notary seal: EUGENA R. POLKINGHORN, NOTARY, # 18012228, EXP. 12/10/22, STATE OF OKLAHOMA, PUBLIC]

3

# SWORN AFFIDAVIT

I SWEAR UPON OATH,

RECIEVED 12-22-19
RESPONDED 9-27-19

(RTS) 9-8-19 : WARDEN YATES : / I HAVE RECENTLY REQUESTED : FEDERAL CONSTITUTION AND FEDERAL AMENDMENTS OPS FOR INMATES BEING PLACED IN SUICIDE WATCH : OPS FOR MEDICAL TREATMENT = OPS FOR SEGREGATION PROCEDURES. IVE ASKED MS. PATTERSON IN THE ...

ACTION REQ.
PLEASE REMOVE OR REPLACE WITH COMPETENT EMPLOYEE (DISPO) WE APPRECIATE YOUR CONCERN AND INPUT. WE DO NOT AGREE WITH YOUR ASSESSMENT NOR YOUR RECOMMENDATION. KEEP UP THE GOOD WORK. #20195760 GRANT 9-27-19

RECIEVED 10-17-2019
RESPONDED 10-25-19

(RTS) 8-3-19 : ASS. WARDEN PEREZ : / CHIEF OF SECURITY BROWN : ON JULY 25, 2019 I WAS ARRESTED BY C/O YANDELL, AFTER COMING FROM HOLDENVILLE GENERAL HOSPITAL REFUSING ANY TREATMENT, BECAUSE OF THE 15000 EXTORTION FINE THAT IS SANCTION AS DISCIPLINARY ACTION : PUNISHING SOMEONE FOR SUFFERING FROM AN ILLNESS : DRUG ADDICTION ...

ACTION REQ. :
I WOULD LIKE SOME FORM OF ACKNOWLEDGEMENT OF THEIR WRONG DOING UNTIL THIS ISSUE IS RESOLVED. (DISPO) ALL INFORMATION AS RELATED TO DISCIPLINARY SANCTIONS MAY BE REQUESTED THROUGH THE DISCIPLINARY COORDINATOR. #2019-6934 #1 #2 PEREZ 10-21-19

RECIEVED 11-20-19
RESPONDED 12-10-19

(RTS) 11-9-19 : WARDEN YATES : / ON 7-25-19 I WAS ARRESTED FOR A WRITE-UP SUPPOSEDLY I ASKED FOR A DVD. I PLEAD GUILTY TO THE WRITE UP OBVIOUSLY I HAD A TV ...

ACTION REQ. :
MS. MORRISON 12-9-19

VIEW CAMERAS ON 7-25-19 AND SEE WHERE MY TV WENT ASSUMING IT WAS STOLEN ... (DISPO) DENIED PROPERTY CLAIM APPEAL IS WITH THE WARDEN

FURTHER AFFIENT SAYETH NOT ...                    Brandon Lee Brown 592090

SUBSCRIBED AND SWORN THIS  5th  DAY OF MARCH, 2020

Eugenia R. Polkinghorn

NOTARY # 18012228

12/10/2022

COMMISSION EXPIRES

EUGENIA R. POLKINGHORN
NOTARY
#18012228
EXP. 12/10/22
STATE OF OKLAHOMA
PUBLIC

· 4

# SWORN AFFIDAVIT

I SWEAR UPON OATH,

RECIEVED
11·13·19
RESPONDED
11·27·19

(RTS) 11·7·19 : / WHOM IT MAY CONCERN THIS FORM IS TIME SENSITIVE AND WAS RETURNED TO ME ON THIS DAY OF 11-7-19 ( VIEW CAMERA )

ACTION REQ.: PLEASE REVIEW DOCUMENTS AND RESPOND TIMELY SEE ATTACHED REVIEW OUTWORTH

DISPOSITION: //M BROWN : IN THE FUTURE FILL OUT GRIEVANCE FORM AND ATTACH A RTS TO IT

2019-6234-1-2 DON'T STAPLE THEM ALL TOGETHER #2019-7363 MS. UNDERWOOD 11-20-19

RECIEVED
12·18·19
RESPONDED
12·19·19

(RTS) ? : WARDEN VATES : / MS. BAILEY WROTE ME BACK ON 12-11-19 STATING MONEY WAS TAKING FROM MY BOOKS FOR "LEGAL COPIES." I SPECIFICALLY TOLD MS. PATTERSON I WAS GOING TO KEEP "BIVEN VS FEDERAL AGENTS." SHE STATED SHE UNDERSTOOD AND THAT I HAD RETURNED ALL THAT WAS GIVEN TO ME FROM HER ON 12·4·19 $5.25 WAS DEDUCTED FROM MY ACCOUNT OF $9.15 ON 12·4·19 ADDITIONAL $3.00 WAS TAKEN FROM MY ACCOUNT...

ACTION REQ.: PLEASE MAKE CORRECTION / OR HELP ME UNDERSTAND WHY SO MANY "NON-FRIVOLOUS GRIEVANCES," ARE BEING DONE BY ME?

DISPOSITION: THIS HAS BEEN TAKEN CARE OF. #2019-7835 MS. PATTERSON 12·19·19

RECIEVED
9·13·19
RESPONDED
10·23·19

(RTS) 9·3·19 : MS. MORRISON : / MAAM I FILLED OUT A MISSING / STOLEN PROPERTY SLIP, HAVE YOU RECIEVED IT? IF YOU, HAVE WHAT IS THE HOLD UP! I WANT MY TV ON MY PROPERTY. (ACTION REQ.) PUT TV ON MY PROPERTY OR PUT $ ON BOOKS. I HAVE RECIEPTS, PROPERTY SLIP, AND MS. SYKES CAN VOUCH FOR ME HAVING ONE AND BERRY BERRY (DISPOSITION:) IN PROCESSING #2019-5931 MS. MORRISON 10·11·19

FUTHER AFFIENT SAVETHNOT ...          Brandon Lee Brown 592090

SUBSCRIBED AND SWORN THIS ~~MARCH~~ 5th DAY OF MARCH, 2020

Eugenia R. Polkinghorn

NOTARY # 18012228

12/10/2022

COMMISSION EXPIRES

EUGENIA R. POLKINGHORN
# 18012228
NOTARY
EXP. 12/10/22
STATE OF OKLAHOMA
PUBLIC

5

# SWORN AFFIDAVIT

I SWEAR UPON OATH,

RECIEVED 8-27-19
RESPONDED 9-27-19

(RTS) 8-19-19 MS. MORRISON : / I GOT A RINGWORM INFECTION. I NEED NEW BED LINEN AND NEW BOXERS, SOX, TOWELS, ETC.

ACTION REQ. SEND ASAP

DISPOSITION: DONT HAVE RINGWORM PER MEDICAL #2019-5684 HOWELL 9-5-19

RECIEVED
RESPONDED 10-10-19

(RTS) BOARD OF ODOC / LARC : / I HAVE SENT OUT REQUEST TO STAFF OVER AND OVER NONE OF THEM SEEM TO MAKE IT BACK. I HAVE RECENTLY TRIED TO FILE "GRIEVANCE PROCESS" TO NO [AVAIL]. I AM SEEKING A LAW- SUIT AGAINST (3) THREE EMPLOYEE'S AND MY MAIL ...

ACTION REQ. SHIP ME, PLEASE FROM SEG AND LET ME GRIEVE MY COMPLAINTS / (EVIDENCE) CAMERAS AND DOCUMENTS. #2019-5855 DOS BROWN 9-27-19

DISPOSITION: YOU HAVE BEEN SEEN IN SEG. REVIEW AND ADVISED OF YOUR HOUSING STATUS. YOU GRIEVE YOUR COMPLAINTS PER POLICY.

RECIEVED 9-13-19
RESPONDED 10-2-19

(RTS) 9-4-19 : WARDEN PEREZ : / SIR IVE BEEN DOWN HERE SINCE 7-25-19 I ALREADY REFUSED PHASE PROGRAM, I HAVE NOT RECIEVED MY WRITE-UP DOING SO. I HAVE NOT BEEN ABLE TO GO TO SEG. REVIEW SO, I AM AT A ...

ACTION REQ. IVE DONE MY (30) DAYS SEG. AND WOULD LIKE TO BE PUT BACK ON THE YARD OR SIMPLY SHIPPED LATERAL TRANSFER/MAX I DONT HAVE A SAY BUT I KNOW I SHOULD NOT BE HELD IN SEG. LONGER THAN (30) DAYS.

DISPOSITION: YOUR STATUS WILL BE REVIEWED IN SEG. REVIEWS #2019-6020 W/M MARTINEZ 9-30-19

FURTHER AFFIENT SAYETH NOT ...

Brandon La Brown #592020

SUBSCRIBED AND SWORN BEFORE THIS 5th DAY OF MARCH, 2020

Eugene R. Polkinghorn

NOTARY # 18012228

12/10/2022

COMMISSION EXPIRES

6

# SWORN AFFIDAVIT

I SWEAR UPON OATH,

RECIEVED
12·18·19
RESPONDED
1·06·20

(RTS) 12·12·19 : WARDEN YATES ; / MS. UNDERWOOD IS TRYING TO UNDER-
MINE MY GRIEVANCE PROCESS. / FILLED OUT THE FORM INCORRECTLY. SHE
HAVING BEEN DOING THIS JOB FOR ATLEAST A DECADE OR MORE "KNOWS."
THE (30) DAYS PROCESS THAT SHOULD BE UPHELD ...

ACTION REQ. : PLEASE EXTEND TIME FROM (12·23·19) TO A REASONABLE AMOUNT OF TIME AND
CONSIDER THE (HOLIDAYS) SHORT STAFF ETC. (DISPO.) 12·23·19 WAS A MON-
DAY PRIOR TO THE HOLIDAY WHICH BY YOUR OWN ADMISSION WAS WELL

#2019-7844
GENTRY 1.5·20

BEYOND THE (10) DAYS TIME FRAME REQUIRED BY OP090124 VI A.5
WHICH ADDRESS IMPROPER FILING AND GRIEVANCE BEING RETURNED UNANSWERED

RECIEVED
9·16·19
RESPONDED
9·27·19

(RTS) 9·8·19 : WARDEN YATES ; / MAILROOM : IS SCREENING, KEEPING,
OR TRASHING MY MAIL / SENT OUT (20) GRIEVANCES OUT AND ONLY RECIEVED
(4) BACK. I AM KEEPING DATES AND TIMES AND AM CONSIDERING LEGAL ACTION.

ACTION REQ. PLEASE GO SEE WHAT THERE AILMENT IS AND MAKE THEM DO THEIR JOB.

DISPOSITION: SPOKE TO MAILROOM NO ISSUES WERE DISCOVERED ON THERE END. #2019-5701
GENTRY 9.18.19

RECIEVED
8·27·19
RESPONDED
9·27·19

(RTS) 8·26·19 : JC PORTER ; / SIR, CAN YOU PLEASE COME AND TAKE A
PICTURE OF MY INJURY SO IT CAN BE USED IN COURT.

ACTION REQ. PLEASE COME TAKE A PICTURE AND SEND ME A COPY

DISPOSITION: INJURY NO LONGER EXISTS #2019-5685 %c KUWELL 9-23-19


FURTHER AFFIENT SAYETH NOT ...                    Branden Lu Brown #542030

SUBSCRIBED AND SWORN THIS  5th  DAY OF  MARCH , 2020

Eugina R. Polkingham

NOTARY # 18012228

12/10/2022

COMMISSION EXPIRES

7

# SWORN AFFIDAVIT

I SWEAR UPON OATH,

RECIEVED
11-14-19
RESPONDED
11-17-19

(RTS) 10-4-19; WARDEN VATES: / ON 10-2-19 APPROX. 3:30 I WAS PLACED
ON CELL RESTRICTION AS MAIL WAS BEING PASSED OUT I WAS TOLD THAT
CAPT. GLORIA SAID NOT TO GIVE ME ANYTHING NO TOILETPAPER, SOAP, OR
MAIL. ACCORDING TO THE DOC OP 030117 C-3 AN OFFENDER ...

ACTION REQ.: I DON'T BELIEVE MY REQUEST WOULD BE HONORED SO, I WILL REFRAIN.
I DO WANT TO GO THRU THE PROCEDURES SO I CAN ADMINISTER MY
COMPLAINT IN COURT. (DISPO.) YOU FAILED TO REQUEST AN ATION TO YOUR COM-
PLAINT. #2019-6757 C0S BROWN 10-23-19

RECIEVED
12-18-19
RESPONDED
12-20-19

(RTS) 12-12-19; WARDEN VATES; / MS. BAILEY IN TRUST FUNDS HAVE BEEN
USING MALPRACTICES IN HER PROFESSION TO DENY ME MY 1ST AMENDMENT
RIGHT OF FREEDOM OF SPEECH. I HAVE NO MONEY SENT IN SINCE OCTOBER
1/2 OF THAT WAS TAKEN UPON RECEPTION. DATE OF INCIDENT: 12-11-19 MY
AVAILABILITY IS Ø IS WHAT SHE STATED BUT NEVER FORWARD ME ANY
PROPER FORM TO USE FUNDS THAT WHERE AVAILABLE ...

ACTION REQ.: GIVE ME A FULL UNDERSTANDING AS TO WHO AUTHORIZED SCREENING OF
MY MAIL PLEASE FORWARD ANY DOCUMENT IMPORTANT TO MAKE ME
UNDERSTAN. WHY DOC POLICY IS NOT BEING HONORED
DISPOSITION: MS. BAILEY IS NOT OVER LEGAL MAIL. #2019-7848 MS. JONES 12-19-19

FURTHER AFFIENT SAYETH NOT ...          Brandon Lee Brown 592090

SUBSCRIBED AND SWORN THIS ___5th___ DAY OF MARCH, 2020

Eugenue R. Polkinghorn

NOTARY #, 18012228

12/10/2022

COMMISION EXPIRES

EUGENUN R. POLKIN
NOTARY
# 18012228
EXP. 12/10/22
PUBLIC
STATE OF OKLAHOMA

# SWORN AFFIDAVIT

I SWEAR UPON OATH,

12/18/19
RECIEVED
RESPONDED
1-6-20

(RTS) 12-11-19: TO WARDEN YATES ; I WOULD LIKE TO BE PROVIDED ; CODE CIVIC PROCEDURES AND POLICIES USING OC / GAS / CHEMICAL AGENTS I WAS TOLD THAT INMATES ARE NOT ALLOWED SUCH DOCUMENTS.

ACTION REQ: PLEASE PROVIDE ME DOCUMENTATION OR EXPLANATION TO WHY INMATES ARE NOT ALLOWED TO HAVE IT.

DISPOSITION: THE POLICY THAT YOU ARE REQUESTING IS A RESTRICTED POLICY THAT INMATES DO NOT HAVE ACCESS TO #2019-7820 GENTRY 1-5-19

RECIEVED
8-15-19
RESPONDED
9-19-19

(RTS) 8-10-19 ; I WOULD LIKE TO GET STARTED ON A LAWSUIT AGAINST CCA FOR POOR MALPRACTICES ...

ACTION REQ: PLEASE SEND PROPER FORMS AMENDMENT AND CONSTITUTIONAL LAWS OF BROKEN

DISPOSITION: EASTERN DIST. 1983 FORM PROVIDED # 2019-5817 PATTERSON 9-19-19

RECIEVED
8-15-19
RESPONDED
9-27-19

(RTS) 8-12-19 ; BOARD OF ODOC ; ON 7-28-19 I WAS PLACED IN CUSTODY AND TOOK TO MEDICAL. THE C/O's AND HEAD OF SECURITY STRIPPED ME NAKED BECAUSE I REFUSED TO COMPLY. I TOLD THEM I WAS NOT HIGH AND WAS WILLING TO TAKE A UIA. THEY TOOK ME "BARE FOOTED FROM INTAKE RECORDING ME. VIDEO AVAILABLE WHICH IS MY EVIDENCE AS WELL AS MEDICAL ...

ACTION REQ: PLEASE HELP! AMENDMENT AND CONSTITUTIONAL LAWS HAVE BEEN BROKEN

DISPOSITION SIR YOU HAVE NOT REQUESTED ANY "ACTION" BUT I WILL LOOK INTO ISSUE #2019-5406 DOORMAN 8-26-19

FURTHER AFFIENT SAYETH NOT ...                    Brandon Lee Brown #592090

SUBSCRIBED AND SWORN BEFORE THIS   5th   DAY OF MARCH, 2020

Eugeni R. Polkinghon

NOTARY # 18012228

12/10/2022

COMMISSION EXPIRES

EUGENA R. POLKINGHORN
NOTARY
# 18012228
EXP. 12/10/22
STATE OF OKLAHOMA
PUBLIC

9

# SWORN AFFIDAVIT

I SWEAR UPON OATH,

RECIEVED
9-26-19
RESPONDED
10-28-19

(RTS) 9-17-19 ; WARDEN YATES ; / IVE BEEN IN SEG FOR OVER (70) DAYS WITHOUT A OFFER TO A BED IN PHASES OR A TRANSFER PACKET. I WOULD LIKE TO GO BACK TO THE YARD, IVE BEEN SANCTIONED EVERYTHING...

