IN THE DISTRICT COURT OF TULSA COUNTY STATE OF OKLAHOMA

BRANDON LEE BROWN,
  PETITIONER,

V.

JAMES YATES et al.,
  DEFENDANTS

) MOTION FOR
) APPOINTMENT OF
) COUNSEL # 6:20-CV-00124
) RAW-SPS

FILED
NOV 2 2 2021
PATRI... TANEY
Clerk, U.S. District Court
By_____ Deputy Clerk

Pursuant to 28 U.S.C. § 1915 (e)(1) Plaintiff moves for an order appointing counsel to represent him in this case. In support of this motion, Plaintiff states:

1. Plaintiff is unable to afford counsel. He has requested leave to proceed in forma pauperis.

2. Plaintiff's imprisonment will greatly limit his ability to litigate. The issues involved in this case are complex, and will require significant research and investigation. Plaintiff has limited access to the law library and limited knowledge of the law.

3. A TRIAL IN THIS CASE WILL LIKELY INVOLVE CONFLICTING TESTIMONY, AND COUNSEL WOULD BETTER ENABLE PLAINTIFF TO PRESENT EVIDENCE AND CROSS EXAMINATION OF WITNESS.

4. PLAINTIFF HAS MADE REPEATED EFFORTS TO OBTAIN A LAWYER.

WHEREFORE, PLAINTIFFS REQUEST THAT THE COURT APPOINT RICHARD CLARK A MEMBER OF THE BAR OF OKLAHOMA, AS COUNSEL IN THIS CASE.

NOVEMBER 11, 2021

BRANDON LEE BROWN #592690
Brandon Lee Brown
OKLAHOMA STATE PENITENTIARY
P.O. BOX #97
MCALESTER, OKLA. 74502

JUDGE RONALD A. WHITE, REFERRING CASE TO MAGISTRATE JUDGE STEVEN P. SHREDER FOR ALL FURTHER PROCEEDINGS IN ACCORDANCE WITH JURISDICTION PURSUANT TO 28 USC § 636, ALL FUTURE SHALL BEAR THE CASE NUMBER CIV-20-124-RAW-SPS.

MIME-Version:1.0 From:CM-ECFRetMail_OKED@oked.uscourts.gov
To:CM-ECFLive_OKED@oked.uscourts.gov Bcc:
Message-Id:<1117024@oked.uscourts.gov>Subject:Activity in Case 6:20-cv-00124-RAW-SPS Brown v. Yates et al Ruling on Motion for Appointment of Counsel Content-Type: text/html

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

## U.S. District Court

## Eastern District of Oklahoma

**Notice of Electronic Filing**

The following transaction was entered on 6/24/2020 at 2:08 PM CDT and filed on 6/24/2020

| | |
|---|---|
| **Case Name:** | Brown v. Yates et al |
| **Case Number:** | 6:20-cv-00124-RAW-SPS |
| **Filer:** | |
| **Document Number:** | 11 |

**Docket Text:**
OPINION AND ORDER by District Judge Ronald A. White DENYING [7] Motion for Appointment of Counsel. (tls, Deputy Clerk)

**6:20-cv-00124-RAW-SPS Notice has been electronically mailed to:**
**6:20-cv-00124-RAW-SPS Notice has been delivered by other means to:**
Brandon Lee Brown
592090
Oklahoma State Penitentiary
NW-C-2
PO Box 97
McAlester, OK 74502-0097

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1108664770 [Date=6/24/2020] [FileNumber=1117022-0
] [1beeb4117ea4fec7f77f1d1f0444bc78b68100bcb2c847db3f88cead12493f6067a
dcaaffb3ebc473fd24c3abc117e60c956b2953dafa02c268b9f90e6b6171c]]