IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF OKLAHOMA

BRANDON LEE BROWN #592090
IN THE CASE, PLAINTIFF,

V.                                              CASE NO. 19-CV-302-RAW-SPS

JAMES YATES, et al.,
DEFENDANTS

FILED
DEC -2 2021
PATRICK KEANEY
Clerk, U.S. District Court
By_____ Deputy Clerk

DECLARATION FOR ENTRY OF DEFAULT

BRANDON LEE BROWN #592090, HEREBY DECLARES:
I AM THE PLAINTIFF HEREIN. THE COMPLAINT HEREIN WAS FILLED ON THE 18th EIGHTEENTH OF AUGUST, 2020.

THE COURT FILES AND RECORDS HEREIN SHOW THAT THE DEFENDANTS WERE SERVED BY THE UNITED STATES MARSHALL WITH A COPY OF SUMMONS, AND A COPY OF THE PLAINTIFFS' COMPLAINT ON THE PLAINTIFFS' COMPLAINT ON THE 19th NINTH OF SEPTEMBER, 2020.

NOV. 25 2020

More than 20 days have lapsed since the date on which the defendant herein were served with summons and a copy of plaintiffs' complaint, excluding the date thereof.

Defendant, James Yates has still failed to reach out to the courts to provide a attorney to represent him in court.

I, would like to know the time of Ms./Mrs. Desiree Singer termination or 2 weeks notice? The Attorney Generals office have access to government funds for attorneys. How are they not being held to a stricker standard than a inmate with limited knowledge of law and no counsel? These actions by the courts to not hold them to the same standard seems unfair and unjust.

The defendants have failed to answer or defend the actions taken at the Holdenville. The Attorney General said verbatim. They didn't understand, and only offered the same documents I sent to the courts. Offering no new evidence or any defense which it might have had, upon affiant or any other.

Nov. 25 2020

DEFENDANTS ARE NOT IN THE MILITARY SERVICE AND ARE NOT INFANTS OR INCOMPETENTS.

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT. EXECUTED AT McALESTER OKLAHOMA ON NOVEMBER      2020.


*Brandon Lee Brown*
BRANDON LEE BROWN #592090
A-1-17 OSP
P.O. BOX #97
McALESTER, OKLAHOMA, 74502

NOV. 25, 202