Court Clerk,                                        6-4-22

Can you please note that inmate Brandon Lee Brown # 592090 Case No. 6:20-CV-20-00124-RAW-JAR; Brown v. Yates et al. have been move back to Holdenville at Davis Correctional Facility. Please forward any mail to the address below:

Davis Correction Facility
6888 E 133RD. Road
Holdenville, Oklahoma, 74848

**FILED**

JUN 1 3 2022

BONNIE HACKLER
Clerk, U.S. District Court

By_____ Deputy Clerk

Respectfully,

Mr. Brown

Brandon Lee Brown
# 592090