IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT COURT OF OKLAHOMA

FILED
NOV 22 2022
BON[...]
Clerk, [...] District Court
By_____ Deputy Clerk

BRANDON LEE BROWN,
 PLAINTIFF,

v.

JAMES YATES et al.,
 DEFENDANTS.

**MOTION FOR APPOINTMENT OF COUNSEL**

20 CV 124 RAW-JAR

PURSUANT TO 28 U.S.C. §1915 (e)(1) PLAINTIFF MOVES FOR AN ORDER APPOINTING COUNSEL TO REPRESENT THEM IN THIS CASE. IN SUPPORT OF THIS MOTION, PLAINTIFF STATES:

① PLAINTIFF IS UNABLE TO AFFORD COUNSEL. HE HAS REQUESTED IN FORMA PAUPERIS.

② PLAINTIFF'S IMPRISONMENT WILL GREATLY LIMIT HIS ABILITY TO LITIGATE. THE ISSUES INVOLVED IN THIS CASE AT A TRIAL PROCEEDING WILL REQUIRE ASSISTANCE FROM A LEGAL ADVISORY. PLAINTIFF IS NOT ASKING FOR THE COUNSEL TO LITIGATE THE CASE BUT TO PROVIDE ASSISTANCE AT TRIAL FOR ISSUES OF WHAT TO OBJECT TO, INTERPRETATION OF CERTAIN LEGAL TERMS USED AT COURT, AND DECIPHER DIFFERENT STAGES AT TRIAL.

③ A TRIAL IN THIS CASE WILL LIKELY INVOLVE CONFLICTING TESTIMONY, AND COUNSEL COULD BETTER ASSIST HIM IN PRE


SENTING HIS EVIDENCE.

(4) PLAINTIFF HAS MADE REPEATED EFFORT TO OBTAIN A LAWYER AT THIS POINT IS RESPECTING THE JUDGES DECISION THAT IF I CANNOT AFFORD COUNSEL I WILL HAVE TO LITIGATE THE CASE HIMSELF. COUNSELS ASSISTANCE THROUGHOUT WOULD WILL HELP PLAINTIFF EXPEDITIOUSLY MANUEVER WITHOUT MUCH UNWARRENTED ADVERSE CONSEQUENCES THAT WOULD DENY HIM OF A FAIR TRIAL.

WHEREFORE, PLAINTIFFS REQUEST FOR ASSISTANCE OF COUNSEL SHOULD BE CONSIDERED BEFORE THIS COURT, RESPECTFULLY ASKED FROM THE PLAINTIFF.

NOVEMBER 9, 2022
*Brandon Lee Brown*

BRANDON LEE BROWN
592090 / DCF / FB113
6888 E 133RD ROAD
HOLDENVILLE, OK. 74848

COURT CLERK FOR THE
EASTERN DISTRICT COURT OF OK.
P.O. BOX 607
MUSKOGEE, OK, 74403