ACTION REQ : RESPOND TO THIS LETTER IN A TIMELY ORDER TELLING ME MY FUTURE AT THIS FACILITY. (DISPO.) YOU WILL NEED TO SIT WITH THE UNIT TEAM ON YOUR HOUSING STATUS # 2019-6250 (OS BROWN) 10-21-19

RECIEVED
10-17-19
RESPONDED
10-28-19

(RTS) CONTRACT MONITOR : 10-8-19 ; / MS. BRINSFIELD SUPERVISOR INTENTIONALLY TOLD HER TO PUT A TRANSFER PACKET IN FOR ME AND TO PUT VERBATIM "INTRODUCING CONTRABAND"? I HAVE (3) CLASS A's AND 5 CLASS X's / FOR ASSAULT ON STAFF (3) FAILURE TO OBEY. (ACTION REQ.) PLEASE EXPLAIN IN WRITING AND CORRECT PROPER PACKET WITHIN (10) DAYS OF THIS FORM. (DISPO.) YOU WILL NEED TO ADDRESS THIS WITH C/M BRINSFIELD AND/OR UM/BERRY. I DO NOT TELL CASE MANAGERS WHAT THEY CAN OR CAN- NOT WRITE ON PACKETS BUT WILL CHECK FOR ACCURACY WHEN IT IS SUBMITTED TO ME # 2019-6919 GIBSON 10-21-19

RECIEVED
12-18-19
RESPONDED
12-30-19

(RTS) 12-11-19 ; KEYES DHO ; / SIR YOU NEVER PROVIDED ME WITH ANY COPIES OF THE WRITE-UP I RECIEVED ON 12-4-19 RESISTING APPREHENSION / BELIEVE IT WAS. (ACTION REQ.) PLEASE FORWARD ANY AND ALL REPORTS OF INCIDENT.

12-20-19 KEYES
2019-7845

(DISPO.) YOU DID RECIEVE YOUR COPIES IF YOU NEED EXTRA COPIES GET WITH S/M OR C/M...
FURTHER AFFIENT SAYETH NOT ...          Brandon Lee Brown #892020

SUBSCRIBED AND SWORN BEFORE THIS ____5th____ DAY OF MARCH, 2020

Eugene R. Polumphar

EUGENE R. POLUMGHAN
NOTARY
# 18012228
EXP. 12/10/22
STATE OF OKLAHOMA
PUBLIC

NOTARY # 18012228

12/10/2022

COMMISSION EXPIRES

10

# SWORN AFFIDAVIT

I SWEAR UPON OATH,

RECIEVED
9·27·19
RESPONDED
11·12·19

(RTS) 9·25·19 : MS. SIPES : / MAAM MICHAEL McCRONEN SAID, THE OLDER GENTLEMEN IN #113 HAS MY TV. HE SAID, HE LOANED IT TO HIM BECAUSE HE THOUGHT I WOULD COME BACK SO HE SHOULDN'T STRAIN YOU UP.

ACTION REQ.: CAN YOU PLEASE GO AND GET MY TV AND PUT IT ON MY PROPERTY

DISPOSITION : ALL YOUR PROPERTY THAT WAS IN YOUR CELL WENT TO INTAKE THE SAME DAY YOU WENT TO JAIL. #2019-6365-#1-#2 MS. SIPES /1·12·19

RECIEVED
10·14·19
RESPONDED
10·28·19

(RTS) THE INMATE IN #113 A·S JUST MOVED TO F·D "RICO" TOLD ME TO TELL YOU "TO GET MY TV FROM HIM AND PLACE IT ON MY PROPERTY. / WROTE "MS. MORRISON" AND SHE STATED THAT YOU WHERE THE ONE PROCESSING IT.

ACTION REQ. : PLEASE GO GET TV FOR ME! (DISPO.) I CONTACTED MS. SIPES SHE IS LOOKING FOR YOUR TV. #2019 6255 % EARNEST 10·23·19

RECIEVED
12·5·19
RESPONDED
1·8·20

(RTS) 11·22·19 : WARDEN YATES : / ON 11·22·19 APPROX. 9 AM I WAS AWAKEN AND TOLD TO REMOVE A SHEET FROM MY BUNK. UPON REMOVIN THE SHEET, I WAS TOLD TO CUFF UP BECAUSE I WAS GOING TO JAIL. I STATED, I WOULD AFTER I PACKED MY PROPERTY "CAPT. LYSINGER THEN OPENEN MY BEAN HOLE AND TOLD ME TO BRING MY ASS AND CUFF UP ...

ACTION REQ.: I WOULD LIKE A APOLOGY

DISPOSITION : A REVIEW WILL BE CONDUCTED #2019-7761 C/S BROWN 12·12·19

FURTHER AFFIANT SAYETH NOT ...                Brandon Lee Blaire #532090

SUBSCRIBED AND SWORN THIS 5th DAY OF MARCH, 2020

Eugina R. Pottimihams

NOTARY # 18012228

12/10/2022
COMMISSION EXPIRES

[Notary seal: EUGINA R. POTTIMIHAMS NOTARY PUBLIC #18012228 EXP. 12/10/22 STATE OF OKLAHOMA]

FC 110

# GRIEVANCE RETURNED UNANSWERED

Received:

_____

3. 4. 2020

**Inmate signature**

_____

**Date**

| | |
|---|---|
| **DATE:** | February 24, 2020 |
| **TO:** | Brown, Brandon, #592090 |
| **FROM:** | James Yates, Warden |
| **Received:** | February 14, 2020 |
| **RE:** | Return of Grievance # 2020-1001-**00055**-G |

*YOUR GRIEVANCE IS BEING RETURNED UNANSWERED BECAUSE OF THE FOLLOIWNG:*

☐    You have not filed your grievance within the specified time frame.   *(CANNOT RESUBMIT)*

    ☐ The "Request to Staff" must be submitted **within seven (7) days of the incident.**

    ☐The inmate/offender grievance must be submitted by the inmate/offender 15 days from the
      **date of the receipt of the response to the "Request to Staff."**

☐    An **ANSWERED** Request to Staff form addressed to the **correct staff member** must be attached.

☐    The **Request to Staff** issue is not consistent with the issue requested on the **Grievance.**

☐    **Inmate Request forms are not utilized in the Grievance Process.**

☐    You have not completed the **Grievance form correctly, in its entirety, or on the correct form.**

☐    Grievances submitted must be **legibly written or typed, in blue or black ink. No pencil,
    highlighter, or other color of ink is allowed.** No drawing, decorating, doodling, or making
    comments, in the margins of the pages is permitted.

☐    The **Grievance and Request to staff** must be specific as to the **Complaint, Dates, Places,
    Personnel Involved and How the Inmate was Affected.**

☐    Classification Movement requests to transfer to another facility, are not grievable to DOC.

☐    If there has not been response to your Request to Staff in 30 days, but no later than 60 days, of
    submission, the inmate may file a grievance to the reviewing authority with **a copy of the "Request
    to Staff" attached to the grievance form. (Ask the law library supervisor for a copy of the RTS.)
    The grievance form may only be filed about the lack of response to the "Request to Staff."**

☐    Only **ONE ISSUE OR INCIDENT** is allowed per **Grievance** and **Request to Staff.**

☒    You are on **Grievance Restriction**, proper documentation was not included.

☐    It has been determined that the grievance is not of an **Emergency or Sensitive** nature. The grievance
    is being returned and you must comply with the standard grievance process.

☐    **Section-09 Programs Page: 4 OP-090124 Effective Date: 04/11/2019**
**B. Non-grievable Issues**
1. Misconduct reports received through the agency disciplinary procedures may not be appealed through the grievance process. Misconduct reports may only be appealed through the disciplinary appeal process as referenced in OP-060125 entitled "Inmate/Offender Disciplinary Procedures."

☐    2. Grievances shall not be submitted:

     ☐ (a) about matters that are in the course of litigation;

     ☐ (b) about matters that include requests for disciplinary action against staff;

     ☐ (c) requesting monetary compensation; or

     ☐ (d) For property issues at privately contracted facilities. These are to be resolved by the privately contracted facility and are not grievable or appealable to ARA.

☐    Property issues may be addressed by utilizing the requirements of CCA Policy 14-6: Inmate Resident Property (Property Claim 14-6D and Appeal 14-6E).

☐    **Section-09 Programs Page: 18 OP-090124 Effective Date: 04/11/2019**
A. Determining Abuse of the Grievance Process
1. The appropriate reviewing authority may determine there is abuse or misuse of the grievance process and may restrict the inmate's/offender's ability to submit a grievance. Types of abuse, include, but are not limited to: (PREA 115.52(g))

☐ a. Grievances intended to harass another;
☐ b. The continual and repeated submitting of frivolous grievances (frivolous grievances are those with no basis in fact or law);
☐ c. The repeated submitting of grievances or "Requests to Staff" about an issue previously addressed by staff in their written response;
☐ d. Grievances about de minimis (small, trifling, no available remedy) issues;
☐ e. Repetitive grievances by multiple inmates/offenders about the same issue;
☐ f. An inmate/offender writing letters instead of utilizing the grievance process and failing to bring complaints by formal grievance;
☐ g. Continued procedural defects, such as submitting additional pages, after having been previously warned.
☐ **Because of continued abuse of the grievance process this serves as an official warning.**

☒    You will be afforded the opportunity to properly re-submit a grievance form within **10 days** of receipt of this notice **WITH THE NOTED CORRECTIONS COMPLETED.** The grievance form must be proper, complete, and submitted to the proper reviewing authority. The failure of such waives/forfeits the right to proceed in the grievance process.

☐    Due to your continued failure to submit a properly filed grievance, you are now **OUT OF TIME**.

☐    Other: _____

INMATE/OFFENDER GRIEVANCE

RECEIVED
FEB 14 2020
GRIEVANCE

Grievance no. 2020-1001-00055-G

Grievance code: 3

Response due: 3/4/2020

**DO NOT WRITE ABOVE THIS LINE**

Date _2·3·20_                     Facility or Unit _E-CHARLIE 410_

Name _BRANDON LEE BROWN_         Facility Housing Unit _DAVIS CORRECTIONAL FACILITY_
     (Print)

DOC Number _592090_              Date "Request to Staff" response received: _12·26·2019_

Have you previously submitted a grievance on this same issue? _YES_ If yes, what date _12·2·19_ facility _DCF_, grievance # _2019-1942_. You must submit this completed original within 15 days of the receipt of the response to the "Request to Staff". The "Request to Staff" must have been submitted within 7 days of the incident. Do not include/attach anything to this grievance except the "Request to Staff" including the response. You may quote from or make reference to statutes, operations, field, or administrative memoranda, department publications (time sheets, inventory forms, assessments, etc.). You will be permitted only one opportunity to correct any error(s) made in submitting your grievance.

1.  The nature of your complaint. This statement must be specific as to the complaint, dates, places, personnel involved, and how you were affected. One issue or incident per grievance. Use backside of this page only, if necessary. SEXUAL HARRASSMENT WAS COMMITED ON 7·25·19. I WAS BEING BROUGHT BACK FROM MEDICAL (H.G. HOSPITAL). WHEN I GOT BACK I WAS TOLD THAT I WOULD BE PLACED IN MEDICAL ON SUICIDE WATCH. I REFUSED AND WAS ~~THEN~~ THEN FLIPPED ON A GURNEY, TAKEN TO MEDICAL FOR EVALUATION OF INJURYS THEN BROUGHT BACK TO INTAKE AN STRIPPED NAKED IN FRONT OF SEVERAL INMATES AND STAFF. I FEEL

2.  Informal action taken (including dates) to resolve the complaint, as well as the names of those employees from whom you sought an answer to your grievance.
    PLEASE VIEW ~~CAMERAS~~ CO2 ~~AFTER~~ AND DENIY MY CLAIM BECAUSE THATS THE NORM AROUND HERE. SO, I CAN GET TO THE NEXT STAGE OF PROCESS. SENT TO WARDEN YATES / GENTRY 1/24/20 ANSWERED THIS WAS NOT SEXUAL HARRASSMENT.

3.  The action you believe the reviewing authority may lawfully take.
    I WOULD LIKE ACKNOWLEDGEMENT OF THEIR WRONG DOING.

Grievance report sent to (warden/facility head/deputy director//correctional health services administrator):
_WARDEN YATES JAMES_                    _WARDEN_
Name                                     Title

_Brandon Lee Brown_                      _7·4·20_
Signature of Grievant                    Date Sent to Reviewing Authority

1. Original to file
2. Copy to inmate/offender

THAT I WAS 'SEXUALLY EXPLOITED' IN FRONT OF 'SEVERAL MEN AND I BELIEVE MS. MORRISON. I DON'T KNOW ANY OF THEIR 'SEXUAL PREFERENCES' AND FELT AS I WAS TREATED, UNFAIRLY AND UNJUSTLY. MY CLOTHES WHERE RIPPED OF BY C/O CHOATE IN A MANNER THAT FELT INAPPROPRIATE.

THEY DID NOT HAVE TO TREAT ME THIS WAY. ALL OF THE MODERN TECHNOLOGY ALLOWS THEM TO SEE MY BODY FROM EXRAYS, METAL DETECTORS, CHAIRS, TOWER/ POLE. ALL THIS COULD HAVE BEEN USED TO SEE IF I HAD ANYTHING I WAS NOT SUPPOSE TO HAVE!

CHIEF BROWN, ORDER THE STAFF TO DO THESE THINGS TO ME. PLEASE VIEW CAMERA'S TO CONFIRM ALL STAFFS AVAILABLE AT THE SCENE WHERE THE INCIDENT OCCURED.

I HAVE GRIEVED A ISSUE ABOUT THIS ABUSE BUT NOT ABOUT HOW I FELT AT THE TIME. THE ADMINISTRATION USED ITS DISDIRECTION MY IGNORANCE OF THE GRIEVANCE PROCEDURE. BY NOT EXPLAINING SPECIFICALLY THE PROCESS.

55. G



RECEIVED
FEB 14 2020
GRIEVANCE

RECEIVED

**Must Be Submitted Through the Law Library or Designee**

Inmate/Offender Grievance Process

DEC 2 6 2019

**REQUEST TO STAFF**

TO: _WARDEN YATES_   FACILITY/UNIT: _DCF_   BY: DATE: _12-20-19_

(NAME AND TITLE OF STAFF MEMBER)

I have _____ have not _____ already submitted a "Request to Staff" or grievance on this same issue.

If yes, what date: _____ facility: _____ grievance #: _____

I affirm that I do _____ do not _____ have a grievance pending on this issue.

I affirm that I do _____ do not _____ have a lawsuit of any type pending that relates in any way to this issue.
If a lawsuit is pending, indicate case number and court: _____
This request _____ does _____ does not relate to a pending misconduct report. If it does, this request may only be answered by the disciplinary coordinator assigned to the misconduct.

SUBJECT: State completely, but briefly, the problem on which you desire assistance. This statement must be specific as to the complaint, dates, places, personnel involved, and how you were affected. One issue or incident per "Request to Staff." Your failure to specifically state your problem may result in this being returned unanswered.

_SEXUAL HARRASYMENT WAS COMMITTED ON 7-25-19. I WAS BEING BROUGHT_
_BACK FROM MEDICAL (H.B HOSPITAL). WHEN I GOT BACK I WAS TOLD_
_THAT I WOULD BE PLACED IN MEDICAL ON SUICIDE WATCH. I REFUSED_
_AND WAS THEN FLIPPED PLACED ON A GURNEY. TAKEN TO MEDICAL_

(USE OTHER SIDE IF MORE SPACE IS NEEDED. DO NOT ATTACH ADDITIONAL PAGES.)

ACTION REQUESTED: State exactly how you believe your request may be handled; that is, what exactly should be done and how.

_PLEASE VIEW CAMARA'S GO AHEAD AND DENY MY CLAIM BECAUSE THATS_
_THE NORM AROUND HERE SO, I CAN GET TO THE NEXT STAGE_
_OF PROCESS._

_RESPECTFULLY_

NAME: _BRANDON L BROWN_   DOC NUMBER: _592090_   UNIT & CELL NUMBER: _FC 110_

(PRINT)

SIGNATURE: _Brandon L Brown_   WORK ASSIGNMENT: _____

**DO NOT WRITE BELOW THIS LINE**

DISPOSITION:

_This was not sexual harassment._

STAFF MEMBER   DATE   _1/24/20 20_

RECEIVED

Date response sent to inmate/offender: _____   JAN 31 2020

1. Original to file
2. Copy to inmate/offender

DOC 090124D (R 4/19)

FEB 14 2020

GRIEVANCE

FOR EVALUATION OF INJURY'S, THEN BROUGHT BACK TO INTAKE AND STRIPPED NAKED IN FRONT SEVERAL INMATES AND STAFF.

I FEEL THAT I WAS SEXUALLY EXPLOITED IN FRONT OF SEVERAL MEN AND I BELIEVE MS. MORRISON. I DON'T, KNOW ANY OF THEIR SEXUAL 'PREFENCES' AND FELT AS I WAS TREATED UNFAIRLY AND UNJUST. MY CLOTHES WHERE RIPPED OFF MY C/O CLOATE IN A MANNER THAT FELT INAPPROPRIATE.

THEY DID NOT HAVE TO TREAT ME THIS WAY. ALL OF THE MODERN OF TECHNOLOGY ALLOWS THEM TO SEE MY BODY FROM EXRAY'S, METAL DETECTORS, CHAIRS, TOWER/POLE. ALL THIS COULD HAVE BEEN USED TO SEE IF I HAD ANYTHING I WAS NOT SUPOSE TO HAVE?

CHIEF BROWN, ORDER THE STAFF TO DO THESE THINGS TO ME. PLEASE VIEW CAMERAS TO CONFIRM ALL STAFFS AVAILABLE AT THE SCENE'S WHERE THE INCIDENT OCCURED.

I HAVE GRIEVED A ISSUE ABOUT THIS ABUSE BUT NOT ABOUT HOW I FELT AT THE TIME. THE ADMINISTRATION USED AT ITS DISCRETION MY IGNORANCE OF THE GRIEVANCE PROCEDURE. BY NOT EXPLAIN-ING SPECIFICALLY THE PROCESS.



RECEIVED
FEB 14 2020
GRIEVANCE



Underwood

# AFFIDAVIT.

I SWEAR, ANYTHING WRITTEN IS ACCURATE TO THE
BEST OF MY KNOWLEDGE.

2-19-2019
RECIEVED:
02-05-2019
RESPONED:
3-18-2009
-6-2020

(RTS) 12-11-9 ; TO WARDEN YATES ; / I WOULD LIKE TO
BE PROVIDED : CORE CIVIC PROCEDURES AND POLICIES
USING OC/GAS/CHEMICAL AGENTS. I WAS TOLD
THAT INMATES ARE NOT ALLOWED SUCH DOCUMENTS.
ACTION REQUESTED :
PLEASE PROVIDE ME DOCUMENTATION OR EXPLANATION
TO WHY INMATES ARE NOT ALLOWED TO HAVE IT.
DISPOSITION :
THE POLICY THAT YOU ARE REQUESTING IS A RES-
TRICTED POLICY THAT INMATES DO NOT HAVE ACCESS
TO. # 2019-7820   GENTRY   1-5-19

RECIEVED
-15-2019
RSPONDED
-19-2019

(RTS) 8-10-19 ; LAW LIBRARY ; / I WOULD LIKE TO
GET STARTED ON A LAW SUIT AGAINST CCA FOR
POOR MALPRACTICES...
ACTION REQUESTED :
PLEASE SEND PROPER FORMS. AMENDMENT AND CONSTITUT-
IONAL LAWS OR BROKEN
DISPOSITION :
EASTERN DIST. 1983 FORM PROVIDED # 2019-5817
PATTERSON   9-19-19

RECIEVED
-15-19
RSPONDED
9-27-19

(RTS) 8-12-19 ; BOARD OF OODC ; ON-7-25-19 I WAS
PLACED IN CUSTODY AND TOOK TO MEDICAL. THE C/O's
AND HEAD OF SECURITY, STRIPPED ME NAKED BECAUSE
I REFUSED TO COMPLY. I TOLD THEM I WAS NOT HIGH
AND WAS WILLING TO TAKE A U/A. THEY TOOK ME
"BAREFEET FROM INTAKE RECORDING ME, VIDEO





RECEIVED
FEB 1 4 2020
GRIEVANCE

AVAILABLE WHICH IS MY EVIDENCE AS WELL AS
MEDICAL CAMERA. AFTER BEING...
ACTION REQUESTED:
PLEASE HELP! AMENDMENT AND CONSTITUTIONAL LAWS
HAVE BEEN BROKEN.
DISPOSITION:
SIR YOU HAVE NOT REQUESTED ANY "ACTION" BUT I
WILL LOOK INTO ISSUE. #2019-54016 DOORMAN
8-26-19

RECEIVED (RTS) 8-19-19 MS. MORRISON: / I GOT A RINGWORM
7-27-2019 INFECTION. I NEED NEW BED LINEN AND NEW
RESPONDED BOXERS, SOP'S, TOWELS, ETC.
9-27-19 ACTION REQUESTED:
SEND ASAP
DISPOSITION:
DON'T HAVE RINGWORM PER MEDICAL #289-5684
HOWELL   9-5-19

RECEIVED? (RTS) BOARD OF ODOC/LARC: / I HAVE SENT OUT REQUEST
RESPONDED TO STAFF OVER AND OVER NONE OF THEM SEEM TO MAKE
9-10-2019 IT BACK. I HAVE RECENTLY TRIED TO FILE "GRIEVANCE
PROCESS" TO NO AVAIL. I AM SEEKING A LAW SUIT
AGAINST THREE (3) EMPLOYES AND MY MAIL...
ACTION REQUESTED:
SHIP ME, PLEASE FROM SEG AND LET ME GRIEVE MY
COMPLAINTS/(EVIDENCE) CAMERA'S AND DOCUMENTS.
#2019-5855   C.O.S BROWN   9-27-19
DISPOSITION:
YOU HAVE BEEN SEEN IN SEG. REVIEW AND ADVISED
OF YOUR HOUSING STATUS. YOU CAN GRIEVE YOUR
COMPLAINTS PER POLICY.

③



RECEIVED
FEB 1 4 2020
GRIEVANCE

RECIEVED (RTS) 9-4-19 ; WARDEN PEREZ ; / SIR, I'VE BEEN
9-13-2019 DOWN HERE SINCE 7-25-19 / ALREADY REFUSED PHASE
RESPONDED PROGRAM. I HAVE NOT RECIEVED MY WRITE-UP FOR
9-2-2019 DOING SO. I HAVE NOT BEEN ABLE TO GO TO SEG REVIEW
SO, I AM AT A LOST FOR WORDS.
ACTION REQUESTED: I'VE DONE MY (30) DAYS SEG.
AND WOULD LIKE TO BE PUT BACK IN THE YARD
OR SIMPLY SHIPPED LATERAL TRANSFER / MAX
I DON'T HAVE A SAY BUT I KNOW I SHOULD NOT
BE HELD IN SEG LONGER THAN 30 DAYS,
DISPOSITION:
    YOUR STATUS WILL BE REVIEWED IN SEG REVIEWS.
    # 2019-6020  W/M MARTINEZ   9-30-19

RECIEVED (RTS) ⊕ 9-12-19 ; WARDEN YATES ; / ON THURSDAY
9-21-2019 NIGHT C/O YOUNG ASKED ME TO SEE MY NECK
RESPONDED TATTOO. AFTER A COLLAGE OF QUESTIONABLE
10-23-2019 ACTIVITY I WOULD LIKE TO FILE (PREA) ON HIM
HE MAKES ME FEEL UNCOMFORTABLE.
ACTION REQUESTED:
PLEASE REMOVE ME OR HIM FROM BEING AROUND
EACHOTHER. ✐
DISPOSITION:
THIS IS NOT A PREA. # 2019-6293  GENTRY
10-11-19

RECIEVED (RTS) 9-17-2019 CONTRACT MONITOR ; / I AM CURRENTLY
9-27-2019 EXPERIENCING PROBLEMS WITH THE CONDITIONS OF CON-
RESPONDED FINDMENT. I AM, FORCED TO ENDURE HERE AT
11-12-2019 DAVIS CORRECTIONAL FACILITY ON FOX CHARLIE,
BETTER KNOW AS A(N) SEGREGATION POD/UNIT.
FOR SOME IRRATIONALLY ODD REASON THE INMATES




RECEIVED
FEB 14 2020
GRIEVANCE

(INCLUDING) ARE BEING...

ACTION REQUESTED:

ALLOW FOX CHARLIE SEGREGATION INMATES / OFFENDER TO PURCHASE ALL FOOD, CLOTHING, AND ELECTRONIC ITEMS ON THE OSF COMMISSARY / PROPERTY LIST. IF NOT PROVIDE ME WITH PRIOR WRITTEN APPROVAL FROM THE AGENCY DIRECTOR OUTLINING WHY WE ARE DEPRIVED OF THIS PRIVILEGE.

DISPOSITION:

REQUEST DENIED BASED ON OP-040204 AND THE NEADS OF SECURITY. # 2019-6399-1 COS BROWN  10-23-19

RECEIVED 9-27-19
RESPONDED 10-25-19

(RTS) 9-7-19: C/M WORSHAM S/ HOW IS IT YOU ANSWER PEREZ, BROWN, AND MARTINEZ RTS BUT DON'T ANSWER YOUR OWN?

ACTION REQUESTED:

PLEASE BRING MY 120 REVIEW PACKET TO SIGN.

DISPOSITION:

DONE # 2019-6472   WORSHAM  10-10-19

RECEIVED 9-26-19
RESPONDED 10-28-2019

(RTS) 9-17-19: WARDEN YATES S/ I'VE BEEN IN SEG FOR OVER 70 DAYS WITHOUT A OFFER TO A BED IN PHASES OR A TRANSFER PACKET. I WOULD LIKE TO GO BACK TO THE YARD. I HAVE BEEN SPOKEN EVERYTHING...

ACTION REQUESTED:

RESPOND TO THIS LETTER IN A TIMELY ORDER TELLING ME MY FUTURE AT THIS FACILITY.

DISPOSITION:

YOU WILL NEED TO SIT WITH THE UNIT TEAM ON YOUR HOUSING STATUS. # 2019-6250 COS BROWN



RECEIVED
FEB 14 2020
GRIEVANCE



10.21.17

RECIEVED (RTS) 9.18.19 ; WARDEN YATES ?/ ON 9.17.19 A
9.26.2019 OFFICER BURZZETTI CAME TO MY DOOR IN DEFENSE
RESPONDED OF OFFICER/YOUNG AND STATED THAT IF I DID NOT
10.23.2019 LEAVE HIS CO-WORKER ALONE THAT THEY WOULD CON-
TINUE TO PLAY GAMES. I TOLD HIM...
ACTION REQUESTED ?
? " I DIDN'T ASK!"
DISPOSITION ?
WE ARE ADDRESSING THE ISSUE. WHEN DID YOU FILE
THE PREA? #2019-6330  GARRISON  10.11.19

RECIEVED (RTS) I NEED MY ADDRESS BOOK CONTAINING IMPORTANT
10.8.19 INFO LAWYERS, FAMILY MEMBERS, AND PRISON ACTIVIST
RESPONDED RESOURCES, PLEASE REMOVE WHATEVER YOU FEEL BUT
11.12.19 RETURN MY ADDRESS BOOK YOU CONFISCATED IN 8.2017
ACTION REQUESTED ?
RETURN BOOK DUE TO THE FACT INVESTIGATION IS OVER
DISPOSITION ?
CHEIF BROWN STATED THAT HE DOES NOT HAVE YOUR
ADDRESS BOOK. # 2019-6699 CUS BROWN  10/23/19

RECIEVED (RTS) CONTRACT MONITOR ; 10.8.19 ;/ MS BRINSFIELD
10.17.2019 SUPERVISOR INTENTIONALLY TOLD HER TO PUT A TRANS-
RESPONDED FER PACKET IN FOR ME AND TO PUT VERBATIM
10.28.2019 " INTRODUCING CONTRABAND "? / HAVE (3) CLASS A's
AND 5 CLASS X's / FOR ASSAULT ON STAFF. (3FAILURE
TO OBEY.
ACTION REQUESTED ?
PLEASE EXPLAIN IN WRITING AND CORRECT PROPER PACKET,
WITHIN (10) DAYS OF THIS FORM.
DISPOSITION ?





FEB 1 4 2020

**GRIEVANCE**

YOU WILL NEED TO ADDRESS THIS WITH C/M BRINSFIELD
AND /OR U/M BERRY. I DO NOT TELL CASE MANAGERS
WHAT THEY CAN OR CANNOT WRITE ON THEIR PACKET
BUT WILL CHECK FOR ACCURACY WHEN IT IS
SUBMITTED TO ME. # 2019- 6919 Gibson
10·21·19

RECEIVED     (RTS) 10·3·19: MS BRINGSFIELD : / MAAM I HAVE
10·8·19      RECEIVED MY (3) THREE WRITES-UPS. PLEASE
RESPONDED    SUBMIT MAX, MED PACKET.
10·25·19     ACTION REQUESTED:
             PLEASE BRING PACKET FOR ME TO SIGN.
             DISPOSITION:
             YOU ARE DOING  ISU # 2019-6700-1
             WORSHAM  10·21·19

RECEIVED     (RTS) 11·7·19: WHOM IT MAY CONCERN : / THIS
11·13·19     FORM IS TIME SENSTIVE AND WAS RETURNED
RESPONDED    TO ME ON THIS DAY OF 11·7·19 (VIEW CAM.)
11·27·19     ACTION REQUESTED:
             PLEASE REVIEW DOCUMENTS AND RESPONSE TIMELY
             SEE ATTACHED    REVIEW AUTHORITY
             DISPOSITION:
             1/M BROWN: IN THE FUTURE FILL OUT GRIEVANCE
             FORM AND ATTACH A RTS TO IT. DO NOT STAPLE
             THEM ALL. # 2019-7363  MS UNDERWOOD 11·20·19
             2019-6934 #1-#2

RECEIVED     (RTS) ? : WARDEN YATES : / MS BAILEY WROTE IN
12·18·19     BACK ON 12·11·19 STATING MONEY WAS TAKING
RESPONDED    FROM MY BOOK FOR LEGAL COPIES. / I SPECIFICALLY
12·19·2019   TOLD MS PATTERSON I WAS GOING TO KEEP "
             BIVENS VS FEDERAL AGENTS. SHE STATED, SHE UNDERSTOOD





RECEIVED

FEB 1 4 2020

GRIEVANCE

AND THAT I HAD RETURNED ALL THAT WAS GIVEN
TO ME FROM HER ON 12·4·19 $5.75 WAS
DEDUCTED FROM MY ACCOUNT OF $7.15 ON
12·4·19 ADDITIONAL $5.00 WAS TAKEN FROM MY
ACCOUNT ...
ACTION REQUESTED?
PLEASE MAKE CORRECTIONS! OR HELP ME TO UNDER-
STAND WHY SO MANY 'NON-FRIVOLOUS' GRIEVANCES
ARE BEING DONE BY ME?
DISPOSITION:
THIS HAS BEEN TAKEN CARE OF. # 2019-7835
MS. PATTERSON   12·19·19

RECEIVED (RTS) 12·11·19 § KEYES DUO § / SIR YOU NEVER
12·18·19 PROVIDED ME WITH ANY COPIES OF THE WRITE-
RESPONDED UP / RECIEVED ON 12·4·19 RESISTING APPREHEN
12·30·2019 SION. / BELIEVE IT WAS.
ACTION REQUESTED:
PLEASE FORWARD ANY AND ALL REPORTS OF
THIS INCIDENT.
DISPOSITION:
YOU DID RECIEVE YOUR COPIES IF YOU NEED EXTRA
COPIES GET WITH YOUR ¢/o OR ¢/m AND DO A
DISBURSEMENT # 2019-7845   S% /KEV 12·20·19

RECEIVED (RTS) 9·3·19 § MS MORRISON § / MAAM / FILLED
9·13·2019 OUT A MISSING/STOLEN PROPERTY SLIP. HAVE YOU
RESPONDED RECIEVED IT? & IF YOU HAVE, WHAT IS THE
10·23·2019 HOLD UP. I WANT MY TV ON MY PROPERTY.
ACTION REQUESTED:
PUT TV ON MY PROPERTY OR PUT $ ON
BOOKS. I HAVE RECIEPTS, PROPERTY SLIP, AND





RECEIVED
FEB 1 4 2020
GRIEVANCE

RECIEVED (RTS) 11-22-19 ; WARDEN VATES ;/ ON 11-22-19 APPROX.
12-5-19   9 AM I WAS AWAKEN AND TOLD TO REMOVE A SHEET
RESPODED   FROM MY BUNK. UPON REMOVING THE SHEET. I WAS
1-8-20.   THEN TOLD TO CUFF UP BECAUSE I WAS GOING TO
JAIL. I STATED I WOULD AFTER I PACKED MY PROPERTY
'' CAPT. LYSINGER THEN OPENED MY BEANHOLE AN TOLD
ME TO BRING MY ASS AND CUFF UP ...
ACTION REQUESTED:
I WOULD LIKE A APOLOGY
DISPOSITION:
A REVIEW WILL BE CONDUCTED # 2019-7701
COS BROWN  12-12-19

RECIEVED (RTS) 10-4-19 ; WARDEN VATES ;/ ON 10-2-19
11-14-19   APPROX. 8:30 I WAS PLACED ON CELL RESTRICTION
RESPONDED   AS MAIL WAS BEING PASSED OUT I WAS TOLD THAT
11-12-19   CAPT. GLORIA SAID NOT TO GIVE ME ANYTHING
NO TOILETPAPER, SOAP, OR MAIL. ACCORDING TO
THE DOC OP #030117  G-3 AN OFFENDER ...
ACTION REQUESTED:
I DON'T BELIEVE MY REQUEST WOULD BE HONORED
SO, I WILL REFRAIN. I DO WANT TO GO THRU THE
PROCEDURES SO I CAN ADMINISTER MY COMPLAINT
IN COURT.
DISPOSITION:
YOU FAILED TO REQUEST AN ATION TO YOUR COMPLAINT.
# 2019-6705  COS BROWN  10-23-19

RECIEVED (RTS) 12-12-19 ; WARDEN VATES ;/ M.S. BAILEY
12-18-19   IN TRUST FUNDS HAVE BEEN USING MAL PRACTICES
RESPONDED   IN HER PROFESSION TO DENY ME MY 1ST AMEN-
12-20-19   D MENT RIGHT OF FREEDOM OF SPEECH. I HAVE





RECEIVED
FEB 14 2020
GRIEVANCE

NO MONEY SENT IN SINCE OCTOBER ½ OF THAT
WAS TAKEN UPON RECEPTION. DATE OF INCIDENT?
12·11·19 MY AVAILABILITY IS Ø IS WHAT SHE STATED
BUT NEVER FORWARD ME ANY PROPER FORM TO
USE FUNDS THAT WHERE AVAILABLE too.
ACTION REQUESTED?
GIVE ME A FULL UNDERSTANDING AS TO WHO AUTHOR-
IZED SCREENING OF MY MAIL PLEASE FORWARD
ANY DOCUMENT IMPORTANT TO MAKE ME UNDER-
STAND. WHY DOC POLICY IS NOT BEING HONORED.
DISPOSITION?
MS BAILEY IS NOT OVER LEGAL MAIL # 2019-7848
MS. JONES 12·19·19

RECEIVED (RTS) 12·12·19 § WARDEN YATES § / MS UNDERWOOD
:·18·19 2008   IS TRING TO UNDERMINE MY GRIEVANCE PROCESS. I
RESPONDED   FILLED OUT THE FORM INCORRECTLY. SHE HAVING
1·06·20   BEEN DOING THIS JOB FOR ATLEAST A DECADE OR
MORE "KNOWS." THE (30) DAYS PROCESS THAT
SHOULD BE UPHELD ooo
ACTION REQUESTED?
PLEASE EXTEND TIME FROM (12·25·19) TO A REASON-
ABLE AMOUNT OF TIME AND CONSIDER THE
(HOLIDAYS) SHORT STAFF ETC.
DISPOSITION?
12·25·19 WAS A MONDAY PRIOR TO THE HOLIDAY
WHICH BY YOUR OWN ADMISSION WAS WELL BEYOND
THE 10 DAYS TIME FRAME REQUIRED BY 090124
VI A.5 WHICH ADDRESS IMPROPER FIUNG
AND GRIEVANCE BEING RETURNED UNANSWERED.
# 2019-7844 GENTRY   1·5·20



RECEIVED
FEB 14 2020
GRIEVANCE



RECIEVED
9·16·19
RESPONDED
9·27·19

(RTS) 9·8·19 ; WARDEN YATES 3 / MAIL ROOM : IS
SCREENING KEEPING OR TRASHING MY MAIL.
I HAVE SENT (20) TWENTY GRIEVANCES OUT
AND ONLY RECIEVED 4 BACK. I AM KEEPING
DATES AND TIMES AND AM CONSIDERING LEGAL ACTION.
ACTION REQUESTED:
PLEASE GO SEE WHAT THERE ALIMENT IS AND
MAKE THEM DO THERE JOB.
DISPOSITION:
SPOKE TO MAILROOM NO ISSUES WERE DISCOVERED
ON THEIR END. # 2019-5701 GENTRY 9·18·19
RECIEVED AGAIN STAMPED 12·27·19 ?

RECIEVED
8·27·19
RESPONDED
9·27·19

(RTS) 8·26·19 ; JC PORTER 3) SIR, CAN YOU
PLEASE COME AND TAKE A PICTURE OF MY
INJURY SO IT CAN BE USED IN COURT.
ACTION REQUESTED:
PLEASE COME TAKE PICTURE. AND SEND ME A
COPY.
DISPOSITION:
INJURY NO LONGER EXISTS. # 2019-5685    ok
/ YOWELL    9·23·19

RECIEVED
12·22·19
RESPONDED
9·27·19

(RTS) 9·8·19 ; WARDEN YATES ; / I HAVE RECENTLY
REQUESTED : FEDERAL CONSTITUTION AND FEDERAL
AMENDMENTS OPS FOR INMATES BEING PLACED IN
SUICIDE WATCH; OPS FOR MEDICAL TREATMENT ;
OP'S FOR SEGREGATION PROCEDURES. I'VE ASKED MS.
PATTERSON IN THE ...
ACTION REQUESTED:
PLEASE REMOVE OR REPLACE WITH COMPETENT EMPLOYEE.
DISPOSITION:





RECEIVED
FEB 14 2020
GRIEVANCE

I'VE BEEN GONE GAVE AWAY ANY OF MY
APPLIANCES AND WOULD NOT IN ANY CASE.
DISPOSITION:
DENIED PROPERTY CLAIM APPEAL IS WITH THE
WARDEN. # 2019-7508 MS. MORRISON 12.9.19
RECIEVED (RTS) 9.26.19: MS. SYPES:/ MAAM I NEED YOU
9.27.19 TO GO GET MY TV FROM CELL #113 AS FROM THE
RESPONDED OLDER HISPANIC GUV. RICO TOLD ME TO TELL YOU
1.12.19 TO GO GET MY TV FROM HIM IT SHOULDN'T BE A
PROBLEM.
ACTION REQUESTED:
PLEASE GO TO CELL #113 AND GET MY TV AND TAKE
TO INTAKE SO IT CAN BE PUT ON MY PROPERTY.
DISPOSITION:
THE DAY YOU WENT TO SEG. ALL YOUR PROPERTY WAS
PACKED AND TAKEN TO INTAKE EVERYTHING IN
YOUR CELL WENT TO PROPERTY. # 6365-#1-#2
SIPES  10.29.19
RECIEVED (RTS) 8.15.19: HSA RAYLARIMER:/ ON 8.10.19
10.17.19 REQUESTED MEDICAL TREATMENT FOR MY ARM AND FOOT.
RESPONDED I RECIEVED ON 8.16.19 TRANSPORTATION FROM MS. SYPES
10.28.19 AN GOLDEN. NURSE GLORIA GOODWIN WAS ASSIGNED
TO ME. SHE LOOKED AT THE ABRASION ON MY FOOT
TOLD ME NOTHING WAS WRONG WITH IT. I TOLD HER
"IT FEELS AS IF SOMETHING ...
ACTION REQUESTED:
I WOULD LIKE SOME FORM OF ACKNOWLEDGEMENT OF
HER WRONG DOING UNTIL THIS ISSUE IS RESOLVED.
DISPOSITION:
YOU HAVE BEEN SEEN BY MEDICAL SEVERAL TIMES

I AM NOT SURE WHAT YOU ARE REQUESTING, IF YOU NEED MEDICAL ATTENTION SUBMIT DOC 140117A (A-17), #2019-6934-2. FAY LARIMER 10.22.19

I ALSO HAVE A FEW MORE THAT ARE IN OKLAHOMA CITY, I USED (LCTS) TO ASK FOR DOCUMENTS FROM LAW LIBRARY, ALL OF THESE ISSUE ARE NOT FRIVOLOUS. MY PROPERTY, SEXUAL HARRASSMENT, EXTORTION, AND BEING DENIED MEDICAL SERVICES ALL ARE IMPORTANT. THE (LCTS) ASK US TO PUT ONE ISSUE AND INDIVIDUAL PER REQUEST ON SEVERAL OCCASIONS I HAVE NOT RECEIVED ANY ASSISTANCE IN THESE MATTERS. I HAVE NEVER KNEW HOW TO USE THE GRIEVANCE PROCEDURES. THIS IS ALL NEW TO ME BUT I HAVE BEEN DONE WRONG. I FEEL AND DESERVE SOME KIND OF JUSTICE. I WILL EXHAUST ALL THE PROCEDURES TO PRESUME COURT.

RESPECTFULLY,

MR. BROWN

RECEIVED
FEB 14 2020
GRIEVANCE





RECEIVED
FEB 14 2020
GRIEVANCE



2019-7942

RECIEVED
12-26-19

RESPONDED
-31-20

12-26-19 = WARDEN YATES: / SEXUAL HARRASMENT
WAS COMMITED ON 7-25-19. I WAS BEING BROUGHT
BACK FROM (HOLDENVILLE GENERAL HOSPTIAL) WHEN I
GOT BACK I WAS TOLD THAT I WOULD BE PLACED
IN MEDICAL ON SUICIDE WATCH. I REFUSED AND
WAS THEN FLIPPED ON A GOURNEY, TAKEN TO MED-
ICAL FOR EVALUATION OF INJURY'S THEN BROUGHT
BACK TO INTAKE AN STRIPPED NAKED IN FRONT OF
SEVERAL INMATES AND STAFF. I FEEL THAT I WAS
SEXUALY EXPLOITED IN FRONT OF SEVERAL MEN
AND I BELIEVE MS. MICCISON. I DON'T KNOW ANY
OF THEIR SEXUAL PREFERENCES AND FELT AS I WAS
TREATED UNFAIRLY AND UNJUSTLY. MY CLOTHES
WHERE RIPPED OFF MY BODY 40 CLIMATE IN A MA-
NNER THAT FELT INAPPROPRIATE,
THEY DID NOT HAVE TO TREAT ME THIS WAY. ALL OF
THE MODERN TECHNOLOGY ALLOWS THEM TO SEE MY
MY BODY FROM XRAYS, METAL DETECTORS, CHAIRS,
TOWER/POLE. ALL THIS COULD HAVE BEEN USED TO SEE
IF I HAD ANYTHING. I WAS NOT SUPPOSE TO HAVE!
CHEIF BROWN ORDERED THE STAFF TO DO THESE THINGS
TO ME, PLEASE VIEW CAMERA'S TO CONFIRM ALL
STAFFS AVAILABLE AT THE SCENE WHERE INCIDENT
OCCURED...

ACTION REQUESTED:
PLEASE VIEW CAMERAS AND GO AHEAD AND DENY MY CLAIM
THATS THE NORM AROUND HERE SO, I CAN GET STAGE
OF PROCESS

DISPOSITION:
THIS WAS NOT SEXUAL HARRASSMENT. GENTRY 1-24-20

I, BRANDON LEE BROWN, #592090, PETITIONER HEREIN
OF LAWFUL AGE AND SOUND MIND, BEING DULY SWORN
ON OATH, DO HEREBY STATE AND AFFIRM THAT I HAVE
READ THE ABOVE, AND THE FACTS CONTAINED THEREIN
ARE TRUE AND CORRECT TO THE BEST OF MY
KNOWLEDGE AND BELIEF...

FUTHER AFFIENT SAYETH NOT...

_Brandon Lee Brown_

SUBSCRIBED AND SWORN BEFORE THIS 12th
DAY OF FEB, 2020

Eugina R. Polkinghon
NOTARY # 18012228



12/10/2022
MY COMMISION EXPIRES



SCOTT CROW
DIRECTOR



J. KEVIN STITT
GOVERNOR

STATE OF OKLAHOMA
OKLAHOMA DEPARTMENT OF CORRECTIONS
ADMINISTRATIVE REVIEW AUTHORITY

DCF 20-070

Date:      APRIL 8, 2020

To:        BROWN, BRANDON #592090

Location:  DCF

From:      Mark Knutson, Director's Designee   *Mark Knutson*

Your grievance/correspondence was filed improperly for the following reason(s):

|   |     |                                                                                                                                                                                                                                                                          |
|---|-----|--------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|
|   | 1.  | No reviewing authority response to the grievance.                                                                                                                                                                                                                         |
|   | 2.  | No informal action, Request to Staff response included.                                                                                                                                                                                                                   |
|   | 3.  | Out of time from date of alleged incident until filing Request to Staff.                                                                                                                                                                                                  |
|   | 4.  | Out of time from date of response to Request to Staff until filing the grievance with the reviewing authority.                                                                                                                                                            |
|   | 5.  | Received **out of time** from date of the reviewing authority's response.                                                                                                                                                                                                 |
|   | 6.  | You cannot appeal a non-response. See OP-090124 section V.B.1.b.(8) (Request to Staff) or VI.C.4. (grievance).                                                                                                                                                             |
| X | 7.  | Inmate on grievance restriction and/or proper documentation **not** included. See OP-090124, section X.B.2.a.                                                                                                                                                             |
|   | 8.  | Must be legibly written in blue or black ink. No pencil or other color of ink is allowed. No doodling or writing in margins.                                                                                                                                              |
|   | 9.  | Attachments to the grievance/appeal (no additional pages allowed except affidavit if required).                                                                                                                                                                           |
|   | 10. | Not an issue grievable to Oklahoma Department of Corrections (Private prison property, misconduct, litigation pending, not within/under the authority/control of the Department of Corrections)                                                                            |
|   | 11. | More than one issue or the complaint and relief requested are not consistent on the Request to Staff and grievance.                                                                                                                                                       |
|   | 12. | Not of a sensitive nature. You must follow the standard grievance process including giving the reviewing authority an opportunity to respond. Emergency grievances must be submitted to the reviewing authority. See OP-090124, section IX.A.                              |
|   | 13. | Requests for disciplinary action against staff or **monetary compensation** will not be addressed in the grievance process.                                                                                                                                               |
|   | 14. | Appeal form not signed/**dated.**                                                                                                                                                                                                                                         |
|   | 15. | The ruling of the Administrative Review Authority or Director's Designee is final.                                                                                                                                                                                        |
|   | 16. | Facility grievance number not listed on the appeal form.                                                                                                                                                                                                                  |
|   | 17. | Additional issues submitted in the grievance appeal and not presented in the initial grievance to the reviewing authority for response will not be addressed by this office.                                                                                              |
|   | 18. | You have failed to follow previous instructions from the reviewing authority or ARA for filing this grievance/appeal and/or properly resubmit. **YOU ARE NOW OUT OF TIME.**                                                                                                |
|   | 19. | You did not provide the **date** that you received the reviewing authority's response on the appeal form.                                                                                                                                                                 |
|   | 20. | This grievance is unanswerable as there are no time frames specified for the alleged action(s) to have occurred                                                                                                                                                           |
|   | 21. | You failed to identify your grounds for an appeal by checking one, or both boxes on the appeal form.                                                                                                                                                                       |
|   | 22. | Your appeal must be written on the Misconduct/Grievance Appeal form (DOC060125Veffective **4/19**).                                                                                                                                                                        |
| X | 23. | You will be afforded **ONE FINAL** opportunity to properly resubmit your corrected grievance or appeal which must be received in ARA within ten (10) days of receipt of this form. **DO NOT RETURN THIS FORM WITH YOUR CORRECTED APPEAL.**                                 |
| X | 24. | Other: **NO AFFIDAVIT AS REQUIRED.**                                                                                                                                                                                                                                      |

THIS OFFICE WILL NOT PROCESS INCOMPLETE/INACCURATE/OUTDATED APPEAL FORMS
NOTE: Abuse of the grievance process as explained in section IX of OP-090124, will result in restrictions being imposed.

I acknowledge receipt of this response:_____
                                              **Inmate's signature and date**



P.O. BOX 11400
OKLAHOMA CITY, OK. 73136-0400

## Grievance Decision from Reviewing Authority

| Inmate/Offender Name: | Brown, Brandon | | | DOC Number | 592090 |
|---|---|---|---|---|---|
| Receipt Date: | 02/26/2020 | Grievance Category Code: | 3 | Grievance Number: | 2020-1001-00070-G |

| 1. Discrimination | 3. Complaint against staff | 5.Disciplinary process | 7.Medical | 9. Records/Sentence Admin. |
|---|---|---|---|---|
| 2. Classification | 4. Condition of confinement | 6.Legal | 8. Property/Trust Fund | 10.Religion 11.Personal Identity |

Decision:

Inmate Brown did not request an action but made statements concerning AW Gentry suiting up in tactical gear to hold him down while another officer beat him. He is on grievance restriction and complains that he does not have the fund to get all his affidavits notarized. He also believes that he is being treated differently because of his race.

After further review of the matter Mr. Garrison, the facility investigator, advised that there was no evidence to support these allegations. Video was reviewed and Gentry was not present.

Inmate Frame's **RELIEF IS DENIED.**

| Reviewing Authority – Facility Health Services Admin (medical issues) | Date |
|---|---|
| | 3-11-20 |
| Review Authority – Facility/Unit Head | Date |

I have received the copy of the response of the reviewing authority.

| | 3-17-20 |
|---|---|
| Signature of Grievant | Date |
| J. Ninman | 3-20-20 |
| Signature of Staff Witness and Printed Name of Witness | Date |

You may appeal to the Administrative Review Authority or Personal Identity ARA at Department of Corrections, P.O Box 11400, Oklahoma City, OK  73136-0400 or Medical ARA at 2901 N. Classen Blvd, Suite 200, Oklahoma City, OK 73106, within 15 days of the receipt of response using only DOC Form 060125V entitled "Misconduct/Grievance Appea to Administrative Review Authority." Do not send this decision to the Administrative Review Authority or Medical ARA
1. Original to file
2. Copy to inmate/offender

DOC 090124B (R 4/19)

3-20-20

# INMATE/OFFENDER GRIEVANCE

Grievance no. _2050·1001·00010-G_

Grievance code: _3_          *EMERGENCY / SENSITIVE*

Response due: _3·17·2020_

**RECEIVED**

FEB 26 2020

**GRIEVANCE**

---

### DO NOT WRITE ABOVE THIS LINE

Date _2·19·20_                    Facility or Unit _DAVIS CORRECTIONAL FAC._

Name _BRANDON LEE BROWN_            Facility Housing Unit _FOX-CHARLIE #80_
(Print)

DOC Number _597090_               Date "Request to Staff" response received: _2·18·20_

Have you previously submitted a grievance on this same issue?_____ If yes, what date _____, facility _____, grievance # _____. You must submit this completed original within 15 days of the receipt of the response to the "Request to Staff". The "Request to Staff" must have been submitted within 7 days of the incident. Do not include/attach anything to this grievance except the "Request to Staff" including the response. You may quote from or make reference to statutes, operations, field, or administrative memoranda, department publications (time sheets, inventory forms, assessments, etc.). You will be permitted only one opportunity to correct any error(s) made in submitting your grievance.

1.  The nature of your complaint. This statement must be specific as to the complaint, dates, places, personnel involved, and how you were affected. One issue or incident per grievance. Use backside of this page only, if necessary. *CELL# FOX CHARLIE 110*

    ON 2-13-20 WARDEN GLENTON SUITED UP IN TACTICAL GEAR IN RETALIATION OF WORDS EXCHANGED BETWEEN US. HE AND OTHERS CAME INTO MY CELL AFTER I WAS CUFFED UP AND PHYSICALLY BEAT ME. (HE) HELD ME DOWN WHILE (BULLOCK) REPEATEDLY SMACKED MY FACE ON THE CONCRETE. MY COMPLAINT IS UNECESSARY

2.  Informal action taken (including dates) to resolve the complaint, as well as the names of those employees from whom you sought an answer to your grievance.

    I ASSUME THE RIGHT THING WOULD BE APPROPRIATE. A LAME PERSON WOULD KNOW WHAT TO DO.

3.  The action you believe the reviewing authority may lawfully take.

Grievance report sent to (warden/facility head/deputy director//correctional health services administrator):
_JAMES YATES_                              _WARDEN_
Name                                        Title
_Brandon Lee Brown_                         _2-19-20_
Signature of Grievant                       Date Sent to Reviewing Authority

DOC 090124A (R 4/19)

1. Original to file
2. Copy to inmate/offender

SCOTT CROW
DIRECTOR



J. KEVIN STITT
GOVERNOR

## STATE OF OKLAHOMA
## OKLAHOMA DEPARTMENT OF CORRECTIONS
### ADMINISTRATIVE REVIEW AUTHORITY

DCF 20-055, 20-072, 20-082

Date:        MAY 11, 2020

To:          BROWN, BRANDON #592090

Location:    DCF

From:        Mark Knutson, Director's Designee   *Mark Knutson*

**Your grievance/correspondence was filed improperly for the following reason(s):**

|   | 1. | No reviewing authority response to the grievance. |
|---|---|---|
|   | 2. | No informal action, Request to Staff response included. |
|   | 3. | Out of time from date of alleged incident until filing Request to Staff. |
|   | 4. | Out of time from date of response to Request to Staff until filing the grievance with the reviewing authority. |
| X | 5. | Received **out of time** from date of the reviewing authority's response. |
|   | 6. | You cannot appeal a non-response. See OP-090124 section V.B.1.b.(8) (Request to Staff) or VI.C.4. (grievance). |
| X | 7. | Inmate on grievance restriction and/or proper documentation **not** included. See OP-090124, section X.B.2.a. |
|   | 8. | Must be legibly written in blue or black ink. No pencil or other color of ink is allowed. No doodling or writing in margins. |
|   | 9. | Attachments to the grievance/appeal (no additional pages allowed except affidavit if required). |
|   | 10. | Not an issue grievable to Oklahoma Department of Corrections (**Private prison property, misconduct, litigation pending, not within/under the authority/control of the Department of Corrections**) |
|   | 11. | More than one issue or the complaint and relief requested are not consistent on the Request to Staff and grievance. |
|   | 12. | Not of a sensitive nature. You must follow the standard grievance process including giving the reviewing authority an opportunity to respond. Emergency grievances must be submitted to the reviewing authority. See OP-090124, section IX.A. |
|   | 13. | Requests for disciplinary action against staff or **monetary compensation** will not be addressed in the grievance process. |
|   | 14. | Appeal form not signed/**dated.** |
|   | 15. | The ruling of the Administrative Review Authority or Director's Designee is final. |
|   | 16. | Facility grievance number not listed on the appeal form. |
|   | 17. | Additional issues submitted in the grievance appeal and not presented in the initial grievance to the reviewing authority for response will not be addressed by this office. |
|   | 18. | You have failed to follow previous instructions from the reviewing authority or ARA for filing this grievance/appeal and/or properly resubmit. **YOU ARE NOW OUT OF TIME.** |
|   | 19. | You did not provide the **date** that you received the reviewing authority's response on the appeal form. |
|   | 20. | This grievance is unanswerable as there are no time frames specified for the alleged action(s) to have occurred |
|   | 21. | You failed to identify your grounds for an appeal by checking one, or both boxes on the appeal form. |
|   | 22. | Your appeal must be written on the Misconduct/Grievance Appeal form (DOC060125V**effective 4/19**). |
|   | 23. | You will be afforded ONE FINAL opportunity to properly resubmit your corrected grievance or appeal which must be received in ARA within ten (10) days of receipt of this form. **DO NOT RETURN THIS FORM WITH YOUR CORRECTED APPEAL.** |
| X | 24. | Other:  **NO AFFIDAVIT AS REQUIRED.  THREE APPEAL FORMS IN ONE ENVELOPE.** |

**THIS OFFICE WILL NOT PROCESS INCOMPLETE/INACCURATE/OUTDATED APPEAL FORMS**
NOTE: Abuse of the grievance process as explained in section IX of OP-090124, will result in restrictions being imposed.
      I acknowledge receipt of this response:_____
                                                      Inmate's signature and date



## Grievance Decision from Reviewing Authority

| Inmate/Offender Name: | Brown, Brandon | | | DOC Number | 592090 |
|---|---|---|---|---|---|
| Receipt Date: | 03/04/2020 | Grievance Category Code: | 7 | Grievance Number: | 2020-1001-00072-G |

| 1. Discrimination | 3. Complaint against staff | 5. Disciplinary process | 7. Medical | 9. Records/Sentence Admin. |
|---|---|---|---|---|
| 2. Classification | 4. Condition of confinement | 6. Legal | 8. Property/Trust Fund | 10. Religion  11. Personal Identity |

Decision:

Inmate Brown is not requesting anything but instead making a statement saying, "Get ready for this medical malpractices law suit."

Inmate Brown is on grievance restrictions and did not have a notarized affidavit with the grievance form.

Inmate Brown's **RELIEF IS DENIED.**

_____          3-20-2020
Reviewing Authority – Facility Health Services Admin (medical issues)     Date

_____          _____
Review Authority – Facility/Unit Head                     Date

I have received the copy of the response of the reviewing authority.

Refused to sign
_____          Date
Signature of Grievant                                     X  4-7-2020

X _____          _____
Signature of Staff Witness and Printed Name of Witness    Date

You may appeal to the Administrative Review Authority or Personal Identity ARA at Department of Corrections, P.O. Box 11400, Oklahoma City, OK 73136-0400 or Medical ARA at 2901 N. Classen Blvd, Suite 200, Oklahoma City, OK 73106, within 15 days of the receipt of response using only DOC Form 060125V entitled "Misconduct/Grievance Appeal to Administrative Review Authority." Do not send this decision to the Administrative Review Authority or Medical ARA.

1. Original to file
2. Copy to inmate/offender

DOC 090124B (R 4/19)

INMATE/OFFENDER GRIEVANCE

RECEIVED

Grievance no. 2020-1001-00072-G

MAR 0 4 2020

Grievance code: 7

**GRIEVANCE**

Response due: 3·24·2020

## DO NOT WRITE ABOVE THIS LINE

Date _____3·2·20_____          Facility or Unit ___DAVIS CORRECTIONAL___

Name __BRANDON LEE BROWN__          Facility Housing Unit __FOX-CHARLIE #710__
(Print)

DOC Number __592090__          Date "Request to Staff" response received: _2-26-20_

Have you previously submitted a grievance on this same issue? __YES__  If yes, what date _2-18-20_ facility __DCF__, grievance # _2020-0086_. You must submit this completed original within 15 days of the receipt of the response to the "Request to Staff". The "Request to Staff" must have been submitted within 7 days of the incident. Do not include/attach anything to this grievance except the "Request to Staff" including the response. You may quote from or make reference to statutes, operations, field, or administrative memoranda, department publications (time sheets, inventory forms, assessments, etc.). You will be permitted only one opportunity to correct any error(s) made in submitting your grievance.

1.   The nature of your complaint. This statement must be specific as to the complaint, dates, places, personnel involved, and how you were affected. One issue or incident per grievance. Use backside of this page only, if necessary. MS SHIRLEY/NURSE DENIED ME ANY MEDICAL AID ON 2-13-20 I WAS BLEEDING FROM MY MOUTH AND EVE AND HAD LACERATIONS BEHIND MY EAR. SHE TOOK MY BLOOD PRESSURE AND DID NOT APPLY ANY OTHER AID. VIEW (CAMERA) IN FOX CLASSROOM AND PICTURES FROM PHOTOS TAKEN. SHE SWORE AND TOOK OATH TO TAKE CARE OF THE SICK, INJURED, AND DYING, SHE DID NOT UPHOLD

2.   Informal action taken (including dates) to resolve the complaint, as well as the names of those employees from whom you sought an answer to your grievance. HELP! DO THE RIGHT THING. RAY LARIMER; YOU WERE NEVER DENIED CARE

3.   The action you believe the reviewing authority may lawfully take. GET READY FOR THIS MEDICAL MALPRACTICES LAW SUIT.

Grievance report sent to (warden/facility head/deputy director//correctional health services administrator):
__KELLEY PEREZ__          __WARDEN__
Name          Title

__Brandon Lee Bunn__          __3-2-20__
Signature of Grievant          Date Sent to Reviewing Authority

DOC 090124A (R 4/19)

1. Original to file
2. Copy to inmate/offender



RECEIVE
MAR 5 2020
GRIEVANCE

THAT OATH, SHE SHOWED BIAS IN HER CARE OF A PATIENT IN NEED
OF CARE / AID AND ASSISTANCE.

EMERGENCY

Fwd to Medical

**Must Be Submitted Through the Law Library or Designee**

RECEIVED FEB 2 6 2020 BY:

**Inmate/Offender Grievance Process**

CPL LARIMER **REQUEST TO STAFF**

TO: ARA / WARDEN YATES   FACILITY/UNIT: DCF   DATE: 2-16-20

(NAME AND TITLE OF STAFF MEMBER)

I have ____ have not ✓ already submitted a "Request to Staff" or grievance on this same issue.

If yes, what date: _____ facility: _____ grievance #: _____

I affirm that I do ____ do not ✓ have a grievance pending on this issue.

I affirm that I do ____ do not ✓ have a lawsuit of any type pending that relates in any way to this issue.

If a lawsuit is pending, indicate case number and court: _____

This request ____ does ____ does not relate to a pending misconduct report. If it does, this request may only be answered by the disciplinary coordinator assigned to the misconduct.

SUBJECT: State completely, but briefly, the problem on which you desire assistance. This statement must be specific as to the complaint, dates, places, personnel involved, and how you were affected. One issue or incident per "Request to Staff." Your failure to specifically state your problem may result in this being returned unanswered.

MS SHIRLEY/NURSE DENIED ME ANY MEDICAL AID ON 2-13-20
I WAS BLEEDING FROM MY MOUTH AND EYE AND HAD LACERATIONS
BEHIND MY EAR. SHE TOOK MY BLOOD PRESSURE AND DID NOT APPLY
ANY OTHER AID. VIEW (CAMERA) IN FOX-11ASS ROOM AND PICTURES FROM

(USE OTHER SIDE IF MORE SPACE IS NEEDED. DO NOT ATTACH ADDITIONAL PAGES.)

ACTION REQUESTED: State exactly how you believe your request may be handled; that is, what exactly should be done and how. ENROLL THE PARANOIA ALSO HELP & DO THE RIGHT THING

NAME: BRANDON L BROWN   DOC NUMBER: 592090 UNIT & CELL NUMBER: EC 1 10

(PRINT)

SIGNATURE: BdB   WORK ASSIGNMENT: _____

---

**DO NOT WRITE BELOW THIS LINE**   FEB 26 2020

DISPOSITION: You were never denied care

STAFF MEMBER   DATE   2-27-2020

RECEIVED MAR 0 4 2020 GRIEVANCE

Date response sent to inmate/offender: _____ FEB 28 2020

1. Original to file
2. Copy to inmate/offender

DOC 090124D (R 4/19)

PHOTOS TAKEN. SHE SWORE AND TOOK AN OATH TO TAKE
CARE OF THE SICK, INJURED AND DYING. SHE DID NOT UPHOLD
THAT OATH. SHE SHOWED BIAS IN HER CARE OF A
PATIENT IN NEED OF CARE/AID AND ASSISTANCE.



RECEIVED
MAR 0 4 2020
GRIEVANCE

SCOTT CROW
DIRECTOR



J. KEVIN STITT
GOVERNOR

## STATE OF OKLAHOMA
### OKLAHOMA DEPARTMENT OF CORRECTIONS
ADMINISTRATIVE REVIEW AUTHORITY

DCF 20-055, 20-072, 20-082

Date:       MAY 11, 2020

To:        BROWN, BRANDON #592090

Location:   DCF

From:      Mark Knutson, Director's Designee   *Mark Knutson*

**Your grievance/correspondence was filed improperly for the following reason(s):**

|   | 1. | No reviewing authority response to the grievance. |
|---|----|----|
|   | 2. | No informal action, Request to Staff response included. |
|   | 3. | Out of time from date of alleged incident until filing Request to Staff. |
|   | 4. | Out of time from date of response to Request to Staff until filing the grievance with the reviewing authority. |
| X | 5. | Received **out of time** from date of the reviewing authority's response. |
|   | 6. | You cannot appeal a non-response. See OP-090124 section V.B.1.b.(8) (Request to Staff) or VI.C.4. (grievance). |
| X | 7. | Inmate on grievance restriction and/or proper documentation **not** included. See OP-090124, section X.B.2.a. |
|   | 8. | Must be legibly written in blue or black ink. No pencil or other color of ink is allowed. No doodling or writing in margins. |
|   | 9. | Attachments to the grievance/appeal (no additional pages allowed except affidavit if required). |
|   | 10. | Not an issue grievable to Oklahoma Department of Corrections (**Private prison property**, misconduct, litigation pending, not within/under the authority/control of the Department of Corrections) |
|   | 11. | More than one issue or the complaint and relief requested are not consistent on the Request to Staff and grievance. |
|   | 12. | Not of a sensitive nature.  You must follow the standard grievance process including giving the reviewing authority an opportunity to respond.  Emergency grievances must be submitted to the reviewing authority. See OP-090124, section IX.A. |
|   | 13. | Requests for disciplinary action against staff or **monetary compensation** will not be addressed in the grievance process. |
|   | 14. | Appeal form not signed/**dated**. |
|   | 15. | The ruling of the Administrative Review Authority or Director's Designee is final. |
|   | 16. | Facility grievance number not listed on the appeal form. |
|   | 17. | Additional issues submitted in the grievance appeal and not presented in the initial grievance to the reviewing authority for response will not be addressed by this office. |
|   | 18. | You have failed to follow previous instructions from the reviewing authority or ARA for filing this grievance/appeal and/or properly resubmit. **YOU ARE NOW OUT OF TIME.** |
|   | 19. | You did not provide the **date** that you received the reviewing authority's response on the appeal form. |
|   | 20. | This grievance is unanswerable as there are no time frames specified for the alleged action(s) to have occurred |
|   | 21. | You failed to identify your grounds for an appeal by checking one, or both boxes on the appeal form. |
|   | 22. | Your appeal must be written on the Misconduct/Grievance Appeal form (DOC060125Veffective **4/19**). |
|   | 23. | You will be afforded ONE FINAL opportunity to properly resubmit your corrected grievance or appeal which must be received in ARA within ten (10) days of receipt of this form. **DO NOT RETURN THIS FORM WITH YOUR CORRECTED APPEAL.** |
| X | 24. | Other:  NO AFFIDAVIT AS REQUIRED.  THREE APPEAL FORMS IN ONE ENVELOPE. |

**THIS OFFICE WILL NOT PROCESS INCOMPLETE/INACCURATE/OUTDATED APPEAL FORMS**
NOTE: Abuse of the grievance process as explained in section IX of OP-090124, will result in restrictions being imposed.
    I acknowledge receipt of this response:_____
                                            **Inmate's signature and date**



## Grievance Decision from Reviewing Authority

| Inmate/Offender Name: | Brown, Brandon | | | DOC Number | 592090 |
|---|---|---|---|---|---|
| Receipt Date: | 03/06/2020 | Grievance Category Code: | 6 | Grievance Number: | 2020-1001-00082-G |

| 1. Discrimination | 3. Complaint against staff | 5.Disciplinary process | 7.Medical | 9. Records/Sentence Admin. |
|---|---|---|---|---|
| | | | 8. Property/Trust | |
| 2. Classification | 4. Condition of confinement | 6.Legal | Fund | 10.Religion 11.Personal Identity |

Decision:

Inmate Brown is requesting photos of an incident that occurred on 2/13/2020.

Inmate Brown is on grievance restrictions and did not have a notarized affidavit with the grievance form. He has been told that an attorney would need to request the photos. Inmates are not allowed to have video or photos that would compromise the security of the facility.

Inmate Brown's **RELIEF IS DENIED.**

_____
Reviewing Authority – Facility Health Services Admin (medical issues)     Date

_____
Review Authority – Facility/Unit Head     Date   3/20/20

I have received the copy of the response of the reviewing authority.

Refused to sign

_____
Signature of Grievant     Date   4.7.2020

_____
Signature of Staff Witness and Printed Name of Witness     Date

You may appeal to the Administrative Review Authority or Personal Identity ARA at Department of Corrections, P.O Box 11400, Oklahoma City, OK  73136-0400 or Medical ARA at 2901 N. Classen Blvd, Suite 200, Oklahoma City, OH 73106, within 15 days of the receipt of response using only DOC Form 060125V entitled "Misconduct/Grievance Appea to Administrative Review Authority." Do not send this decision to the Administrative Review Authority or Medical ARA

1. Original to file
2. Copy to inmate/offender

DOC 090124B (R 4/19)

**RECEIVED**
MAR 0 6 2020
**GRIEVANCE**

## INMATE/OFFENDER GRIEVANCE

Grievance no. 2020 - 1001 - 00082 - G

Grievance code: 6

Response due: 3-26-2020

**DO NOT WRITE ABOVE THIS LINE**

Date   3-3-20                          Facility or Unit   FOX - PHARLIE #110

Name   BRANDON LEE BROWN           Facility Housing Unit   DAVIS CORRECTIONAL FAC.
       (Print)

DOC Number   597090                 Date "Request to Staff" response received:   3-2-20

Have you previously submitted a grievance on this same issue? YES   If yes, what date 2-27-19 , facility
DCF , grievance #2020-0949. You must submit this completed original within 15 days of the receipt of the
response to the "Request to Staff". The "Request to Staff" must have been submitted within 7 days of the incident.
Do not include/attach anything to this grievance except the "Request to Staff" including the response. You may
quote from or make reference to statutes, operations, field, or administrative memoranda, department publications
(time sheets, inventory forms, assessments, etc.). You will be permitted only one opportunity to correct any
error(s) made in submitting your grievance.

1.   The nature of your complaint. This statement must be specific as to the complaint, dates, places,
     personnel involved, and how you were affected. One issue or incident per grievance. Use backside of
     this page only, if necessary. I HAVE A RIGHT TO BE MY OWN COUNSEL, I AM AN ADULT
     OF SOUND MIND OF AGE DOC OP 030115 PG(5) D "PHOTOCOPYING SERVICES
     FOR DOCUMENTS" "LEGAL SERVICES WILL BE AVAILABLE DURING REGULAR LAW
     LIBRARY HOURS, I HAVE REQUESTED ONCE ALREADY TO YOU, MS. VAUGN

2.   Informal action taken (including dates) to resolve the complaint, as well as the names of those employees
     from whom you sought an answer to your grievance.

     PLEASE PROVIDE DOCUMENTED PHOTOGRAPHS EITHER FROM POD CAMERAS
     OR HANDCAMERA USED DURING DATE OF INCIDENT.
MS PATTERSON; SIR IF YOU COULD PROVIDE ME THE AOC POLICY NUMBER THAT ENTITLES
YOU TO CAMERA FOOTAGE, I WOULD LOVE TO DIRECT YOU ON THE RIGHT PATH ATTACHED IS THE POLICY

3.   The action you believe the reviewing authority may lawfully take. I HAVE FOUND.
     PLEASE FOLLOW DOC OP 030115 PG(5) D. (PG)9 D [5] D [6]

Grievance report sent to (warden/facility head/deputy director//correctional health services administrator):
PEREZ                                    WARDEN
Name                                     Title
_Brandon Lee Brown_                      3-3-20
Signature of Grievant                    Date Sent to Reviewing Authority

DOC 090124A (R 4/19)

1. Original to file
2. Copy to inmate/offender



RECEIVED

MAR 1 3 2020

GRIEVANCE

ANSWERED STATING SOME NON-SENSE. ACCORDING TO THE DOC OP IT IS YOUR RESPONSIBILITY TO PROVIDE THESE DOCUMENTS. WHEN READING THE OPS YOU HAVE NO LEGAL BASIS FOR MY DENIAL. I WILL STATE OP D)5.) THE LAW LIBRARY SUPERVISOR WILL ENSURE THE PHOTO COPIES ARE AVAILABLE WITHIN (48) HOURS (EXCLUDING WEEKENDS AND HOLIDAYS) AFTER THE DOCUMENTS WHERE SUBMITTED FOR ~~DOCUMENTATION~~ PHOTO-COPYING. STAFF WILL ONLY VIEW MATERIAL FOR PHOTO COPYING TO THE EXTENT NECESSARY TO DETERMINE WHETHER APPROPRIATE FOR LEGAL PHOTOCOPYING AND TO ENSURE LEGIBLE COPYING BY MACHINE. D) 6.) PHOTOCOPYING SERVICES WILL BE PROVIDED BY THE LAW LIBRARY SUPERVISOR.

ON 2-13-20 I WAS PHYSICALLY ASSAULTED AND BRUTALLY BEATEN IN MY FACE. I AM SEEKING TO FILE A LAW SUIT FOR ✗ DAMAGES OF ALL CATAGORIES. DISCRIPTION OF MY INJURY BEING ONE OF THEM.

RECEIVED
MAR 0 2 2020

### Must Be Submitted Through the Law Library or Designee.
### Inmate/Offender Grievance Process
### REQUEST TO STAFF

TO: _LAWLIBRARY MS PRT._        FACILITY/UNIT: _DCF_        DATE: _2-22-20_
(NAME AND TITLE OF STAFF MEMBER)

I have ____ have not __✓__ already submitted a "Request to Staff" or grievance on this same issue.
If yes, what date: _____  facility: _____  grievance #: _____
I affirm that I do ___ do not __✓__ have a grievance pending on this issue.
I affirm that I do ___ do not __✓__ have a lawsuit of any type pending that relates in any way to this issue.
If a lawsuit is pending, indicate case number and court: _____
This request ____ does __✓__ does not relate to a pending misconduct report. If it does, this request may only be answered by the disciplinary coordinator assigned to the misconduct.

SUBJECT:   State completely, but briefly, the problem on which you desire assistance. This statement must be specific as to the complaint, dates, places, personnel involved, and how you were affected. One issue or incident per "Request to Staff." Your failure to specifically state your problem may result in this being returned unanswered.

_I HAVE A RIGHT TO BE MY OWN COUNSEL. I AM AN ADULT OF SOUND MIND OF AGE._
_DOC OP 030115 PG(8) A. "PHOTOCOPYING SERVICES FOR DOCUMENTS" LEGAL SERVICES_
_WILL BE AVAILABLE DURING REGULAR LAW LIBRARY HOURS. I HAVE REQUESTED ONCE ALREADY_
_TO YOU. MS. VAUGN ANSWERED STATING SOME NON-SENSE ACCORDING TO THE DOC OP_
(USE OTHER SIDE IF MORE SPACE IS NEEDED.  DO NOT ATTACH ADDITIONAL PAGES.)

ACTION REQUESTED: State exactly how you believe your request may be handled; that is, what exactly should be done and how.
_PLEASE PROVIDE DOCUMENTED PHOTOGRAPHS EITHER FROM POD CAMERAS OR_
_AUDIO CAMERA USE DURING DATE OF THE INCIDENT_

NAME: _BRANDON LEE BROWN_   DOC NUMBER: _592090_   UNIT & CELL NUMBER: _FL 118_
(PRINT)

SIGNATURE: _[signature]_        WORK ASSIGNMENT: _____

### DO NOT WRITE BELOW THIS LINE        MAR 02 2020

DISPOSITION:
_Sir if you could provide me the Doc Policy number_
_that entitles you to camera footage. I would have_
_to direct you on the right path. Attached is the policy_
_I have to you._

_3/02/2020_

RECEIVED
MAR 0 6 2020

STAFF MEMBER        DATE
MAR 0 3 2020

Date response sent to inmate/offender: _____
1. Original to file
2. Copy to inmate/offender

GRIEVANCE
DOC 090124D (R 4/19)

IT IS YOUR RESPONSIBILITY TO PROVIDE THESE DOCUMENTS. UPON READYING THE OPS YOU HAVE NO LEGAL BASIS FOR DENIAL, I WILL STATE OP D) 5.) THE LAW LIBRARY SUPERVISOR WILL ENSURE THE PHOTOCOPIES ARE AVAILABLE WITHIN 48 HOURS (EXCLUDING WEEKENDS AND HOLIDAYS) AFTER THE DOCUMENTS WERE SUBMITTED FOR PHOTOCOPYING. STAFF WILL ONLY VIEW MATERIAL FOR PHOTOCOPYING TO THE EXTENT NECESSARY TO DETERMINE WHETER APPROPRIATE FOR LEGAL PHOTOCOPYING AND TO ENSURE LEGIBLE COPYING BY THE MACHINE.

D) 6.) PHOTOCOPYING SERVICES WILL BE PROVIDED BY THE LAW LIBRARY SUPERVISOR.

ON 2-13-20 I WAS PHYSICALLY ASSAULTED AND BRUTALLY BEATEN IN MY FACE. I AM SEEKING TO FILE A LAWSUIT FOR $. DAMAGES OF ALL CATAGORIES. DISCRIPTIONS OF MY INJURY BEING ONE OF THEM.


RECEIVED
MAR 0 6 2020
GRIEVANCE

## Grievance Decision from Reviewing Authority

| Inmate/Offender Name: | Brown, Brandon | | | DOC Number | 592090 |
|---|---|---|---|---|---|
| Receipt Date: | 03/04/2020 | Grievance Category Code: | 3 | Grievance Number: | 2020-1001-00087-G |

| | | | 7.Medical | 9. Records/Sentence Admin. |
|---|---|---|---|---|
| 1. Discrimination | 3. Complaint against staff | 5.Disciplinary process | 8. Property/Trust | |
| 2. Classification | 4. Condition of confinement | 6.Legal | Fund | 10.Religion 11.Personal Identity |

Decision:

Inmate Brown is requesting an extension because he has no control over when he get the RTS's returned.

Inmate Brown is on grievance restrictions and did not have a notarized affidavit with the grievance form. You are capable of requesting RTS from the law library even if they are unanswered. You are out of time.

Inmate Brown's **RELIEF IS DENIED.**

| Reviewing Authority – Facility Health Services Admin (medical issues) | Date |
|---|---|
| | 3/20/20 |
| Review Authority – Facility/Unit Head | Date |

I have received the copy of the response of the reviewing authority.

| Refused to sign | |
|---|---|
| Signature of Grievant | Date |
| | 4.7.2020 |
| Signature of Staff Witness and Printed Name of Witness | Date |

You may appeal to the Administrative Review Authority or Personal Identity ARA at Department of Corrections, P.C Box 11400, Oklahoma City, OK  73136-0400 or Medical ARA at 2901 N. Classen Blvd, Suite 200, Oklahoma City, OI 73106, within 15 days of the receipt of response using only DOC Form 060125V entitled "Misconduct/Grievance Appea to Administrative Review Authority." Do not send this decision to the Administrative Review Authority or Medical ARA

1. Original to file
2. Copy to inmate/offender

DOC 090124B (R 4/19)

**INMATE/OFFENDER GRIEVANCE**

Grievance no. 2020·1001·00087·G

Grievance code: 3

Response due: 3·24·2020

**RECEIVED**

MAR 0 4 2020

**GRIEVANCE**

---

**DO NOT WRITE ABOVE THIS LINE**

Date  _1-7-20_                          Facility or Unit  _DAVIS CORRECTIONAL_

Name  _BRANDON LEE BROWN_         Facility Housing Unit  _FOX-CHARLIE #110_
(Print)

DOC Number  _592090_            Date "Request to Staff" response received:  _12-18-19_

Have you previously submitted a grievance on this same issue? _YES_ If yes, what date _12-12-19_, facility _DCF_, grievance # _2019-7844_ You must submit this completed original within 15 days of the receipt of the response to the "Request to Staff". The "Request to Staff" must have been submitted within 7 days of the incident. Do not include/attach anything to this grievance except the "Request to Staff" including the response. You may quote from or make reference to statutes, operations, field, or administrative memoranda, department publications (time sheets, inventory forms, assessments, etc.). You will be permitted only one opportunity to correct any error(s) made in submitting your grievance.

1. The nature of your complaint. This statement must be specific as to the complaint, dates, places, personnel involved, and how you were affected. One issue or incident per grievance. Use backside of this page only, if necessary. _MS. UNDERWOOD IS TRING TO UNDERMINE MY GRIEVANCE PROCESS. I FILLED OUT THE FORM INCORRECTLY. SHE HAVING BEEN DOING THIS JOB FOR ATLEAST A DETADE OR MORE "KNOWS." THE (30) DAYS PROCESS THAT SHOULD BE UPHELD IN THE LAW LIBRARY. SHE INTENTIONALLY SERVED ME A "GRIEVANCE RETURNED UNANSWERED" ON 12-11-19 WITH A RESPONSE_

2. Informal action taken (including dates) to resolve the complaint, as well as the names of those employees from whom you sought an answer to your grievance. _I FORWARD A "RTS" TO WARDEN YATES. GENTRY ANSWERED: 12/23/19 WAS A MON-DAY PRIOR TO THE HOLIDAY WHICH BY YOUR OWN ADMISSION WAS WELL BEYOND THE (10) DAY TIMEFRAME REQUIRED O.P.O124 VI, A.5, WHICH ADDRESS IMPROPER FILING. GRIEVANCE BEING RETURNED UNANSWERED. DATED 1/5/20_

3. The action you believe the reviewing authority may lawfully take. _THEY STILL HAVE NOT ANSWERED THE "RTS" ON 1-7-20 I HAVE NO CONTROL OVER HOW LONG IT WILL TAKE TO GET BACK TO ME. PLEASE EXTEND TIME UNTIL "RTS" IS ANSWERED._

Grievance report sent to (warden/facility head/deputy director//correctional health services administrator):
_JAMES YATES_                              _WARDEN_

Name                                        Title
_Brandon Lee Brown_                         _1-7-20_
Signature of Grievant                       Date Sent to Reviewing Authority

1. Original to file
2. Copy to inmate/offender

DOC 090124A (R 4/19)

DUE DATE OF : (12-23-19)

CLEARLY ANY COMPETENT MIND CAN SEE THE EVIL AND MALACIOUS "TORT" INTENDED, TOWARD ME.

GRIEVANCE IS A TIMELY PROCESS. BEING SO MANY, RESTRICTIONS AND WARNINGS FOR A SIMPLE MISTAKE, IN ORDER TO THROW ANY LEGAL ACTION, I MAY, OR MAY NOT HAVE, ANOTHER OBSTACLE. BEING THAT IT IS ALL A PART OF YOUR ADMINISTRATION, AND SURROUNDED BY YOUR SECRETARY." IT SEEMS, INAPPROPRIATE!"

IT ALSO HAS TO GO THRU THE MAILING PROCESS, BEFORE I CAN RECIEVE A RESPONSE AND ANSWERS TO THE : INMATE/OFFENDER GRIEVANCE. LIKE "HAVE A GRIEVANCE BEEN SUBMITTED ? IF, YES WHAT DATE ? FACILITY? GRIEVANCE #NUMBER ? WITH (RTS) ATTACHED!

I AM BEING TREATED UNJUSTLY AND UNFAIRLY.

ALSO, BEING DENIED MY "DUE PROCESS" RITE VIOLATING 5TH AND 14TH AMENDMENT NO ACTION! SHOULD BE TAKEN IN RETAUXTION FOR CO-WORKERS, EMPLOYERS, FRIENDS, SPOUSES, ETC.

RECEIVED

DEC 1 8 2019

BY: _____

**Must Be Submitted Through the Law Library or Designee**
**Inmate/Offender Grievance Process**
**REQUEST TO STAFF**

TO: _Warden Vckes_    FACILITY/UNIT: _DCF_    DATE: _12.12.19_
(NAME AND TITLE OF STAFF MEMBER)

I have ____ have not __✓__ already submitted a "Request to Staff" or grievance on this same issue.
If yes, what date: _____ facility: _____ grievance #: _____
I affirm that I do __ do not __✓__ have a grievance pending on this issue.
I affirm that I do __✓__ do not __ have a lawsuit of any type pending that relates in any way to this issue.
If a lawsuit is pending, indicate case number and court: _____
This request ____ does __✓__ does not relate to a pending misconduct report. If it does, this request may only be answered by the disciplinary coordinator assigned to the misconduct.

SUBJECT: State completely, but briefly, the problem on which you desire assistance. This statement must be specific as to the complaint, dates, places, personnel involved, and how you were affected. One issue or incident per "Request to Staff." Your failure to specifically state your problem may result in this being returned unanswered.

_MS. UNDERWOOD IS TRING TO UNDERMINE MY GRIEVANCE_
_PROCESS. I FILLED OUT THE FORM INCORRECTLY. SHE HAVING_
_BEEN DOING THIS JOBS FOR ATLEAST A DECADE OR MORE_
_"KNOWS." THE (30) DAYS PROCESS THAT SHOULD BE UPHELD_

(USE OTHER SIDE IF MORE SPACE IS NEEDED. DO NOT ATTACH ADDITIONAL PAGES.)

ACTION REQUESTED: State exactly how you believe your request may be handled; that is, what exactly should be done and how.

_PLEASE EXTEND TIME FROM (12.23.19) TO A REASONABLE_
_AMOUNT OF TIME AND CONSIDER THE (HOLIDAYS) SHORT_
_STAFF. ETC._

_RESPECTFULLY_

NAME: _BRANDON LEE BROWN_    DOC NUMBER: _592090_    UNIT & CELL NUMBER: _EU 16_
(PRINT)

SIGNATURE: _BLBrown_    WORK ASSIGNMENT: _____    MAR 0 4 2020

RECEIVED

_Just returned from vacation._    DO NOT WRITE BELOW THIS LINE    **GRIEVANCE**

DISPOSITION:

_12/23/19 was a monday prior to the holiday which by your_
_own admission was well beyond the 10 day time frame required_
_by 090124 VI. A. 5. which addresses improper filing + grievances being returned_
_unanswered_

STAFF MEMBER _____    DATE _1/5/20_

RECEIVED

JAN 06 2020

JAN 10 2020

Date response sent to inmate/offender: _____
1. Original to file
2. Copy to inmate/offender

DOC 090124D (R 4/19)
**GRIEVANCE**

IN THE LAW LIBRARY. SHE INTENTIONALY SERVED ME A "GRIEVANCE RETURNED UNANSWERED" FORM. "ON, 12.11.19." WITH A RESPONSE DUE DATE OF: (12.23.19.)

CLEARLY ANY COMPETENT MIND CAN SEE THE EVIL AND MALACIOUS "TORT" INTENT, TOWARD ME.

GRIEVANCE IS A TIMELY PROCESS. BEING, GIVING SO MANY, RESTRICTIONS AND WARNINGS FOR A "SIMPLE MISTAKE." IN ORDER TO THROW ANY LEGAL ACTION, I MAY, OR MAY NOT HAVE, ANOTHER OBSTACLE. BEING THAT IT IS ALL APART OF YOUR ADMINISTRATION, AND SURROUNDED BY YOUR SECRETARY. IT SEEMS, INAPPROPRIATE."

IT ALSO, HAS TO GO THRU THE MAILING PROCESS, BEFORE I CAN RECIEVE A RESPONSE AND ANSWERS TO THE: INMATE/OFFENDER GRIEVANCE. LIKE, HAVE A GRIEVANCE BEEN SUBMITTED? IF YES, WHAT DATE? FACILITY? GRIEVANCE # NUMBER? WITH (RTS) ATTACHED?

I AM, BEING TREATED UNJUSTLY AND UNFAIRLY.

ALSO, BEING DENIED MY "DUE PROCESS" RITE. VIOLATING MY: 5TH AND 14TH AMENDMENT.

NO ACTION! SHOULD BE TAKEN IN RETALIATION FOR CO-WORKERS, EMPLOYEES, FRIENDS, SPOUSES, ETC.

RECEIVED
JAN 10 2020
GRIEVANCE

RTS
2019-2844

RECEIVED
MAR 04 2020
GRIEVANCE

## Grievance Decision from Reviewing Authority

| | | | | |
|---|---|---|---|---|
| Inmate/Offender Name: | Brown, Brandon | | DOC Number | 592090 |
| Receipt Date: | 03/04/2020   Grievance Category Code:   6 | | Grievance Number: | 2020-1001-00088-G |

| | | | |
|---|---|---|---|
| 1. Discrimination | 3. Complaint against staff | 5.Disciplinary process | 7.Medical           9. Records/Sentence Admin. |
| 2. Classification | 4. Condition of confinement | 6.Legal | 8. Property/Trust |
| | | | Fund 10.Religion 11.Personal Identity |

Decision:

Inmate Brown is requesting photos of an incident that occurred on 2/13/2020.

Inmate Brown is on grievance restrictions and did not have a notarized affidavit with the grievance form. He has been told that an attorney would need to request the photos. Inmates are not allowed to have video or photos that would compromise the security of the facility.

Inmate Brown's **RELIEF IS DENIED.**

Reviewing Authority – Facility Health Services Admin (medical issues)          Date

Review Authority – Facility/Unit Head          Date   3/20/20

I have received the copy of the response of the reviewing authority.

Signature of Grievant   *Refused to sign*          Date

Signature of Staff Witness and Printed Name of Witness          Date   4.7.2020

You may appeal to the Administrative Review Authority or Personal Identity ARA at Department of Corrections, P.C Box 11400, Oklahoma City, OK  73136-0400 or Medical ARA at 2901 N. Classen Blvd, Suite 200, Oklahoma City, OH 73106, within 15 days of the receipt of response using only DOC Form 060125V entitled "Misconduct/Grievance Appea to Administrative Review Authority." Do not send this decision to the Administrative Review Authority or Medical ARA

1. Original to file
2. Copy to inmate/offender

DOC 090124B (R 4/19)

INMATE/OFFENDER GRIEVANCE

**RECEIVED**

MAR 0 4 2020

**GRIEVANCE**

Grievance no. 2020 - 1001 - 00088 - G

Grievance code: 6

Response due: 3·24·2020

**DO NOT WRITE ABOVE THIS LINE**

| | | | |
|---|---|---|---|
| Date | 3-1-20 | Facility or Unit | DAVIS CORRECTIONAL |
| Name | BRANDON LEE BROWN (Print) | Facility Housing Unit | FOX-CHARLIE #110 |
| DOC Number | 592090 | Date "Request to Staff" response received: | |

Have you previously submitted a grievance on this same issue? YES  If yes, what date 2-18-20, facility DCF, grievance # 2020-087/. You must submit this completed original within 15 days of the receipt of the response to the "Request to Staff". The "Request to Staff" must have been submitted within 7 days of the incident. Do not include/attach anything to this grievance except the "Request to Staff" including the response. You may quote from or make reference to statutes, operations, field, or administrative memoranda, department publications (time sheets, inventory forms, assessments, etc.). You will be permitted only one opportunity to correct any error(s) made in submitting your grievance.

1.    The nature of your complaint.  This statement must be specific as to the complaint, dates, places, personnel involved, and how you were affected.  One issue or incident per grievance.  Use backside of this page only, if necessary. SEND PHOTOS OF PICTURES TAKEN ON 2-13-20 I HAVE A RIGHT TO MY OWN COUNSEL AND CAN NOT BE DENIED ACCESS TO PHOTOS.

2.    Informal action taken (including dates) to resolve the complaint, as well as the names of those employees from whom you sought an answer to your grievance.
SEND PHOTOS AND TAKE MONEY FOR COPIES.
VANCE: PER DOC CONTRACT MONITOR, YOUR ATTORNEY MUST REQUEST THE PHOTOS

3.    The action you believe the reviewing authority may lawfully take.
SEND PHOTOS PER DOC OPS.

Grievance report sent to (warden/facility head/deputy director//correctional health services administrator):

| | |
|---|---|
| DEREZ | WARDEN |
| Name | Title |
| Brandon Lee Brown | 3-1-20 |
| Signature of Grievant | Date Sent to Reviewing Authority |

DOC 090124A (R 4/19)

1. Original to file
2. Copy to inmate/offender

RECEIVED
FEB 2 6 2020

2020-0891

Fwd to Law Library

Must Be Submitted Through the Law Library or Designee.
Inmate/Offender Grievance Process
REQUEST TO STAFF

TO: __CONTRACT MONITOR__   FACILITY/UNIT: __DCF__   DATE: __2-18-20__
(NAME AND TITLE OF STAFF MEMBER)

I have ____ have not __✓__ already submitted a "Request to Staff" or grievance on this same issue.
If yes, what date: _____   facility: _____   grievance #: _____
I affirm that I do ____ do not __✓__ have a grievance pending on this issue.
I affirm that I do ____ do not __✓__ have a lawsuit of any type pending that relates in any way to this issue.
If a lawsuit is pending, indicate case number and court: _____
This request ____ does __✓__ does not relate to a pending misconduct report. If it does, this request may only be answered by the disciplinary coordinator assigned to the misconduct.

SUBJECT:   State completely, but briefly, the problem on which you desire assistance. This statement must be specific as to the complaint, dates, places, personnel involved, and how you were affected. One issue or incident per "Request to Staff." Your failure to specifically state your problem may result in this being returned unanswered.

SEND PHOTOS OF PICTURES TAKEN ON 2-13-20 I HAVE A RIGHT
TO MY OWN CAMERA AND CAN NOT BE DENIED ACCESS TO
PHOTOS.

(USE OTHER SIDE IF MORE SPACE IS NEEDED. DO NOT ATTACH ADDITIONAL PAGES.)

ACTION REQUESTED: State exactly how you believe your request may be handled; that is, what exactly should be done and how.
SEND PHOTOS AND TAKE MONEY FOR COPIES.

NAME: __BRANDON L BROWN__   DOC NUMBER: __592020__   UNIT & CELL NUMBER: __PC 110__
(PRINT)
SIGNATURE: __BLB__   WORK ASSIGNMENT: _____

DO NOT WRITE BELOW THIS LINE   FEB 26 2020

DISPOSITION:
Per DOC contract monitor, your attorney must request the photos.

S. Va _____   2/06/2020

STAFF MEMBER   DATE

RECEIVED
MAR 0 4 2020
GRIEVANCE

Date response sent to inmate/offender: __FEB 26 2020__
1. Original to file
2. Copy to inmate/offender

DOC 090124D (R 4/19)

## GRIEVANCE RETURNED UNANSWERED

Received:

X _Inmate refused to sign_
Inmate signature

X _6-29-2020_
Date                 DPP 6-29-2020

DATE:       June 18, 2020
TO:         Brown, Brandon #592090
FROM:       Mark Gentry, Warden   Mr
Received:   June 04, 2020
RE:         Return of Grievance # 2020-1001-00188-G

YOUR GRIEVANCE IS BEING RETURNED UNANSWERED BECAUSE OF THE FOLLOIWNG:

☐   You have not filed your grievance within the specified time frame.   *(CANNOT RESUBMIT)*

   ☐ The "Request to Staff" must be submitted within seven (7) days of the incident.

   ☐ The inmate/offender grievance must be submitted by the inmate/offender 15 days from the
     date of the receipt of the response to the "Request to Staff."

☐   An ANSWERED Request to Staff form addressed to the correct staff member must be attached.

☐   The Request to Staff issue is not consistent with the issue requested on the Grievance.

☐   Inmate Request forms are not utilized in the Grievance Process.

☐   You have not completed the Grievance form correctly, in its entirety, or on the correct form.

☐   Grievances submitted must be legibly written or typed, in blue or black ink. No pencil,
    highlighter, or other color of ink is allowed. No drawing, decorating, doodling, or making
    comments, in the margins of the pages is permitted.

☐   The Grievance and Request to staff must be specific as to the Complaint, Dates, Places,
    Personnel Involved and How the Inmate was Affected.

☐   Classification Movement requests to transfer to another facility, are not grievable to DOC.

☐   If there has not been response to your Request to Staff in 30 days, but no later than 60 days, of
    submission, the Inmate may file a grievance to the reviewing authority with a copy of the "Request
    to Staff" attached to the grievance form. (Ask the law library supervisor for a copy of the RTS.)
    The grievance form may only be filed about the lack of response to the "Request to Staff."

☐   Only ONE ISSUE OR INCIDENT is allowed per Grievance and Request to Staff.

☒   You are on Grievance Restriction, proper documentation was not included.

☐   It has been determined that the grievance is not of an Emergency or Sensitive nature. The grievance
    is being returned and you must comply with the standard grievance process.

Page 2 of 2

*Inmate refused to sign*
*6·29·2020*
*815*

☒ **Section-09 Programs Page: 4 OP-090124 Effective Date: 04/11/2019**
**B. Non-grievable Issues**
1. Misconduct reports received through the agency disciplinary procedures may not be appealed through the grievance process. Misconduct reports may only be appealed through the disciplinary appeal process as referenced in OP-060125 entitled "Inmate/Offender Disciplinary Procedures."

☐ 2. Grievances shall not be submitted:

    ☐ (a) about matters that are in the course of litigation;

    ☐ (b) about matters that include requests for disciplinary action against staff;

    ☐ (c) requesting monetary compensation; or

    ☐ (d) For property issues at privately contracted facilities. These are to be resolved by the privately contracted facility and are not grievable or appealable to ARA.

☐ Property issues may be addressed by utilizing the requirements of CCA Policy 14-6: Inmate Resident Property (Property Claim 14-6D and Appeal 14-6E).

☐ **Section-09 Programs Page: 18 OP-090124 Effective Date: 04/11/2019**
A. Determining Abuse of the Grievance Process
1. The appropriate reviewing authority may determine there is abuse or misuse of the grievance process and may restrict the inmate's/offender's ability to submit a grievance. Types of abuse, include, but are not limited to: (PREA 115.52(g))

☐ a. Grievances intended to harass another;
☐ b. The continual and repeated submitting of frivolous grievances (frivolous grievances are those with no basis in fact or law);
☐ c. The repeated submitting of grievances or "Requests to Staff" about an issue previously addressed by staff in their written response;
☐ d. Grievances about de minimis (small, trifling, no available remedy) issues;
☐ e. Repetitive grievances by multiple inmates/offenders about the same issue;
☐ f. An inmate/offender writing letters instead of utilizing the grievance process and failing to bring complaints by formal grievance;
☐ g. Continued procedural defects, such as submitting additional pages, after having been previously warned.
☐ Because of continued abuse of the grievance process this serves as an official warning.

☐ You will be afforded the opportunity to properly re-submit a grievance form within **10 days** of receipt of this notice **WITH THE NOTED CORRECTIONS COMPLETED.** The grievance form must be proper, complete, and submitted to the proper reviewing authority. The failure of such waives/forfeits the right to proceed in the grievance process.

☐ Due to your continued failure to submit a properly filed grievance, you are now **OUT OF TIME**.
*74 misconducts*
☒ Other: ~~Grievances~~ are not a grievable issue. You are grievance restriction. Notarized affidavit was not attached to grievance.

## GRIEVANCE RETURNED UNANSWERED

CMailed
TO OS 6/23/2020

Received:
_____

X_____
**Inmate signature**

X_____
**Date**

| | |
|---|---|
| **DATE:** | June 18, 2020 |
| **TO:** | Brown, Brandon #592090 |
| **FROM:** | Mark Gentry, Warden |
| **Received:** | June 04, 2020 |
| **RE:** | Return of Grievance # 2020-1001-**00188**-G |

*YOUR GRIEVANCE IS BEING RETURNED UNANSWERED BECAUSE OF THE FOLLOIWNG:*

☐   You have not filed your grievance within the specified time frame.  *(CANNOT RESUBMIT)*

  ☐ The "Request to Staff" must be submitted **within seven (7) days of the incident.**

  ☐The inmate/offender grievance must be submitted by the inmate/offender 15 days from the
    **date of the receipt of the response to the "Request to Staff."**

☐   An **ANSWERED** Request to Staff form addressed to the **correct staff member** must be attached.

☐   The **Request to Staff** issue is not consistent with the issue requested on the **Grievance.**

☐   **Inmate Request forms are not utilized in the Grievance Process.**

☐   You have not completed the **Grievance form correctly, in its entirety, or on the correct form.**

☐   Grievances submitted must be **legibly written or typed, in blue or black ink. No pencil,**
    **highlighter, or other color of ink is allowed.** No drawing, decorating, doodling, or making
    comments, in the margins of the pages is permitted.

☐   The **Grievance and Request to staff** must be specific as to the **Complaint, Dates, Places,**
    **Personnel Involved and How the Inmate was Affected**.

☐   Classification Movement requests to transfer to another facility, are not grievable to DOC.

☐   If there has not been response to your Request to Staff in 30 days, but no later than 60 days, of
    submission, the inmate may file a grievance to the reviewing authority with **a copy of the "Request**
    **to Staff" attached to the grievance form. (Ask the law library supervisor for a copy of the RTS.)**
    **The grievance form may only be filed about the lack of response to the "Request to Staff."**

☐   Only **ONE ISSUE OR INCIDENT** is allowed per **Grievance** and **Request to Staff.**

☒   You are on **Grievance Restriction**, proper documentation was not included.

☐   It has been determined that the grievance is not of an **Emergency or Sensitive** nature. The grievance
    is being returned and you must comply with the standard grievance process.

☒ **Section-09 Programs Page: 4 OP-090124 Effective Date: 04/11/2019**
**B. Non-grievable Issues**
1. Misconduct reports received through the agency disciplinary procedures may not be appealed through the grievance process. Misconduct reports may only be appealed through the disciplinary appeal process as referenced in OP-060125 entitled "Inmate/Offender Disciplinary Procedures."

☐ 2. Grievances shall not be submitted:

    ☐ (a) about matters that are in the course of litigation;

    ☐ (b) about matters that include requests for disciplinary action against staff;

    ☐ (c) requesting monetary compensation; or

    ☐ (d) For property issues at privately contracted facilities. These are to be resolved by the privately contracted facility and are not grievable or appealable to ARA.

☐ Property issues may be addressed by utilizing the requirements of CCA Policy 14-6: Inmate Resident Property (Property Claim 14-6D and Appeal 14-6E).

☐ **Section-09 Programs Page: 18 OP-090124 Effective Date: 04/11/2019**
A. Determining Abuse of the Grievance Process
1. The appropriate reviewing authority may determine there is abuse or misuse of the grievance process and may restrict the inmate's/offender's ability to submit a grievance. Types of abuse, include, but are not limited to: (PREA 115.52(g))
☐ a. Grievances intended to harass another;
☐ b. The continual and repeated submitting of frivolous grievances (frivolous grievances are those with no basis in fact or law);
☐ c. The repeated submitting of grievances or "Requests to Staff" about an issue previously addressed by staff in their written response;
☐ d. Grievances about de minimis (small, trifling, no available remedy) issues;
☐ e. Repetitive grievances by multiple inmates/offenders about the same issue;
☐ f. An inmate/offender writing letters instead of utilizing the grievance process and failing to bring complaints by formal grievance;
☐ g. Continued procedural defects, such as submitting additional pages, after having been previously warned.
☐ **Because of continued abuse of the grievance process this serves as an official warning.**

☐ You will be afforded the opportunity to properly re-submit a grievance form within **10 days** of receipt of this notice **WITH THE NOTED CORRECTIONS COMPLETED.** The grievance form must be proper, complete, and submitted to the proper reviewing authority. The failure of such waives/forfeits the right to proceed in the grievance process.

☐ Due to your continued failure to submit a properly filed grievance, you are now **OUT OF TIME**.
TH Misconducts
☒ Other: ~~Grievances~~ *are not a grievable issue. You are grievance restriction. Notarized affidavit was not attached to grievance.*

**INMATE/OFFENDER GRIEVANCE**

Grievance no. 2020-1001-00188-6

Grievance code: 5

Response due: 6/23/20

**RECEIVED**

**JUN 0 4 2020**

**GRIEVANCE**

---

**DO NOT WRITE ABOVE THIS LINE**

Date  6-2-20

Name  BRANDON LEE BROWN
(Print)

DOC Number  592090

Facility or Unit  FOX-CHARLIE #10

Facility Housing Unit  DAVIS CORR FACILITY

Date "Request to Staff" response received: _____

Have you previously submitted a grievance on this same issue? _YES_ If yes, what date _3-28-20_ facility _OCF_, grievance # _2020-2458_. You must submit this completed original within **15 days** of the receipt of the response to the "Request to Staff". The "Request to Staff" must have been submitted within 7 days of the incident. Do not include/attach anything to this grievance except the "Request to Staff" including the response. You may quote from or make reference to statutes, operations, field, or administrative memoranda, department publications (time sheets, inventory forms, assessments, etc.). You will be permitted only one opportunity to correct any error(s) made in submitting your grievance.

1.  The nature of your complaint. This statement must be specific as to the complaint, dates, places, personnel involved, and how you were affected. One issue or incident per grievance. Use backside of this page only, if necessary. ON - 3-25-20 I RECIEVED A SUPPLEMENT REPORT ADVISED FROM DIRECTOR OR DISIGNEE UPON RECIEVING IT, I LEARNED THAT MARK MOWERS IS THE OFFICER WHO WROTE THE. THIS COMPLAINT IS FOR HIM FALSIFIYING DOCUMENTS I FIRST NOTICE FROM READING REPORT, THE (3RD) SENTENCE IS FALSE AND INCORRECTLY STATED AND INACURATE TAILS OF EVENTS THAT OCCURED 2-13-20. FIRT HE STATED "/"

2.  Informal action taken (including dates) to resolve the complaint, as well as the names of those employees from whom you sought an answer to your grievance. / WISH TO EXHAUST REMEDIES, INFORMAL RESOLUTIONS ARE NOT CAPABLE AT THIS POINT.
MS. UNDERWOOD: I'M BROWN YOU NEED TO GO THROUGH THE APPEAL PROCESS IF THIS IS A MISCONDUCT YOU CAN APPEAL TO ODC YOU CAN VOICE YOUR CONCERNS AT THAT TIME

3.  The action you believe the reviewing authority may lawfully take.
ALREADY IN COURT. RESPECTFULLY!

---

Grievance report sent to (warden/facility head/deputy director//correctional health services administrator):
GENTRY     WARDEN

Name  Brandon Lee Brown        Title  6-2-20

Signature of Grievant        Date Sent to Reviewing Authority

DOC 090124A (R 4/19)

1. Original to file
2. Copy to inmate/offender

TOOK A AGGRESSIVE STANCE", OR THE SAME SENTENCE IN THE SAME SENTENCE SAYS; AND ATTEMPTED TO GET UP FROM THE GROUND "WHICH IS CONFLICTED FROM THE FIRST STATEMENT OF "AGGRESSIVE STANCE" HOW CAN I BE STANDING IF I AM ON THE GROUND? WHICH IS CONFLICTED THE NEXT STATE-MENT OF ; AND CHARGE THE EXTRACTION TEAM." OKAY SO LETS BREAK THAT DOWN "", "TOOK A AGGRESSIVE STANCE AND ATTEMPTED TO GET UP OFF FROM THE GROUND AND CHARGE THE EXTRACTION TEAM." SOUNDS LIKE A ACCUSATION RATHER THAN A FACT. FIRST OF ALL IF I NEVER GOT OFF THE GROUND, HOW THEN CAN HE SAY; CHARGE THE EXTRACTION TEAM? ON MARCH 16.2020 I RECIEVED A RESPONSE FROM ② MARK KNUTSON STATED: "ONCE RESTRAINED I ATTEMPTED TO CHARGE THE EXTRACTION TEAM, ② MARK WROTE THIS STATEMENT OF "ALLEGEDLY" SOME OFFICIAL TOLD HIM AT THIS FACILITY. TWO CONTRADICTING STATEMENTS. ONE "ALLEGING" I DID ATTACK, THE OTHER (ALLEGATIONS) ALL TOGETHER. ② MARK 3-16-20 STATED; AT THIS POINT, THIS OFFICE HAS NO IDEA WHAT OCCURED ON 2-13-20, THIS IS NO CLERICAL ERROR BY FAR IT IS LEGIBLE AND FALSIFIED! HE ALSO (ALLEGE) 5 I (ALLEGE) 6 OFFICERS IN TACTICAL GEAR.(VIEW FOOTAGE) HE (ALLEGE) I RESISTED BUT IN THE FIRST SENTENCE SAY I COMPLIED WHEN GIVEN VERBAL ORDERS TO SUBMIT TO HAND RESTRAINTS, HUH? HE ALLEGE ABRASION/SCRATCH. I NOW HAVE A (1) INCH INCISION ABOVE MY LEFT EYE WITH A MINOR CUT ABOVE IT, MY RIGHT LIP HAD A PUNCHED WOUND THAT LOOK AS IF A KEY OR FORIEGN OBJECT CUT IT. SCARS STILL VISIBLE, INSIDE MY MOUTH A (2) INCH CUT THAT REVIEWED CARTALIDGE AND GUT I SAL INSIDE SCAR STILL VISIBLE (REDDENED UN-DER LEFT EYE) NOT LIKELY! MY FACE WAS SO SWOLLEN PLASMA CAME OUT OF MY PORES. FOR SUCH ALLEGATION MADE IN THIS MANNER STATING MINOR INJURIES SURELY WOULD'VE BEEN PHOTOGRAPHED AND FORWARDED ACCORDING TO DOC POLICY. ITS OBVIOUS HE TRIED TO HIDE FACTS AND FABRICATE OTHERS. ON THE ACTUAL WRITE-UP IT SEEMS THAT HE "TYPED IN POSSESSION OF ILLEGAL DRUG" SOMEONE SCRATCHED THAT OUT. I AINT THE BRIGHTEST CRAYON BUT SEEMS LIKE I WAS ABOUT TO GET ACCUSED OF HAVING/ILLEGAL DRUGS WHICH I BELIEVE A X-23 (OR IM APPAULED AND CONFUSED)

E. EVIDENCE OP-060125 (PG-14) 1-(2) IF SUCH EVIDENCE IS TOO VOLUMINOUS TO BE READILY SECURED IT MAY BE PHOTOGRAPHED OR PHOTOCOPIED AND DESCRIBED IN ITS ORIGINAL STATE. SAMPLES AND PHOTOCOPIES WILL ALSO BE ATTACHED TO THE "OFFENSE REPORT

RECEIVED

JUN 0 4 2020

GRIEVANCE

FWD to Grievance Coordinator   RECEIVED
MAY 2 8 2020
BY:_____

**Must Be Submitted Through the Law Library or Designee**
**Inmate/Offender Grievance Process**
**REQUEST TO STAFF**

TO: __WARDEN / MOA__   FACILITY/UNIT: __DCF__   DATE: __3-28-20__
(NAME AND TITLE OF STAFF MEMBER)

I have ___ have not ✔ already submitted a "Request to Staff" or grievance on this same issue.
If yes, what date: _____ facility: _____ grievance #: _____
I affirm that I do ~ do not ✔ have a grievance pending on this issue.
I affirm that I do _ do not ✔ have a lawsuit of any type pending that relates in any way to this issue.
If a lawsuit is pending, indicate case number and court: _____
This request ___ does ___ does not relate to a pending misconduct report. If it does, this
request may only be answered by the disciplinary coordinator assigned to the misconduct.

RECEIVED JUN 01 2020 GRIEVANCE

**SUBJECT:** State completely, but briefly, the problem on which you desire assistance. This statement
must be specific as to the complaint, dates, places, personnel involved, and how you were affected. One
issue or incident per "Request to Staff." Your failure to specifically state your problem may result in this
being returned unanswered.

ON 3-25-20 I RECIEVED A SUPPLEMENTAL REPORT ADVISED FROM DIRECTOR OR DESIGNEE
UPON RECIEVING IT I LEARNED THAT MARK MOWERS IS THE OFFICER WHO WROTE THE
REPORT THIS COMPLAINT IS FOR HIM FALSIFYING DOCUMENTS. I FIRST NOTICE FROM
READING REPORT THE (3RD) SENTENCE IS FALSE AND INCORRECTLY STATED AND

(USE OTHER SIDE IF MORE SPACE IS NEEDED. DO NOT ATTACH ADDITIONAL PAGES.)

**ACTION REQUESTED:** State exactly how you believe your request may be handled; that is, what exactly
should be done and how.
I WISH TO EXHAUST REMEDIES. INFORMAL RESOLUTIONS ARE NOT CAPABLE AT THIS POINT
PLEASE REVIEW THRU PROPER PROCEDURES. SEEKING COURT

RELEASE PICTURES OF MINOR INJURIES. (PLEASE)

NAME: __BRANDON__   DOC NUMBER: __592090__ UNIT & CELL NUMBER: __E#110__
(PRINT)

SIGNATURE: __Bo Brown__   WORK ASSIGNMENT: _____

**DO NOT WRITE BELOW THIS LINE**   MAY 29 2020

DISPOSITION: I'M Brown, You need to go through
the appeal process. If this is a misconduct,
you can appeal to DOC, you can voice
Ms Mudersee   6/1/2020

STAFF MEMBER   DATE

Date response sent to inmate/offender: __MAY 29 2020__   DOC 090124D (R 4/19)
1. Original to file
2. Copy to inmate/offender

your concerns at that time.

INACCURATE TALLS OF EVENTS THAT OCCURED 2-13-20. FIRST HE STATED "I," "TOOK A "AGGRESSIVE STANCE"; BY DEFINITION: (STANCE - A WAY OF STANDING. IN THE SAME SENTENCE SAYS; AND ATTEMPTED TO GET UP FROM THE GROUND. WHICH IS CONFLICTED FROM THE FIRST STATEMENT OF "AGGRESSIVE STANCE" HOW CAN I BE STANDING IF I AM ON THE GROUND? THEN IN THE SAME SENTENCE SAID; AND "CHARGE THE EXTRACTION TEAM."
OKAY SO LETS BREAK THAT DOWN "I TOOK A "AGGRESSIVE STANCE" AND "ATTEMPTED TO GET UP FROM THE GROUND" AND "CHARGE THE EXTRACTION TEAM."
FIRST OF ALL IF I NEVER GOT OFF THE GROUND, HOW, THEN CAN "HE" SAY; CHARGE THE EXTRACTION TEAM? SOUND LIKE A ALLEGATION RATHER THAN FACT, TO ME.
ON MAR 16, 2020 I RECIEVED A RESPONSE FROM "MARK KNUTSON" STATED: "ONCE RESTRAINED I ATTEMPTED TO CHARGE EXTRACTION TEAM"; MARK WROTE THIS STATEMENT IN BELIEF OF "ALLEGEDLY" SOME OFFICIAL TOLD HIM AT THIS FACILITY. TWO CONTRADICTING STATEMENTS. ONE "ALLEGE" I DID ATTACK. THE OTHER (ALLEGATIONS) ALL TOGETHER. MARK 3-18-20 STATED; AT THIS POINT, THIS OFFICE HAS NO IDEA WHAT OCCURED ON 2-13-20. THIS NO CLERICAL ERROR BY FAR IT IS LEGIBLE AND FALSIFIED!
HE ALSO (ALLEGE) 5. (ALLEGE 6) OFFICERS IN TACTICAL GEAR (VIEW FOOTAGE)
HE (ALLEGE) I RESISTED BUT, IN THE FIRST SENTENCE SAY I COMPLIED WHEN GIVEN VERBAL ORDERS TO SUBMIT TO HAND RESTRAINTS. HUH?
HE (ALLEGE) ABRASION/SCRATCH. I NOW HAVE A (1 INCH) INCISION ABOVE MY LEFT EYE WITH A MINOR CUT ABOVE IT. MY RIGHT LIP HAD A PUNCHER WOUND THAT LOOK AS IF A KEY OR FOREIGN OBJECT CUT IT. SCARS STILL VISIBLE. INSIDE MY MOUTH A 2 INCH CUT THAT REVILED CARTILAGE AND GRITSAL INSIDE SCAR STILL VISIBLE. (REDDENED UNDER LEFT EYE) NOT LIKELY!
MY FACE WAS SO SWOLLEN PLASMA CAME OUT OF MY PORES.
E. EVIDENCE OF- 06-0125 (PG 14) 1-(2) IF SUCH EVIDENCE IS TOO VOLUMINOUS TO BE READILY SECURED, IT MAY BE PHOTOGRAPHED OR PHOTOCOPIED AND DESCRIBED IN ITS ORIGINAL STATE. SAMPLES AND PHOTOGRAPHS OR PHOTOCOPIES WILL BE RETAINED UNTIL THE APPEAL PROCESS IS COMPLETE; PHOTOGRAPHS OR PHOTOCOPIES WILL ALSO BE ATTACHED TO THE "OFFENSE REPORT."
FOR SUCH ALLEGATION MADE IN THIS MANNER STATING MINOR INJURIES SURELY WOULD'VE BEEN PHOTOGRAPHED AND FORWARDED ACCORDING TO DOC POLICY. IT'S OBVIOUS, HE TRIED TO HIDE FACTS AND FABRICATE OTHERS ON THE ACTUAL WRITE-UP IT SEEMS THAT "HE" TYPED IN "POSSESSION OF ILLEGAL DRUGS" SOMEONE SCRATCHED THAT OUT. I AINT THE BRIGHTEST CRAYON BUT SEEMS LIKE I WAS ABOUT TO GET ACCUSED OF HAVING ILLEGAL DRUGS WHICH I BELIEVE IS ALLEGATION I'M APPALLED AND CONFUSED.

RECEIVED
JUN 0 4 2020
GRIEVANCE

**Underwood, Terry**

| | |
|---|---|
| **From:** | Underwood, Terry |
| **Sent:** | Tuesday, June 23, 2020 4:57 PM |
| **To:** | 'Nanci Battles' |
| **Subject:** | Grievance |
| **Attachments:** | Brown, Brandon #592090 Griev #188.pdf |

Nanci,
Please have I/M Brown sign at the top and scan me back a copy.  ☺  Thanks!
Terry

*Ms. Terry Underwood*
*Grievance Coord/Misc Appeals*
*CoreCivic Davis Correctional Facility*
*6888 E. 133rd Road*
*Holdenville, OK  74848*
*(405) 379-4070*
*Terry.underwood@Corecivic.com*



**CoreCivic**

**Davis Correction Facility**